

Patrick J. McDonnell (PM 8062)
Stuart Flamen (SF 8394)
McDonnell & Adels, PLLC
401 Franklin Avenue
Garden City, New York 11530
(516) 328-3500

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LIBERTY MUTUAL INSURANCE COMPANY,
LIBERTY MUTUAL FIRE INSURANCE COMPANY,
LIBERTY INSURANCE CORPORATION, THE
FIRST LIBERTY INSURANCE CORPORATION, LM
INSURANCE CORPORATION, LIBERTY MUTUAL
MID-ATLANTIC INSURANCE COMPANY,
LIBERTY COUNTY MUTUAL INSURANCE
COMPANY, LM PROPERTY AND CASUALTY
INSURANCE COMPANY, METROPOLITAN
PROPERTY AND CASUALTY INSURANCE
COMPANY, METROPOLITAN CASUALTY
INSURANCE COMPANY, METROPOLITAN
GENERAL INSURANCE COMPANY,
METROPOLITAN GROUP PROPERTY AND
CASUALTY INSURANCE COMPANY and
ECONOMY PREMIER ASSURANCE COMPANY,

CV 13 – 3758

Docket No.: _____ (   )

**Plaintiffs Demand a Trial
by Jury**

VITALIANO, J.

BLOOM, M.J.

                              Plaintiffs,

       – against –

ADVANCED MEDICAL DIAGNOSTICS OF QUEENS,
P.C., AIM 4 LIFE MEDICAL DIAGNOSTICS, P.C. and
SPRINGFIELD RADIOLOGY IMAGING, P.C.,

                       PC Defendants,

NODARI   MIKHELASHVILI   and   AYOOB
KHODADADI,

               Nominal Owner Defendants,

DIMITRY TVILDIANI, MEDEQ INTERNATIONAL
LLC and IMAGE PRO LLC,

               Clinic Controllers.

## COMPLAINT

Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, The First Liberty Insurance Corporation, LM Insurance Corporation, Liberty Mutual Mid-Atlantic Insurance Company, Liberty County Mutual Insurance Company, LM Property and Casualty Insurance Company, Metropolitan Property and Casualty Insurance Company, Metropolitan Casualty Insurance Company, Metropolitan General Insurance Company, Metropolitan Group Property and Casualty Insurance Company and Economy Premier Assurance Company (hereinafter "Plaintiffs"), by their attorneys, McDonnell & Adels, PLLC, as and for their Verified Complaint against the defendants, alleges as follows:

## INTRODUCTION

1.    This is an action for a declaratory judgment pursuant to 28 U.S.C. §§ 2201 and 2202, declaring that Plaintiffs have no duty to pay defendants Advanced Medical Diagnostics of Queens, P.C., Aim 4 Life Medical Diagnostics, P.C. and Springfield Radiology Imaging, P.C. (collectively referred to hereinafter as "the PC Defendants") for any pending claims, which to date amount to more than $422,050.48, or for any future claims as the defendants (a) violated  New York's licensing laws; and (b) billed for services rendered by independent contractors.

2.    Plaintiffs also seek to recover more than $463,164.22 already paid to the PC Defendants, caused by the defendants (a) wrongfully misrepresenting that the PC Defendants were solely owned by licensed physicians pursuant to New York's licensing laws, thereby engaging in the corporate practice of medicine; (b) splitting fees with unlicensed persons in violation of New York's licensing laws; and (c) billing for services provided by independent

2

contractors.

3.    The defendants fall into the following categories:

    (i) Defend ants Nodari Mikhelashvili, M.D. and Ayoob Khodadadi, M.D. are individuals licensed to practice medicine in the State of New York.  They serve as the nominal owners of the PC Defendants.

    (ii) Defendants Advanced Medical Diagnostics of Queens, P.C., Aim 4 Life Medical Diagnostics, P.C. and Springfield Radiology Imaging, P.C. (collectively referred to as the "PC Defendants") are New York professional service corporations through which costly MRI's and other radiological testing are performed and billed to the Plaintiffs.  Despite having nominal physician owners, the PC Defendants have actually always been owned and controlled by non-physicians.

    (iii) Defendant Dmitry Tvildiani, is a non physician who personally and through his companies, Medeq International LLC and Image Pro LLC actually owns and controls the PC Defendants and with whom the PC Defendants illegally split fees in violation of New York law.

4.    Tvildiani, who illegally and secretly owns, operates and controls the PC Defendants, owns both the property at which the PC Defendants operate and the imaging equipment that the PC Defendants use.  For years, there has been a revolving door of professional corporations and their purported owner physicians there, changing whenever Plaintiffs and other insurers investigated the existing corporations.  Tvildiani, however, has remained a constant presence at the location.  Defendant Ayoob Khodadadi, the principal reading radiologist for PC Defendant Advanced Medical Diagnostics of Queens, P.C. and the ostensible owner of PC Defendant Springfield Radiology Imaging, P.C. informed Plaintiffs that Tvildiani owns the practice.

5.    Tvildiani also paid kickbacks for referrals to the PC Defendants, to ensure a never-ending supply of patients to subject to these expensive tests.  Many of those kickbacks were for referrals from a now-convicted felon.

3

6.     The plaintiffs have repeatedly requested that the PC Defendants provide documents and appear for Examinations Under Oath to address the concerns raised by the plaintiffs' investigation.  At the request of one of the PC Defendants, the plaintiffs even agreed to start the Examination Under Oath at 5:00 PM at that defendant's attorney's office. Nevertheless, the PC Defendants never appeared for an Examination Under Oath and never provided any of the requested documents.

## THE PARTIES

### I.     The Plaintiffs

7.     Plaintiffs Liberty Mutual Insurance Company and Liberty Mutual Mid-Atlantic Insurance Company are Massachusetts corporations authorized to conduct business and to issue automobile insurance policies in the State of New York, and doing business in the State of New York.

8.     Plaintiffs Liberty Insurance Corporation, The First Liberty Insurance Corporation and LM Insurance Corporation are Illinois corporations authorized to conduct business and to issue automobile insurance policies in the State of New York, and doing business in the State of New York.

9.     Plaintiff Liberty Mutual Fire Insurance Company is a Wisconsin corporation authorized to conduct business and to issue automobile insurance policies in the State of New York, and doing business in the State of New York.

10.    Plaintiff Liberty County Mutual Insurance Company is a Texas corporation authorized to conduct business and to issue automobile insurance policies in the State of New York, and doing business in the State of New York.

4

11. Plaintiff LM Property and Casualty Insurance Company is an Indiana corporation authorized to conduct business and to issue automobile insurance policies in the State of New York, and doing business in the State of New York.

12. Plaintiff Metropolitan Property and Casualty Insurance Company is a Rhode Island corporation authorized to conduct business and to issue automobile insurance policies in the State of New York, and doing business in the State of New York.

13. Plaintiff Metropolitan Casualty Insurance Company is a Rhode Island corporation authorized to conduct business and to issue automobile insurance policies in the State of New York, and doing business in the State of New York.

14. Plaintiff Metropolitan General Insurance Company is a Rhode Island corporation authorized to conduct business and to issue automobile insurance policies in the State of New York, and doing business in the State of New York.

15. Plaintiff Metropolitan Group Property and Casualty Insurance Company is a Rhode Island corporation authorized to conduct business and to issue automobile insurance policies in the State of New York, and doing business in the State of New York.

16. Plaintiff Economy Premier Assurance Company is an Illinois corporation authorized to conduct business and to issue automobile insurance policies in the State of New York, and doing business in the State of New York.

## II.    The Defendants

### A.    The PC Defendants

17. Upon information and belief, at all times pertinent herein, defendant Aim 4 Life Medical Diagnostics, P.C. ("Aim 4 Life") was and is a domestic professional service corporation with offices in Queens County, State of New York. Aim 4 Life was incorporated

5

on June 19, 2007.  It only rendered services for nine months before Advanced Medical Diagnostics of Queens, P.C., purportedly owned by the same doctor, was incorporated and began rendering services at the same location.

18.    Upon information and belief, at all times pertinent herein, defendant Advanced Medical Diagnostics of Queens, P.C. ("Advanced") was and is a domestic professional service corporation with offices in Queens County, State of New York.  Advanced was incorporated on March 24, 2008.

19.    Upon information and belief, at all times pertinent herein, defendant Springfield Radiology Imaging, P.C. ("Springfield") was and is a domestic professional service corporation with offices in Queens County, State of New York.  Springfield was incorporated on May 31, 2012.

**B.    The Nominal Owner Defendants**

20.    Defendant Nodari Mikhelashvili, M.D. ("Dr. Mikhelashvili") is a physician who has been licensed to practice medicine in New York since July 14, 2006.  He serves as the "paper" owner of defendants Advanced and Aim 4 Life.  Upon information and belief, Dr. Mikhelashvili, an anesthesiologist, resides in Nassau County in the State of New York.

21.    Defendant Ayoob Khodadadi, M.D. ("Dr. Khodadadi") is a physician who has been licensed to practice medicine in New York since August 21, 1972.  He serves as the "paper" owner of defendant Springfield.  He was also a reading radiologist for defendant Advanced.  Upon information and belief, Dr. Khodadadi resides in Nassau County in the State of New York.

**C.    The Clinic Controllers**

22.    Upon information and belief, at all times pertinent herein, defendant Dmitry

Tvildiani ("Tvildiani") was and is an individual who, at all times pertinent herein, has resided in Queens County, State of New York. Tvildiani is not and never has been a licensed physician in the State of New York.

23. Upon information and belief, at all times pertinent herein, defendant Medeq International LLC ("Medeq") was and is a domestic limited liability company with offices in Queens County, State of New York. Medeq was formed on December 22, 2004. Tvildiani owns Medeq.

24. Upon information and belief, at all times pertinent herein, defendant Image Pro LLC ("Image Pro") was and is a domestic limited liability company with offices in Queens County, State of New York. Image Pro was formed on August 11, 2000. Tvildiani owns Image Pro.

## JURISDICTION AND VENUE

25. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332(a)(1) because the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states. Pursuant to 28 U.S.C. § 1331, this Court also has jurisdiction over the claims brought under 18 U.S.C. § 1961 *et seq.* (the Racketeer Influenced and Corrupt Organizations ("RICO") Act) because they arise under the laws of the United States. In addition, this Court has supplemental jurisdiction over the subject matter of the claims asserted in this action pursuant to 28 U.S.C. § 1367 and the Declaratory Judgment Act, 28 U.S.C. §§2201 and 2202.

26. Venue is proper in this District pursuant to 28 U.S.C. § 1391, as the Eastern District of New York is the District where one or more of the defendants reside and because this is the District where a substantial amount of the activities forming the basis of the

Complaint occurred.

27. Upon information and belief, all of the defendants regularly transact business in New York.

28. None of the parties to this suit is an infant or incompetent to manage themselves or their affairs.

## ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

### An Overview of the No-Fault Laws

29. Under New York State's Comprehensive Motor Vehicle Insurance Reparations Act (N.Y. Insurance Law §5101, *et al*) and the regulations promulgated thereunder (11 N.Y.C.R.R. §65, *et seq.*) (the "No-Fault Laws"), plaintiffs are generally required to reimburse eligible injured persons ("EIPs") who have been injured in automobile accidents and who are eligible for insurance coverage for "basic economic loss" ("No-Fault Benefits").

30. Under the Mandatory Personal Injury Endorsement, Plaintiffs provided a minimum of $50,000 in No-Fault Benefits coverage per EIP for basic economic loss including necessary healthcare expenses.

31. Under the No-Fault Laws, an EIP can assign his or her right to No-Fault Benefits to providers of health services, like the PC Defendants, and pursuant to such assignments, the providers may submit claims for reimbursement directly to insurance companies.

32. Pursuant to alleged assignments from EIPs, the PC Defendants have submitted bills to Plaintiffs seeking payment for health services that the professional corporations claim to have provided in accordance with New York State law.

8

**The PC Defendants are Ineligible for No-Fault Benefits
As They Are Not Wholly Owned by Licensed Professionals**

33. As described below, all charges billed to Plaintiffs in the name of the PC Defendants for professional health services fail to qualify as compensable "basic economic loss" under the No-Fault Laws. The PC Defendants improperly obtained authority from the New York State Department of Education ("DOE") to provide such services, and through deliberate, affirmative acts of concealment operated in violation of the New York State Business Corporations, Education, and Public Health Laws that define the lawful scope of their authority to provide professional health services.

34. Under the No-Fault Laws, a professional health services corporation that is incorporated in violation of New York State law is not entitled to reimbursement for professional health services rendered by licensed health care professionals because the services were not rendered within the lawful scope of the corporation's authority to provide the services.

35. In New York State, only a licensed physician may practice medicine, own and control a professional service corporation authorized to practice medicine, employ and supervise other physicians, and, absent statutory exceptions not applicable in this case, derive economic benefit from physicians' services. Unlicensed individuals in New York State may not practice medicine, may not own or control a professional service corporation authorized to practice medicine, may not employ or supervise physicians, and, absent statutory exceptions not applicable in this case, may not derive economic benefit from physicians' services.

36. Pursuant to New York State Business Corporations Law § 1503(a), only physicians licensed in New York State may organize or cause to be organized a professional

service corporation eligible to be authorized by the DOE to practice medicine.

37.   Pursuant to New York State Business Corporations Law § 1503(b), the certificate of incorporation for any professional service corporation authorized to practice medicine must identify the licensed physicians who are to be its actual shareholders, directors and officers, and shall have attached to it a certificate of authority issued by the DOE.

38.   Pursuant to New York State Business Corporations Law §§ 1507 and 1511, a professional service corporation authorized to practice medicine may issue shares only to licensed physicians, who will practice medicine through the professional service corporation, and no such shareholder is permitted to transfer control to any person other than another shareholder or physician who would be eligible to become a shareholder if employed by the professional service corporation.   All shares issued and attempted transfers of control in violation of this provision are void. Pursuant to New York State Business Corporations Law § 1508,

> "No individual may be a director or officer of a professional service corporation unless he is authorized by law to practice in this state a profession which such corporation is authorized to practice and is either a shareholder of such corporation or engaged in the practice of his profession in such corporation."

39.   Pursuant to New York State Education Law 6507(4)(c), the DOE shall issue a certificate of authority only to a qualified professional service corporation.   Absent a certificate of authority, a corporation is not entitled to practice medicine.   The certificate of authority is a license from the State of New York to provide such services.

**The Defendants' Scheme**

40.   Upon information and belief, to deliberately circumvent New York State law and induce the DOE to issue certificates of authority authorizing the PC Defendants to be formed to

10

practice medicine, Tvildiani and his companies entered into secret schemes with Mikhelashvili and Khodadadi to falsely represent in the certificates of incorporation filed with the DOE that Mikhelashvili and Khodadadi are the true shareholders, directors and officers of the PC Defendants, and that they truly own and control these PCs.

41.    Although Mikhelashvili and Khodadadi are listed as the owners of the PC Defendants on the certificates of incorporation, they exercise no control over the corporations. Instead, as Khodadadi has admitted, the day-to-day operations, supervisory control, and true ownership of the PC Defendants are in the hands of Tvildiani.  As Khodadadi explained, Tvildiani hired Mikhelashvili and Khodadadi as "Medical Directors," while Tvildiani owned the location and the equipment, and controlled virtually every aspect of the PC Defendants' operations, including their banking and the hiring of individuals who render services for them.

42.    Mikhelashvili and Khodadadi are not the true shareholders, directors and officers of the PC Defendants, and have no genuine ownership interest in or control over these PCs. True ownership and control of the PC Defendants rests entirely with Tvildiani and his companies.

43.    Tvildiani used the facade of the PC Defendants to do indirectly what he was forbidden from doing directly; namely, employing physicians, controlling their practices, and charging for and deriving an economic benefit from their services.

44.    Tvildiani also controlled the flow of patient referrals to the PC Defendants, so as to ensure a steady stream of no-fault billing.

### Tvildiani Owns and Controls 68-29 Springfield Boulevard

45.    The PC Defendants all operate out of 68-29 Springfield Boulevard, Oakland Gardens, New York.  While the professional corporations and their purported owners there

11

have repeatedly changed, Tvildiani has remained.   In fact, Tvildiani's ties to the 68-29 Springfield Boulevard office pre-date the PC Defendants' existence.

46.   Tvildiani and his companies are intimately involved with the operations of the 68-29 Springfield Boulevard office.   Tvildiani owned the 68-29 Springfield Boulevard property. He then transferred it to Tamar Tvildiani.   Upon information and belief, Tamar Tvildiani is related to Dimitry Tvildiani.

47.   During a February 15, 2011 visit to the 68-29 Springfield Boulevard office, the receptionist directed Plaintiffs' investigators not to Dr. Mikhelashvili but to Dimitry Tvildiani. Mikhelashvili was not even present at the time of the visit.   Tvildiani had his own office at the location, into which he invited the investigators to speak.   Tvildiani stated that he was a cardiologist back in Georgia in the former Soviet Union, but has never been a licensed physician in the United States.   Nevertheless, there was a white lab coat with the inscription "Dr. Dimitry Tvildiani" hanging up in his office.

48.   Tvildiani stated that he has been the office manager at the 68-29 Springfield Boulevard office since 2007.   The oldest of the PC Defendants, Aim 4 Life, was incorporated that same year.   Tvildiani has therefore been the "manager" at the office for at least as long as the PC Defendants have existed.

49.   Tvildiani stated that Advanced's imaging equipment is leased from Medeq. Medeq's addresses are listed as 68-29 Springfield Boulevard, Oakland Gardens, New York (the same as that of the PC Defendants) and 248-65 Thornhill Avenue, Little Neck, New York. Tvildiani owns the property located at 248-65 Thornhill Avenue.   During a March 15, 2013 interview, Khodadadi confirmed that Tvildiani owns the equipment.

50.   Khodadadi stated that Tvildiani handles all of the banking for the 68-29

12

Springfield Boulevard office as well.

51. Khodadadi became the "Medical Director"[1] at 68-29 Springfield Boulevard as of July 2012. Tvildiani asked him to be the "Medical Director" when the previous "Medical Director" left. Although Khodadadi had read scans for Advanced for approximately three years, he did not know Dr. Mikhelashvili by name.

52. Tvildiani promised to pay him to be the new "Medical Director." To date, Tvildiani has not paid him because Tvildiani told him that they were operating in a deficit. Khodadadi stated that he was better off when he was reading films for Advanced.

53. Multiple management companies have used the 68-29 Springfield Boulevard address, including Image Pro and Iberia Management, LLC. Tvildiani is the President of Image Pro. Advanced, Image Pro, and another corporation called Radiology Imaging Professional, PC all use the telephone numbers (718) 279-1300 and (718) 279-0020. The telephone number (718) 279-0020 is registered to Image Pro. A reverse search of (718) 279-1300 returns the number to Tvildiani's 248-65 Thornhill Avenue address.

54. During a May 30, 2012 visit to 68-29 Springfield Boulevard, there was a New York City Department of Health and Mental Hygiene "Radiation Install/Radiologist" Certificate of Registration posted that was issued to "Tvildiani, D. & Rothpearl, A. – MD, Iberia Management, LLC, 68-29 Springfield Boulevard, Queens, NY 11364." The absence of Mikhelashvili and Khodadadi's names on the Certificate, and the issuance of it to Iberia Management rather than to any of the PC Defendants, is further evidence that Mikhelashvili and Khodadadi are not the PC Defendants' true owners.

55. Tvildiani formed Image Pro LLC in 2000 and listed Spiegel & Utrera, P.A., P.C.

---

[1] In no-fault, the title "Medical Director" is often a euphemism for "Nominal Owner."

13

as the registered agent with the New York State Department of State.  According to the Department of State, the same exact registered agent is used by Advanced, Medeq, Iberia Management, LLC, and Radiology Imaging Professional, PC.  Furthermore, Ekaternia Levinsky, who identified herself as Advanced's "Manager/Collections" during a May 30, 2012 visit to 68-29 Springfield Boulevard, is listed as the Chief Executive Officer of a company called Contraimpex, Inc., which also has the same registered agent.  This suggests that all of these entities were incorporated by the same individual, despite the fact that they all have different listed owners.  It also suggests that Tvildiani was behind the incorporation of them, as his known affiliation with Spiegel & Utrera, P.A., P.C. dates all the way back to 2000.

### The Nominal Owner Physicians and PCs Were Fungible

56.    Despite the turnover in professional corporations and their ostensible owners, the managers at the 68-29 Springfield Boulevard office remain the same.

57.    Tvildiani previously owned and controlled a professional corporation called Radiology Imaging Associate, PC, which was owned on paper by Clifford Beinart, MD. Radiology Imaging Associate, PC operated out of 101-18 Queens Boulevard, Forest Hills, New York.  Tvildiani even signed papers as the President of Radiology Imaging Associate, PC.  At or about the time that those papers came to light, Tvildiani and Beinart severed ties and a new corporation called Radiology Imaging Professional, PC began rendering services in place of Radiology Imaging Associate, PC at 101-18 Queens Boulevard.  Radiology Imaging Professional, PC was owned on paper by Harold Warren, MD.

58.    Tvildiani then relocated Radiology Imaging Professional's operations to the 68-29 Springfield Boulevard office.  Radiology Imaging Professional's address for service of process according to the New York State Department of State is 68-29 Springfield Boulevard.  The

14

address listed for Radiology Imaging Professional's chief executive officer, Dr. Warren, is also 68-29 Springfield Boulevard. The name listed with Radiology Imaging Professional's principal executive office is "Dmitry Trildini," an apparent typographical error or name variation used by Dimitry Tvildiani.

59. During the May 30, 2012 visit to the 68-29 Springfield Boulevard office, Ms. Levinsky stated that she had worked there for Radiology Imaging Professional, PC before Advanced.

60. Aim 4 Life was then incorporated in 2007 and rendered services for only nine months. Tvildiani subsequently incorporated Advanced in 2008 with the same purported owner, Dr. Mikhelashvili. The defendants stopped billing through Aim 4 Life after just nine months and started billing through a new corporation purportedly owned by the same doctor in an attempt to avoid insurance company scrutiny of Aim 4 Life.

61. Tvildiani has even formed other professional corporations at 68-29 Springfield Boulevard that have not yet submitted no-fault bills to the plaintiffs, including Beech Imaging & Diagnostic, PC and Springfield Medical Diagnostics, PC. As the existence of those corporations overlaps with the PC Defendants' existence, it appears that those corporations were formed for no other reason than to give Tvildiani additional options with which to continue the defendants' scheme if insurance carriers stopped paying the PC Defendants' bills.

62. Although the PC Defendants provide only radiology services, Mikhelashvili, the nominal owner of Advanced and Aim 4 Life, does not practice radiology. According to his New York State Physician Profile, he is an anesthesiologist.

63. At the February 15, 2011 visit to the 68-29 Springfield Boulevard office, Tvildiani stated that Mikhelashvili and Khodadadi read all of the films. The plaintiffs,

15

however, have not received a single Advanced or Aim 4 Life bill or report where Mikhelashvili was the reading radiologist.

64.   During the May 30, 2012 visit to the 68-29 Springfield Boulevard office, Ekaterina Levinsky stated that Mikhelashvili does not have a set schedule at Advanced and also works at a Great Neck office unrelated to Advanced.  She confirmed that he is not a radiologist and that he does not read any of the films, which directly contradicts Tvildiani's statements.

65.   Background searches revealed an additional address for Mikhelashvili of 131 Merrick Road, Suite 1, Merrick, New York.  A May 30, 2012 visit to that location revealed that it was listed as "Long Island Gastroenterology Group PC."  A receptionist named Clarisse stated that Mikhelashvili works there on Mondays, Tuesdays and Fridays, and at 833 Northern Boulevard, Suite 110, Great Neck, New York on Wednesdays and Fridays.

66.   Pursuant to New York State Business Corporation Law § 1507, a professional service corporation authorized to practice medicine may issue shares only to licensed New York State physicians "who are or have been engaged in the practice of [medicine] in such corporation or a predecessor entity."  As Mikhelashvili does not practice medicine through Advanced, Advanced is operating in violation of BCL § 1507.

67.   Khodadadi had read films for Advanced since 2010, so Tvildiani was very familiar with him and knew that he would be amenable to the fraudulent scheme.  When the plaintiffs' and other insurance carriers' investigations of Advanced and Mikhelashvili intensified, Tvildiani therefore simply removed Mikhelashvili and substituted in Khodadadi as his front man for Springfield.

68.   Like Mikhelashvili with Advanced, Khodadadi does not appear to be present at

16

Springfield. During a March 13, 2013 visit to Kissena Medical Imaging, P.C. at 140-15 Holly Avenue, Flushing, New York, a biller named Indira Narain stated that Khodadadi works at Kissena's office five days a week reading scans.

69. Despite being Springfield's alleged owner, Khodadadi did not know the names of any of Springfield's purported employees. He did not hire the technician who performs Springfield's scans; that individual previously worked at the location for Advanced.

## The Defendants Paid Illegal Kickbacks For Patient Referrals

70. Some of Advanced's bills bear an address of P.O. Box 110617, Jamaica, New York 11411. Advanced only uses that P.O. Box, however, on bills where the referring provider is TD Advanced Medical, PC. TD Advanced Medical is one of the clinics that referred the most patients to Advanced. Advanced's use of a P.O. Box only on bills for referrals emanating from a particular clinic, which happens to be one of its biggest referrers, is an indication that any insurance company payments sent to that P.O. Box for Advanced bills are nothing more than kickbacks for those referrals.

71. P.O. Box 110617 belongs to layperson George Shapiro, with an address of 110-54 Springfield Boulevard, Queens Village, New York. P.O. Box 110617 is also used by a company called QV Billing & Collection, Inc. According to the New York State Department of State, QV Billing & Collection's owner is a layperson named Gregory Shapiro. Plaintiffs' investigation indicates that Gregory Shapiro is the true owner of TD Advanced Medical. QV Billing & Collection's principal executive office is 116-16 Queens Boulevard, Suite 215, Forest Hills, New York. According to the Division of Corporations, TD Advanced Medical's principal executive office is located at the exact same address, down to the suite number. Furthermore, TD Advanced Medical rendered services at 110-54 Springfield Boulevard, the

17

same address used for the P.O. Box.

72. A check that the plaintiffs issued to Advanced is further evidence that the defendants pay kickbacks for referrals. Although the check in question[2] was made payable to Advanced, it was not deposited into Advanced's bank account, but instead into a bank account for Well Being Medical, PC. Well Being Medical did not even appear as a provider on that claim, but TD Advanced Medical did. Well Being Medical and TD Advanced Medical both have the same purported owner. It therefore appears that Advanced gave the check to Well Being and/or Gregory Shapiro as a kickback.

73. Well Being Medical, PC and TD Advanced Medical, PC are both purportedly owned by Leslie Theodore, MD. In or about October 2012, Dr. Theodore pled guilty to a federal charge of Conspiracy to Commit Health Care Fraud.[3] The indictment in the case indicated that another professional corporation purportedly owned by Dr. Theodore was illegally owned and controlled by a layperson. As part of his guilty plea, Dr. Theodore agreed to withdraw all no-fault claims filed on behalf of any corporations that he owns.

74. No sooner had Dr. Theodore pled guilty in federal court than another professional corporation he purportedly owns, Queens Integrated Medical Care, PC, was indicted in Queens County in February 2013 in connection with a different no-fault insurance fraud scheme.

### The PC Defendants are Ineligible for No-Fault Reimbursement For Services Provided by Independent Contractors

75. Pursuant to N.Y. Comp. Codes R. & Regs. Tit. 11, §65.3.11(a), "a provider's entitlement to recovery of no-fault benefits directly from the insurer is contingent upon an assignment of such benefits, and the assignment must be made to the 'providers of services.'"

---

2 Claim number 013248034-0002.
3 *United States v. Leslie Dantes Theodore*, 1:11-cr-00892 (S.D.N.Y.).

76.    A professional medical corporation's use of independent contractors or other non-employees to provide health services renders the corporation, as the assignor of the EIP, ineligible to receive reimbursement under the No-Fault Laws. N.Y. Comp. Codes R. & Regs. Tit. 11, § 65-3.11(a).

77.    The health care services billed to Plaintiffs by the PC Defendants are provided by individuals who are not employees of the PC Defendants.

78.    During the February 15, 2011 visit to the 68-29 Springfield Boulevard office, Tvildiani admitted that the three technicians who perform the tests are independent contractors.

79.    Khodadadi admitted during the March 15, 2013 interview that he read films for Advanced as an independent contractor.

80.    The PC Defendants are improperly billing Plaintiffs for services rendered by independent contractors or other non-employees. A representative sample of the fraudulent bills submitted to Plaintiffs is attached as **Exhibit "1."**

81.    Based on the foregoing, Plaintiffs justifiably relied on the bad acts and misrepresentations of the PC Defendants to the present.

## AS AND FOR A FIRST CAUSE OF ACTION
### (Declaratory Judgment Pursuant to 28 U.S.C. §§ 2201 and 2202 – Ineligibility to Recover No-Fault Benefits Due to Ownership by Unlicensed Individuals)

82.    Plaintiffs repeat and reallege each and every allegation contained in Paragraphs "1" through "81" of this Complaint as if fully set forth at length herein.

83.    The Defendants are jointly and severally liable for the acts and omissions set forth in Paragraphs "1" through "81" of this Complaint.

84.    There is an actual case in controversy between Plaintiffs and the defendants relating to defendants' billing for health care services submitted in the names of the PC

Defendants under the New York State No-Fault Laws.

85.   The PC Defendants are ineligible to recover No-Fault Benefits for professional health services as they are not wholly owned and controlled by licensed physicians.

86.   Accordingly, Plaintiffs request a judgment pursuant to, *inter alia*, 28 U.S.C. §§ 2201 and 2202 *et seq.*, declaring that (a) the PC Defendants are not entitled to collect No-Fault Benefits for any charges which they have submitted to Plaintiffs; and (b) Plaintiffs are not obligated to pay the PC Defendants or any patient for the health services purportedly provided by these defendants.

### AS AND FOR A SECOND CAUSE OF ACTION
**(Declaratory Judgment Pursuant to 28 U.S.C. §§ 2201 and 2202 – Ineligibility to Recover No-Fault Benefits Due to Fee Splitting with Unlicensed Individuals)**

87.   Plaintiffs repeat and reallege each and every allegation contained in Paragraphs "1" through "86" of this Complaint as if fully set forth at length herein.

88.   The Defendants are jointly and severally liable for the acts and omissions set forth in Paragraphs "1" through "86" of this Complaint.

89.   There is an actual case in controversy between Plaintiffs and the defendants relating to defendants' billing for health care services submitted in the names of the PC Defendants under the New York State No-Fault Laws.

90.   The PC Defendants are ineligible to recover No-Fault Benefits for professional health services as they engaged in fee splitting with unlicensed individuals.

91.   Accordingly, Plaintiffs request a judgment pursuant to, *inter alia*, 28 U.S.C. §§ 2201 and 2202 *et seq.*, declaring that (a) the PC Defendants are not entitled to collect No-Fault Benefits for any charges which they have submitted to Plaintiffs; and (b) Plaintiffs are not obligated to pay the PC Defendants or any patient for the health services purportedly provided

by these defendants.

## AS AND FOR A THIRD CAUSE OF ACTION
### (Declaratory Judgment Pursuant to 28 U.S.C. §§ 2201 and 2202 – Services Rendered by Non-Employees)

92.   Plaintiffs repeat and reallege each and every allegation contained in Paragraphs "1" through "91" of this Complaint as if fully set forth at length herein.

93.   The Defendants are jointly and severally liable for the acts and omissions set forth in Paragraphs "1" through "91" of this Complaint.

94.   There is an actual case in controversy between Plaintiffs and Defendants relating to Defendants' billing under the No-Fault Laws for professional health services provided by independent contractors or other non-employees of the PC Defendants.

95.   The PC Defendants are billing Plaintiffs for No-Fault Benefits for professional health services not actually provided by employees of the PC Defendants.

96.   The PC Defendants are not entitled to payment for No-Fault Benefits for professional health services not actually provided by their employees.

97.   Accordingly, Plaintiffs request a judgment pursuant to, *inter alia*, 28 U.S.C. §§ 2201 and 2202 *et seq.*, declaring that the PC Defendants are not entitled to collect No-Fault Benefits for the charges they have submitted to Plaintiffs where the professional health services were provided by an independent contractor or non-employee.

## AS AND FOR A FOURTH CAUSE OF ACTION
### (Violations of 18 U.S.C. § 1962(c)
(Against Dr. Mikhelashvili and the Clinic Controllers)

98.   Plaintiffs repeat and reallege the allegations set forth in paragraphs "1" through "97" of this Complaint as if fully set forth at length herein.

99.   The Defendants are jointly and severally liable for the acts and omissions set forth

21

in paragraphs "1" through "97".

100. Advanced is an ongoing "enterprise," as that term is defined in 18 U.S.C. § 1961(4), that engages in activities which affect interstate commerce.

101. Dr. Mikhelashvili and the Clinic Controllers knowingly have conducted and/or participated, directly or indirectly, in the conduct of Advanced's affairs through a pattern of racketeering activity consisting of repeated violations of the federal mail fraud statute, 18 U.S.C. § 1341, based upon the use of the United States mails to submit or cause to be submitted hundreds of fraudulent bills on a continuous basis seeking payment for radiology services that Advanced was not eligible to receive under the No-Fault Laws because: (i) it was unlawfully incorporated and owned and controlled by non-physicians; (ii) it engaged in fee splitting with unlicensed persons; and (iii) it billed for services performed by independent contractors. A representative sample of the fraudulent bills and corresponding mailings submitted to Plaintiffs Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, The First Liberty Insurance Corporation, LM Insurance Corporation, Liberty Mutual Mid-Atlantic Insurance Company, Liberty County Mutual Insurance Company, and LM Property and Casualty Insurance Company that comprise, in part, the pattern of racketeering activity identified through the date of this Complaint are described, in part, in the chart attached as **Exhibit "2A."** A representative sample of the fraudulent bills and corresponding mailings submitted to Plaintiffs Metropolitan Property and Casualty Insurance Company, Metropolitan Casualty Insurance Company, Metropolitan General Insurance Company, Metropolitan Group Property and Casualty Insurance Company, and Economy Premier Assurance Company that comprise, in part, the pattern of racketeering activity identified through the date of this Complaint are described, in part, in the chart

22

attached as **Exhibit "2B."**

102.   Advanced's business is racketeering activity, inasmuch as the enterprise exists for the purpose of submitting fraudulent charges to insurers. The predicate acts of mail fraud are the regular way in which Dr. Mikhelashvili and the Clinic Controllers operate Advanced, insofar as Advanced is not engaged in a legitimate medical practice and has never has been eligible to bill for or collect No-Fault benefits, and acts of mail fraud are therefore essential in order for Advanced to function. Furthermore, the intricate planning required to carry out and conceal the predicate acts of mail fraud implies a threat of continued criminal activity.

103.   The defendants continue to submit and attempt collection on the fraudulent billing.

104.   Plaintiffs have been injured in their business and property by reason of the above-described conduct in that they have paid at least $440,485.67 pursuant to the fraudulent bills submitted by the defendants through Advanced.

105.   By reason of that injury, Plaintiffs are entitled to treble damages, costs and reasonable attorneys' fees pursuant to 18. U.S.C. § 1964(c).

**AS AND FOR A FIFTH CAUSE OF ACTION**
**(Violations of 18 U.S.C. § 1962(d)**
(Against Dr. Mikhelashvili and the Clinic Controllers)

106.   Plaintiffs repeat and reallege the allegations set forth in paragraphs "1" through "105" of this Complaint as if fully set forth at length herein.

107.   The Defendants are jointly and severally liable for the acts and omissions set forth in paragraphs "1" through "105".

108.   Advanced is an ongoing "enterprise," as that term is defined in 18 U.S.C. § 1961(4), that engages in activities which affect interstate commerce.

23

109. Dr. Mikhelashvili and the Clinic Controllers are employed by and/or associated with the Advanced enterprise.

110. Dr. Mikhelashvili and the Clinic Controllers knowingly have agreed, combined and conspired to conduct and/or participate, directly or indirectly, in the conduct of the Advanced enterprise's affairs, through a pattern of racketeering activity consisting of repeated violations of the federal mail fraud statute, 18 U.S.C. § 1341, based upon the use of the United States mails to submit hundreds of fraudulent bills to Plaintiffs and other insurers. These acts of mail fraud include, but are not limited to, those that are described in the charts attached as **Exhibits "2A" and "2B."** Each such mailing was made in furtherance of the mail fraud scheme.

111. Dr. Mikhelashvili and the Clinic Controllers knew of, agreed to and acted in furtherance of the common and overall objective (i.e., to defraud Plaintiffs and other insurers of money) by submitting or facilitating the submission of the fraudulent charges to Plaintiffs.

112. Plaintiffs have been injured in their business and property by reason of the above described conduct of Dr. Mikhelashvili and the Clinic Controllers in that they have paid at least $440,485.67 pursuant to the fraudulent bills submitted by the Defendants through Advanced.

113. By reason of that injury, Plaintiffs are entitled to treble damages, costs and reasonable attorneys' fees pursuant to 18 U.S.C. § 1964(c).

## AS AND FOR A SIXTH CAUSE OF ACTION
### (Violations of 18 U.S.C. § 1962(c))
(Against Dr. Mikhelashvili and the Clinic Controllers)

114. Plaintiffs repeat and reallege the allegations set forth in paragraphs "1" through "113" of this Complaint as if fully set forth at length herein.

115. The Defendants are jointly and severally liable for the acts and omissions set forth

in paragraphs "1" through "113".

116. Aim 4 Life is an ongoing "enterprise," as that term is defined in 18 U.S.C. § 1961(4), that engages in activities which affect interstate commerce.

117. Dr. Mikhelashvili and the Clinic Controllers knowingly have conducted and/or participated, directly or indirectly, in the conduct of Aim 4 Life's affairs through a pattern of racketeering activity consisting of repeated violations of the federal mail fraud statute, 18 U.S.C. § 1341, based upon the use of the United States mails to submit or cause to be submitted hundreds of fraudulent bills on a continuous basis seeking payment for radiology services that Aim 4 Life was not eligible to receive under the No-Fault Laws because: (i) it was unlawfully incorporated and owned and controlled by non-physicians; (ii) it engaged in fee splitting with unlicensed persons; and (iii) it billed for services performed by independent contractors. A representative sample of the fraudulent bills and corresponding mailings submitted to Plaintiffs Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, The First Liberty Insurance Corporation, LM Insurance Corporation, Liberty Mutual Mid-Atlantic Insurance Company, Liberty County Mutual Insurance Company, and LM Property and Casualty Insurance Company that comprise, in part, the pattern of racketeering activity identified through the date of this Complaint are described, in part, in the chart attached as **Exhibit "3A."** A representative sample of the fraudulent bills and corresponding mailings submitted to Plaintiffs Metropolitan Property and Casualty Insurance Company, Metropolitan Casualty Insurance Company, Metropolitan General Insurance Company, Metropolitan Group Property and Casualty Insurance Company, and Economy Premier Assurance Company that comprise, in part, the pattern of racketeering activity identified through the date of this Complaint are described, in part, in the chart

25

attached as **Exhibit "3B."**

118. Aim 4 Life's business is racketeering activity, inasmuch as the enterprise exists for the purpose of submitting fraudulent charges to insurers. The predicate acts of mail fraud are the regular way in which Dr. Mikhelashvili and the Clinic Controllers operate Aim 4 Life, insofar as Aim 4 Life is not engaged in a legitimate medical practice and never has been eligible to bill for or collect No-Fault benefits, and acts of mail fraud are therefore essential in order for Aim 4 Life to function. Furthermore, the intricate planning required to carry out and conceal the predicate acts of mail fraud implies a threat of continued criminal activity.

119. The defendants continue to submit and attempt collection on the fraudulent billing.

120. Plaintiffs have been injured in their business and property by reason of the above-described conduct in that they have paid at least $16,317.12 pursuant to the fraudulent bills submitted by the Defendants through Aim 4 Life.

121. By reason of that injury, Plaintiffs are entitled to treble damages, costs and reasonable attorneys' fees pursuant to 18. U.S.C. § 1964(c).

**AS AND FOR A SEVENTH CAUSE OF ACTION**
**(Violations of 18 U.S.C. § 1962(d)**
(Against Dr. Mikhelashvili and the Clinic Controllers)

122. Plaintiffs repeat and reallege the allegations set forth in paragraphs "1" through "121" of this Complaint as if fully set forth at length herein.

123. The Defendants are jointly and severally liable for the acts and omissions set forth in paragraphs "1" through "121".

124. Aim 4 Life is an ongoing "enterprise," as that term is defined in 18 U.S.C. § 1961(4), that engages in activities which affect interstate commerce.

26

125. Dr. Mikhelashvili and the Clinic Controllers are employed by and/or associated with the Aim 4 Life enterprise.

126. Dr. Mikhelashvili and the Clinic Controllers knowingly have agreed, combined and conspired to conduct and/or participate, directly or indirectly, in the conduct of the Aim 4 Life enterprise's affairs, through a pattern of racketeering activity consisting of repeated violations of the federal mail fraud statute, 18 U.S.C. § 1341, based upon the use of the United States mails to submit hundreds of fraudulent bills to Plaintiffs and other insurers. These acts of mail fraud include, but are not limited to, those that are described in the charts attached as **Exhibits "3A" and "3B."** Each such mailing was made in furtherance of the mail fraud scheme.

127. Dr. Mikhelashvili and the Clinic Controllers knew of, agreed to and acted in furtherance of the common and overall objective (i.e., to defraud Plaintiffs and other insurers of money) by submitting or facilitating the submission of the fraudulent charges to Plaintiffs.

128. Plaintiffs have been injured in their business and property by reason of the above described conduct of Dr. Mikhelashvili and the Clinic Controllers in that they have paid at least $16,317.12 pursuant to the fraudulent bills submitted by the Defendants through Aim 4 Life.

129. By reason of that injury, Plaintiffs are entitled to treble damages, costs and reasonable attorneys' fees pursuant to 18 U.S.C. § 1964(c).

## AS AND FOR AN EIGHTH CAUSE OF ACTION
### (Violations of 18 U.S.C. § 1962(c)
(Against Dr. Khodadadi and the Clinic Controllers)

130. Plaintiffs repeat and reallege the allegations set forth in paragraphs "1" through "129" of this Complaint as if fully set forth at length herein.

131. The Defendants are jointly and severally liable for the acts and omissions set forth

in paragraphs "1" through "129".

132. Springfield is an ongoing "enterprise," as that term is defined in 18 U.S.C. § 1961(4), that engages in activities which affect interstate commerce.

133. Dr. Khodadadi and the Clinic Controllers knowingly have conducted and/or participated, directly or indirectly, in the conduct of Springfield's affairs through a pattern of racketeering activity consisting of repeated violations of the federal mail fraud statute, 18 U.S.C. § 1341, based upon the use of the United States mails to submit or cause to be submitted hundreds of fraudulent bills on a continuous basis seeking payment for radiology services that Springfield was not eligible to receive under the No-Fault Laws because: (i) it was unlawfully incorporated and owned and controlled by non-physicians; (ii) it engaged in fee splitting with unlicensed persons; and (iii) it billed for services performed by independent contractors. A representative sample of the fraudulent bills and corresponding mailings submitted to Plaintiffs Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, The First Liberty Insurance Corporation, LM Insurance Corporation, Liberty Mutual Mid-Atlantic Insurance Company, Liberty County Mutual Insurance Company, and LM Property and Casualty Insurance Company that comprise, in part, the pattern of racketeering activity identified through the date of this Complaint are described, in part, in the chart attached as **Exhibit "4A."** A representative sample of the fraudulent bills and corresponding mailings submitted to Plaintiffs Metropolitan Property and Casualty Insurance Company, Metropolitan Casualty Insurance Company, Metropolitan General Insurance Company, Metropolitan Group Property and Casualty Insurance Company, and Economy Premier Assurance Company that comprise, in part, the pattern of racketeering activity identified through the date of this Complaint are described, in part, in the chart

28

attached as **Exhibit "4B."**

134. Springfield's business is racketeering activity, inasmuch as the enterprise exists for the purpose of submitting fraudulent charges to insurers. The predicate acts of mail fraud are the regular way in which Dr. Khodadadi and the Clinic Controllers operate Springfield, insofar as Springfield is not engaged in a legitimate medical practice and never has been eligible to bill for or collect No-Fault benefits, and acts of mail fraud are therefore essential in order for Springfield to function. Furthermore, the intricate planning required to carry out and conceal the predicate acts of mail fraud implies a threat of continued criminal activity.

135. The defendants continue to submit and attempt collection on the fraudulent billing.

136. Plaintiffs have been injured in their business and property by reason of the above-described conduct in that they have paid at least $6,361.43 pursuant to the fraudulent bills submitted by the Defendants through Springfield.

137. By reason of that injury, Plaintiffs are entitled to treble damages, costs and reasonable attorneys' fees pursuant to 18. U.S.C. § 1964(c).

**AS AND FOR A NINTH CAUSE OF ACTION**
**(Violations of 18 U.S.C. § 1962(d)**
(Against Dr. Khodadadi and the Clinic Controllers)

138. Plaintiffs repeat and reallege the allegations set forth in paragraphs "1" through "137" of this Complaint as if fully set forth at length herein.

139. The Defendants are jointly and severally liable for the acts and omissions set forth in paragraphs "1" through "137".

140. Springfield is an ongoing "enterprise," as that term is defined in 18 U.S.C. § 1961(4), that engages in activities which affect interstate commerce.

29

141. Dr. Khodadadi and the Clinic Controllers are employed by and/or associated with the Springfield enterprise.

142. Dr. Khodadadi and the Clinic Controllers knowingly have agreed, combined and conspired to conduct and/or participate, directly or indirectly, in the conduct of the Springfield enterprise's affairs, through a pattern of racketeering activity consisting of repeated violations of the federal mail fraud statute, 18 U.S.C. § 1341, based upon the use of the United States mails to submit hundreds of fraudulent bills to Plaintiffs and other insurers. These acts of mail fraud include, but are not limited to, those that are described in the charts attached as **Exhibits "4A" and "4B."** Each such mailing was made in furtherance of the mail fraud scheme.

143. Dr. Khodadadi and the Clinic Controllers knew of, agreed to and acted in furtherance of the common and overall objective (i.e., to defraud Plaintiffs and other insurers of money) by submitting or facilitating the submission of the fraudulent charges to Plaintiffs.

144. Plaintiffs have been injured in their business and property by reason of the above described conduct of Dr. Khodadadi and the Clinic Controllers in that they have paid at least $6,361.43 pursuant to the fraudulent bills submitted by the Defendants through Springfield.

145. By reason of that injury, Plaintiffs are entitled to treble damages, costs and reasonable attorneys' fees pursuant to 18 U.S.C. § 1964(c).

### AS AND FOR A TENTH CAUSE OF ACTION
### (COMMON LAW FRAUD)

146. Plaintiffs repeat and reallege the allegations set forth in paragraphs "1" through "145" of this Complaint as if fully set forth at length herein.

147. The Defendants are jointly and severally liable for the acts and omissions set forth in paragraphs "1" through "145".

148. The Defendants intentionally, knowingly, fraudulently, and with an intent to deceive Plaintiffs, patients and the general public, omitted material facts and made material misrepresentations (i) intending to hold out the PC Defendants as legal and lawfully operating professional service corporations when they were not and (ii) intending to fraudulently induce Plaintiffs to make payments to which Defendants were not entitled.

149. The Defendants intentionally, knowingly, fraudulently and with an intent to deceive Plaintiffs, patients and the general public, concealed the fact that unlicensed persons were the true owners of the PC Defendants by making false representations of material facts, including but not limited to the following: (i) falsely setting forth the name of each PC Defendant as a professional corporation owned by a licensed physician in bills and reports intended to deceive and mislead Plaintiffs into believing that the PC Defendants were legal professional corporations; (ii) providing false and misleading statements and information regarding who owned, controlled and operated the PC Defendants; (iii) providing false and misleading statements and information intended to mislead Plaintiffs into believing that the PC Defendants were being operated by the licensed professional-shareholders indicated in their respective certificates of incorporation; (iv) providing false and misleading statements and information intended to circumvent the laws of New York State that prohibit ownership by individuals not licensed to practice the profession for which a professional corporation was incorporated; (v) providing false and misleading statements and information in the signed medical reports and claim submissions intended to deceive and conceal the fact that the PC Defendants were illegally engaged in the corporate practice of medicine, fee-splitting and practicing the profession of medicine fraudulently by billing for professional health services although they were not physicians or healthcare professionals authorized to provide the

31

treatment at issue; and (vi) providing false and misleading statements and information in the signed medical reports and claim submissions intended to deceive and conceal the fact that the PC Defendants were illegally permitting unlicensed persons to make healthcare decisions. Defendants knew the foregoing material misrepresentations to be false when made and made or facilitated these false representations with the intention and purpose of inducing Plaintiffs to rely thereon.

150. The Defendants intentionally, knowingly, fraudulently and with the intent to deceive Plaintiffs, patients and the general public, concealed the fact that independent contractors were providing services by making false representations of material facts falsely claiming that the individuals providing the services were employees of the PC Defendants.

151. The Defendants, individually and through their corporations, were engaged in a common scheme designed to defraud insurance companies, including Plaintiffs.

152. Plaintiffs reasonably and justifiably relied on the foregoing material misrepresentations as a result of Defendants' acts of fraud and deception.

153. In reliance upon these false representations and/or omissions, Plaintiffs made substantial payments to the PC Defendants.

154. Plaintiffs are entitled to recover the payments made to the PC Defendants.

155. The Defendants' fraudulent conduct evinces a reckless disregard and indifference to the rights of the Plaintiffs, as well as the public. The conduct of the Defendants was aimed at the public generally and demonstrates a high degree of moral turpitude and wanton dishonesty implying a criminal indifference, which entitles Plaintiffs to punitive damages. Plaintiffs are entitled to an award of punitive damages to protect the public by deterring the Defendants and others from engaging in similar conduct in the future.

32

156. Plaintiffs are entitled to recover the payments made to the PC Defendants in an amount to be determined at trial, but in no event less than $463,164.22.

## AS AND FOR AN ELEVENTH CAUSE OF ACTION
### (Unjust Enrichment)

157. Plaintiffs repeat and reallege each and every allegation contained in Paragraphs "1" through "156" of this Complaint as if fully set forth at length herein.

158. The defendants are jointly and severally liable for the acts and omissions set forth in paragraphs "1" through "156" of this Complaint.

159. As set forth above, defendants have engaged in improper, unlawful, and/or unjust acts, all to the harm and detriment of the Plaintiffs.

160. When Plaintiffs paid the bills and charges submitted by the PC Defendants for No-Fault Benefits, Plaintiffs reasonably believed that they were legally obligated to make such payments based on defendants' improper, unlawful, and/or unjust acts.

161. Plaintiffs' payments constituted a benefit that defendants voluntarily accepted, notwithstanding their improper, unlawful, and unjust scheme.

162. Defendants' retention of Plaintiffs' payments violated fundamental principles of justice, equity and good conscience.

163. By reason of the above, defendants have been unjustly enriched in an amount to be determined at trial, but in no event less than the sum of $463,164.22.

## JURY DEMAND

164. Pursuant to Federal Rule of Civil Procedure § 38(b), Plaintiffs demand a trial by jury.

33

**WHEREFORE**, Plaintiffs demand judgment against Defendants as follows:

a.       On the first cause of action, awarding Plaintiffs a declaratory judgment, determining and declaring that (a) the PC Defendants are not entitled to collect No-Fault Benefits for any charges that they have submitted to Plaintiffs; (b) Plaintiffs are not obligated to pay the PC Defendants or any patient for the health services purportedly provided; and (c) the Defendants are enjoined from submitting to Plaintiffs any request for payment for any professional health care services, and initiating or prosecuting against Plaintiffs any other legal proceedings, including no-fault lawsuits and arbitration proceedings, seeking payment for any such services;

b.       On the second cause of action, awarding Plaintiffs a declaratory judgment, determining and declaring that (a) the PC Defendants are not entitled to collect No-Fault Benefits for any charges that they have submitted to Plaintiffs; (b) Plaintiffs are not obligated to pay the PC Defendants or any patient for the health services purportedly provided; and (c) the Defendants are enjoined from submitting to Plaintiffs any request for payment for any professional health care services, and initiating or prosecuting against Plaintiffs any other legal proceedings, including no-fault lawsuits and arbitration proceedings, seeking payment for any such services;

c.       On the third cause of action, awarding Plaintiffs a declaratory judgment, determining and declaring that (a) the PC Defendants are not entitled to collect, and Plaintiffs are not obligated to pay, No-Fault Benefits for any charges that they submitted to Plaintiffs where the professional health services were provided by an independent contractor or other non-employee; (b) the PC Defendants are enjoined from submitting to Plaintiffs any request for

34

payment for any professional health care services, and initiating or prosecuting against Plaintiffs any other legal proceedings, including arbitration proceedings, seeking payment for any such services;

        d.      On the fourth cause of action against Dr. Mikhelashvili and the Clinic Controllers, compensatory damages in favor of the Plaintiffs in an amount to be determined at trial but in no event less than $440,485.67, together with treble damages, costs and reasonable attorneys' fees pursuant to 18 U.S.C. § 1964(c) plus interest;

        e.      On the fifth cause of action against Dr. Mikhelashvili and the Clinic Controllers, compensatory damages in favor of the Plaintiffs in an amount to be determined at trial but in no event less than $440,485.67, together with treble damages, costs, and reasonable attorneys' fees pursuant to 18 U.S.C. §1964(c) plus interest;

        f.      On the sixth cause of action against Dr. Mikhelashvili and the Clinic Controllers, compensatory damages in favor of the Plaintiffs in an amount to be determined at trial but in no event less than $16,317.12, together with treble damages, costs and reasonable attorneys' fees pursuant to 18 U.S.C. § 1964(c) plus interest;

        g.      On the seventh cause of action against Dr. Mikhelashvili and the Clinic Controllers, compensatory damages in favor of the Plaintiffs in an amount to be determined at trial but in no event less than $16,317.12, together with treble damages, costs, and reasonable attorneys' fees pursuant to 18 U.S.C. §1964(c) plus interest;

        h.      On the eighth cause of action against Dr. Khodadadi and the Clinic Controllers, compensatory damages in favor of the Plaintiffs in an amount to be determined at trial but in no event less than $6,361.43, together with treble damages, costs, and reasonable attorneys' fees pursuant to 18 U.S.C. §1964(c) plus interest;

i.      On the ninth cause of action against Dr. Khodadadi and the Clinic Controllers, compensatory damages in favor of the Plaintiffs in an amount to be determined at trial but in no event less than $6,361.43, together with treble damages, costs, and reasonable attorneys' fees pursuant to 18 U.S.C. §1964(c) plus interest;

j.      On the tenth cause of action, awarding Plaintiffs a sum to be determined at trial, but in no event less than $463,164.22 with interest thereon;

k.      On the eleventh cause of action, awarding Plaintiffs a sum to be determined at trial, but in no event less than $463,164.22 with interest thereon; and

l.      Awarding Plaintiffs costs, attorneys' fees, and such other and further relief as this Court deems just and proper under the circumstances.

Dated: Garden City, New York
       June 20, 2013

                              McDONNELL & ADELS, PLLC

                              By: _____
                                  Patrick J. McDonnell (PM 8062)
                                  Stuart Flamen (SF 8394)
                                  Attorneys for Plaintiffs
                                  401 Franklin Avenue
                                  Garden City, New York 11530
                                  (516) 328-3500
                                  File No.: LIB-0104(a)dj

36

70090800114001

70090800114

12/17/2007

## NEW YORK MOTOR VEHICLE NO-FAULT INSURANCE LAW
### VERIFICATION OF TREATMENT BY ATTENDING PHYSICIAN OR PROVIDER OF HEALTH SERVICE
(This form is not for verification of hospital treatment )

NAME, ADDRESS AND PHONE NUMBER
OF INSURER'S CLAIM REPRESENTATIVE:
*Arroyo*

| DATE | POLICY HOLDER | POLICY NUMBER | DATE OF ACCIDENT | CLAIM NUMBER |
|------|---------------|---------------|------------------|--------------|
| 12/17/2007 | ~~REDACTED~~ L | AO2-221-823193-00 | 10/27/2007 | X875552-03 |

NAME AND ADDRESS OF INSURER:

**LIBERTY MUTUAL INS CO**
**70 SUNRISE HWY**
**VALLEY STREAM, NY   11581**
Claim #:

PROVIDER'S NAME AND ADDRESS
Aim 4 Life Medical Diagnostics, P.C.

6829 Springfied Blvrd
Bayside, NY   11364
(718) 279-1300
26-0470945

KINDLY COMPLETE AND SUBMIT THIS FORM AS SOON AS POSSIBLE. PLEASE NOTE, THIS COMPLETED FORM MUST BE SUBMITTED TO THE INSURER AS SOON AS REASONABLY POSSIBLE BUT NO LATER THAN 45 DAYS OR 180 DAYS AFTER THE TREATMENT DATE, DEPENDING UPON THE POLICY ENDORSEMENT IN EFFECT AT THE TIME OF THE ACCIDENT. IF YOU ARE UNSURE OF THE APPLICABLE TIME REQUIREMENT, KINDLY CONTACT THE CLAIMS REPRESENTATIVE TO DETERMINE WHICH DEADLINE IS APPLICABLE TO THIS CLAIM.

IF YOU HAVE PREVIOUSLY SUBMITTED AN EARLIER REPORT ON THIS ACCIDENT, YOU NEED ONLY NOTE ANY CHANGES FROM THE INFORMATION PREVIOUSLY FURNISHED AND ADDITIONAL CHARGES.

| 1. PATIENT'S NAME AND ADDRESS | ~~REDACTED~~ HA |
|---|---|

~~REDACTED~~ FREEPORT, NY  11520

| 2. DATE OF BIRTH | 3. SEX | 4. OCCUPATION (IF KNOWN) |
|---|---|---|
| ~~REDACTED~~ | F | |

5. DIAGNOSIS AND CONCURRENT CONDITIONS:

| 6. WHEN DID SYMPTOMS FIRST APPEAR? | 7. WHEN DID PATIENT FIRST CONSULT YOU FOR THE CONDITION? |
|---|---|
| 10/27/2007 | DATE: 11/23/2007 |

8. HAS PATIENT EVER HAD SAME OR SIMILAR CONDITION?
[ ] YES  [X] NO    IF "YES", STATE WHEN AND DESCRIBE:

9. IS CONDITION SOLELY A RESULT OF THIS AUTOMOBILE ACCIDENT?
[X] YES  [ ] NO    IF "NO", EXPLAIN:

10. IS CONDITION DUE TO INJURY ARISING OUT OF PATIENT'S EMPLOYMENT?
[ ] YES  [X] NO

11. WILL INJURY RESULT IN SIGNIFICANT DISFIGUREMENT OR PERMANENT DISABILITY?
[ ] YES  [ ] NO    [X] NOT DETERMINABLE AT THIS TIME
IF "YES", DESCRIBE:

| 12. PATIENT WAS DISABLED (UNABLE TO WORK) FROM: | THROUGH: | 13. IF STILL DISABLED THE PATIENT SHOULD BE ABLE TO RETURN TO WORK ON: |
|---|---|---|

CONTINUE ON PAGE 2

NYS FORM NF-3
(Rev 1/2004)

1/7/08

FReed

70090800114002

70090800114

12/17/2007

## VERIFICATION OF TREATMENT BY ATTENDING PHYSICIAN OR OTHER PROVIDER OF HEALTH SERVICE

14. WILL THE PATIENT REQUIRE REHABILITATION AND/OR OCCUPATIONAL THERAPY AS A RESULT OF THE INJURIES SUTAINED IN THIS ACCIDENT?

[X] YES   [ ] NO   IF "YES", DESCRIBE YOUR RECOMMENDATIONS BELOW:

RE: *                                                                                      Claim #:

### 15. REPORT OF SERVICES RENDERED -- ATTACH ADDITIONAL SHEETS IF NECESSARY

| Date of service | Place of service | Description of treatment or health service rendered | Fee Schedule Treatment Code | Charges |
|---|---|---|---|---|
| 11/23/2007 | 6829 Springfield Blvd Bayside, NY 11364 | MRI OF RIGHT SHOULDER | 73220 | $ 901.42 |
| 11/26/2007 | 6829 Springfield Blvd Bayside, NY 11364 | MRI OF LUMBAR SPINE W/O CONTRAST | 72148 | $ 912.00 |
| | | | Total charges to date $ | $1,813.42 |

16. If treating provider is different than billing provider complete the following:

| Treating Provider's Name | Title | License Or Certification Number | Business Relationship Check Applicable Box | | |
|---|---|---|---|---|---|
| | | | Employee | Independent Contractor | Other (Specify) |
| DeMarco Charles | Radiologist | 177726 | X | | |

17. If the provider of service is a professional service corporation or doing business under an assumed name (DBA), list the owner and professional licensing credentials of all owners (Provide an additional attachment if necessary).

Mikhelashvili Nodari, License #: 241064

18. Is patient still under your care for this condition?   [X] Yes   [ ] No

19. Estimated duration of future treatment   UNCERTAIN

PATIENT: Your health provider may agree to accept payment for health services performed directly from your insurer (Authorization to Pay Benefits) so that you are not required to make payment to the health provider at the time of service. Such agreement is optional on the part of the health provider and must be signed by both patient and health provider. You may use the optional authorization language provided below, by checking off the designated spot in item 20 of this form.

20._____ (IF YOU HAVE CHOSEN TO AUTHORIZE THE DIRECT PAYMENT OF BENEFITS BY CHECKING THIS OPTION, YOU MAY NOT ALSO ENTER INTO AN ASSIGNMENT OF BENEFITS CONTAINED IN #21)

AUTHORIZATION TO PAY BENEFITS:

I AUTHORIZE PAYMENT OF HEALTH BENEFITS TO THE UNDERSIGNED HEALTH CARE PROVIDER OR SUPPLIER OF SERVICES DESCRIBED BELOW. I RETAIN ALL RIGHTS, PRIVILEGES AND REMEDIES TO WHICH I AM ENTITLED UNDER ARTICLE 51 (THE NO-FAULT PROVISION) OF THE INSURANCE LAW.

Print Name                                         Signed   SIGNATURE ON FILE
_____                                    _____
        Patient (Assignor)                                  (Patient)          Date

NYS FORM NF-3
(Rev 1/2004)

Page 2

70090800114004

12/17/2007                    70090800114

RE:                                                                    Claim #:

### VERIFICATION OF TREATMENT BY ATTENDING PHYSICIAN OR OTHER PROVIDER OF HEALTH SERVICE

PATIENT: Your health provider may agree to have you assign your right to No-Fault benefits from your insurer directly to your health provider (Assignment of Benefits). If you and your health provider agree to an assignment of benefits, you must both sign the agreement contained in # 21 or the prescribed NF-AOB form or its equivalent. The language contained in the assignment of benefits is mandatory and may not be altered or avoided by any other language added to this agreement or other written agreement.

21. __X__ (IF YOU HAVE CHOSEN TO ASSIGN YOUR BENEFITS TO THE HEALTH PROVIDER BY CHECKING THIS OPTION, YOU MAY NOT ALSO ENTER INTO AN AUTHORIZATION TO PAY BENEFITS CONTAINED IN ITEM #20 ABOVE)

ASSIGNMENT OF NO-FAULT BENEFITS:

I HEREBY ASSIGN TO THE HEALTH CARE PROVIDER INDICATED BELOW ALL RIGHTS, PRIVILEGES AND REMEDIES TO PAYMENT FOR HEALTH CARE SERVICES PROVIDED BY THE ASSIGNEE TO WHICH I AM ENTITLED UNDER ARTICLE 51 (THE NO-FAULT STATUTE) OF THE INSURANCE LAW. THE ASSIGNEE HEREBY CERTIFIES THAT THEY HAVE NOT RECEIVED ANY PAYMENT FROM OR ON BEHALF OF THE ASSIGNOR AND SHALL NOT PURSUE PAYMENT DIRECTLY FROM THE ASSIGNOR FOR SERVICES PROVIDED BY SAID ASSIGNEE FOR INJURIES SUSTAINED DUE TO THE MOTOR VEHICLE ACCIDENT, NOTWITHSTANDING ANY OTHER AGREEMENT TO THE CONTRARY. THIS AGREEMENT MAY BE REVOKED BY THE ASSIGNEE WHEN BENEFITS ARE NOT PAYABLE BASED UPON THE ASSIGNOR'S LACK OF COVERAGE AND/OR VIOLATION OF A POLICY CONDITION DUE TO THE ACTIONS OR CONDUCT OF THE ASSIGNOR

| Print Name |                RD | Signed | SIGNATURE ON FILE |
|---|---|---|---|
|  | Patient (Assignor) |  | (Patient) |
| Print Name | Aim 4 Life Medical Diagnostics, P.C. | Signed |  |
|  | (Provider Of Health Care Service) |  | (Provider Of Health Care Service) |

Has and original authorization or assignment previously been executed?     [X] Yes   [ ] No

Is the original signature of the parties on file?     [X] Yes   [ ] No

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN CONNECTION WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION.

| Date | Provider's signature   OWNER | IRS/TIN Identification No. | WCB Rating Code |
|---|---|---|---|
|  |  |  | Specialty: Radiology |
| 12/17/2007 | Nodari Mikhelashvili |  |  |

*LANGUAGE TO BE FILLED IN BY INSURER OR SELF-INSURER.
NYS FORM NF-3 (Rev 1/2004)

70290801499001

DMF
B-LDS   ue 11 26/08   NEW YORK MOTOR VEHICLE NO-FAULT INSURANCE LAW
VERIFICATION OF TREATMENT BY ATTENDING PHYSICIAN OR OTHER PROVIDER OF HEALTH SERVICE
(THIS FORM IS NOT VERIFICATION OF HOSPITAL TREATMENT)

NAME OF INSURANCE COMPANY                                    INSURER'S CLAIM REPRESENTATIVE

LIBERTY MUTUAL INS. CO.                                      N/A
P.O. BOX 9045 FARMINGDALE, NY 11735

Arroyo

| DATE | POLICY HOLDER | POLICY NUMBER | D.O.A. | CLAIM NUMBER |
|------|---------------|---------------|--------|--------------|
| 1/14/08 | N/A,N/A | A92-231-823193-00 | 10/27/07 | 8875852-02 |

PROVIDER :  AIM 4 LIFE MEDICAL DIAGNOSTIC, P.C.
6829 SPRINGFIELD BLVD, BAYSIDE, NY 11364       Tel:   718-279-1300
                                                Fax :  718-279-0020

KINDLY COMPLETE AND SUBMIT THIS FORM AS SOON AS POSSIBLE. PLEASE NOTE COMPLETED FORM MUST
BE SUBMITTED TO INSURER NO LATER THAN 45 DAYS AFTER TREATMENT DATE.

IF YOU HAVE PREVIOUSLY SUBMITTED AN EARLIER REPORT ON THIS ACCIDENT, YOU NEED ONLY NOTE
ANY CHANGES FROM THE INFORMATION PREVIOUSLY FURNISHED AND ADDITIONAL CHARGES

| 1. PATIENT NAME AND ADDRESS |||
|---|---|---|
| A                          , FREEPORT, NY 11520       Tel: 516-223-1431 |||
| 2. AGE | 3. SEX | 4. OCCUPATION (IF KNOWN) |
|        | F      | N/A |

5. DIAGNOSIS AND CONCURRENT CONDITIONS:
723.4 - Rulront lumbosacral radiculitis/radiculopathy
724.4 - THORACIC OR LUMBOSACRAL RADICULOPATHY
846.0 - LUMBOSACRAL SPINE SPRAIN/STRAIN

| 6. WHEN DID SYMPTOMS FIRST APPEAR? | 7. WHEN DID PATIENT CONSULT YOU FOR THIS CONDITION? |
|---|---|
| DATE:   10/27/07 | DATE :   11/23/07 |

8. HAS PATIENT EVER HAD SAME OR SIMILAR CONDITION?
[ ] YES   [X] NO     IF "YES" STATE WHEN AND DESCRIBE

9. IS CONDITION SOLELY A RESULT OF THIS AUTOMOBILE ACCIDENT?
[X] YES   [ ] NO     IF "NO", EXPLAIN

10. IS CONDITION DUE TO INJURY ARISING OUT OF PATIENT'S EMPLOYMENT?
[ ] YES   [X] NO

11. WILL INJURY RESULT IN SIGNIFICANT DISFIGUREMENT OR PERMANENT DISABILITY?
[ ] YES   [ ] NO   [X] NOT DETERMINABLE AT THIS TIME

| 12. PATIENT WAS DISABLED (UNABLED TO WORK) | 13. IF STILL DISABLED THE PATIENT SHOULD BE ABLE TO |
|---|---|
| FROM:   N/A       THROUGH:   N/A | RETURN TO WORK ON DATE: |

14. WILL THE PATIENT REQUIRE REHABILITATION AND/OR OCCUPATION THERAPY AS A RESULT OF THE INJURIES
SUSTAINED IN THIS ACCIDENT?
[X] YES   [ ] NO   IF "YES" DESCRIBE YOUR RECOMMENDATION BELOW

See report attached

1/21/08                E. Delay MRI Rpt

NYS Form N-F-3                                               Page :  1

70290801498004

| Patient :                      PA | 70290801498 | Acc. Date.: | 10/27/2007 |

**16. IF TREATING PROVIDER IS DIFFERENT THAN BILLING PROVIDER COMPLETE THE FOLLOWING:**

| Treating Provider's Name | Title | Licence Or Certification Number | Business Relationship | | |
|---|---|---|---|---|---|
| | | | Employee | Independent Contractor | Other (Specify) |
| JOHN S. LYONS | RADFIOLOGIST | 147837-1 | Yes | | |

**17. IF THE PROVIDER OF SERVICE IS A PROFESSIONAL SERVICE CORPORATION OR DOING BUSINESS UNDER AN ASSUMED NAME (DBA), LIST THE OWNER AND PROFESSIONAL LICENCING CREDENTIALS OF ALL OWNERS**

Owner : NODARI MIKHELASHVILI                                   Licence No 1241264

**18. IS THE PATIENT STILL UNDER YOUR CARE FOR THIS CONDITION?**      [X] YES      [ ] NO

**19. ESTIMATED DURATION OF FUTURE TREATMENT:**
Difficult to determine at this time

**(OPTIONAL) 20. INJURED OR AUTHORIZED PERSON'S SIGNATURE:**
I AUTHORIZE PAYMENT OF HEALTH BENEFITS TO THE UNDERSIGNED HEALTH CARE PROVIDER OR SUPPLIER OF SERVICE DESCRIBED BELOW. I RETAIN ALL THE RIGHTS, PRIVILIGIES AND REMEDIES TO WHICH I AM ENTITLED UNDER ARTICLE 51 (THE NO-FAULT PROVISION) OF THE INSURANCE LAW.

SIGNED      __ATTACHED_____

**(OPTIONAL) 21. ASSIGNMENT OF NO-FAULT BENEFITS**
I HEREBY ASSIGN TO THE HEALTH CARE PROVIDER BELOW INDICATED BELOW ALL RIGHTS, PRIVILEGES AND REMEDIES TO WHICH I AM ENTITLED UNDER ARTICLE 51 (THE NO-FAULT PROVISION) OF THE INSURANCE LAW. THIS AGREEMENT SHALL BECOME NULL AND VOID IF AT ANY TIME IT IS DETERMINED THAT BENEFITS ARE NOT PAYABLE DUE TO THE FOLLOWING CIRCUMSTANCES: LACK OF COVERAGE, VIOLATION OF A POLICY CONDITION, OR DETERMINATION THAT THE TREATMENT/SERVICES RENDERED ARE NOT RELATED TO SAID MOTOR VEHICLE ACCIDENT. ANY PAYMENT PURSUANT TO THIS ASSIGNMENT SHALL NOT EXCEED THE HEALTH CARE PROVIDER'S PERMISSABLE CHARGES UNDER SAID ARTICLE 51. THE PROVIDER OF HEALTH SERVICES CERTIFIES THAT THEY HAVE NOT RECEIVED ANY PAYMENT FROM OR ON BEHALF OF THE INJURED PARTY AND SHALL NOT PURSUE PAYMENT DIRECTLY FROM THE INJURED PARTY FOR SERVICES PROVIDED DUE TO THE INJURIES SUSTAINED IN RELATION TO THE AUTOMOBILE ACCIDENT.

SIGNED      __ATTACHED_____
                    (PATIENT)

SIGNED      __SIGNATURE ON FILE_____
                    (PROVIDER OF HEALTH SERVICE)

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRADULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE STATED VALUE OF THE CLAIM FOR EACH SUCH VIOLATIO

| DATE: 1/14/08 | PROVIDER SIGNATURE AIM 4 LIFE MEDICAL DIAGNOSTIC, P.C.  JOHN S. LYONS | IRS IDENTIFICATION NO.  147837-1 | WCB RATING CODE. IF NONE SPECIALITY  RADFIOLOGIST |

NYS Form N-F-3                                                                 Page :        3

70290801499002

70290801499002

## VERIFICATION OF TREATMENT BY ATTENDING PHYSICIAN OR OTHER PROVIDER OF HEALTH SERVICE

Patient : Sa_____A                    Acc.Date :   10/27/2007

| 15. REPORT OF SERVICES RENDERED | | | | |
|---|---|---|---|---|
| Date Of Service | Place Of Service | Description Of Treatment or Health Service Rendered | Fee Schedule Treatment Code | Charges |
| 12/24/07 | ** | MRI OF THE LUMBAR SPINE | 72148 | $ 912.00 |

TOTAL CHARGES TO DATE:     $ 912.00

** Place of service : AIM 4 LIFE MEDICAL DIAGNOSTIC, P.C., 6829 SPRINGFIELD BLVD, BAYSIDE, NY 1136

70290801499005

| 702908 01499 | | |

* PLEASE MAKE CHECK PAYABLE TO   AIM 4 LIFE MEDICAL DIAGNOSTIC, P.C.
          SENT TO:      6829 SPRINGFIELD BLVD, BAYSIDE, NY 11364

INSURER LIST ADDITIONAL VERIFICATION REQUIRED: ADD SEPARATE PAGE IF NECESSARY
1.
2.
3.

NYS Form N-F-3

Page :          4

72620805988001

72620805988

**NEW YORK NO-FAULT MOTOR VEHICLE INSURANCE LAW**
**REPORT OF ATTENDING PHYSICIAN OR OTHER PROVIDER OF HEALTH SERVICE OR TREATMENT**
(This form is not for verification of hospital treatment)

*Godley*

| DATE | POLICY HOLDER | POLICY NUMBER | DATE OF ACCIDENT | CLAIM NUMBER |
|---|---|---|---|---|
| 08/29/200 | | | 07/23/2008 | LA2039810826-0d |

**ADVANCED MEDICAL DIAGNOSTICS**
68-29 SPRINGFIELD BLVD
OAKLAND GARDENS, NY 11364
(718) 279-1300

NAME OF INSURANCE COMPANY

**LIBERTY MUTUAL INSURANCE CO**

P.O. BOX 9045, FARMINGDALE, NY 11735

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE CONTAINING ANY MARIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMAION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR ANY INSURANCE COMPANY COMMITS A FRAUDULENT INSURANCE ACT, WHTICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION.

KINDLY COMPLETE AND SUBMIT THIS FORM AS SOON AS POSSIBLE PAYMENT OF THIS PATIENY'S NEW YORK MOTOR VEHICLE NO-FAULT BENEFITS.

IF YOU HAVE PREVIOUSLY SUBMITTED AN EARLIER REPORT ON THIS ACCIDENT, YOU NEED ONLY NOTE ANY CHANGES FROM THE INFORMATION PREVIOUSLY FURNISHED AND ADDITIONAL CHARGES.

1. PATIENT'S NAME AND ADDRESS
ST> Queens Village, NY 11429

| 2. AGE 21 | 3. SEX M | OCCUPATION - IF KNOWN UNKNOWN |
|---|---|---|

5. DIAGNOSIS AND CONCURRENT CONDITIONS
722.0 - CERVICAL DISC DISPLACEMENT R/O
722.91 - CERVICAL INTERVERT. DISC DISORDER IN COOPRTN. PAIN

6. WHEN DID THE SYMPTOMS FIRST APPEAR? Date: 07/23/2008 | 7. WHEN DID PATIENT FIRST CONSULT YOU FOR THE CONDITION?

8. HAS PATIENT EVER HAD SIMILAR CONDITIONS?
NO

9. IS CONDITION SOLELY A RESULT OF AUTOMOBILE ACCIDENT?
YES

10. IS CONDITION DUE TO INJURY ARISING OUT OF PATIENT'S EMPLOYMENT?
NO

11. WILL INJURY RESULT IN SIGNIFICANT DISFIGUREMENT OR PERMANENT DISABILITY?
UNDETERMINED

| 12. Patient was disabled (unable to work) From: N/A Through: N/A | 13. If still disabled the patient should be able to return to work on Date: |
|---|---|

NYS FORM NF-3    9.8.08JK

9/16/08

E.Delay Lmn Victor Sharobeen

72620805988002

72620805988

VERIFICATION OF TREATMENT BY ATTENDING PHYSICIAN OR OTHER PROVIDER OF HEALTH SERVICE

RE: ▮▮▮▮▮▮▮▮▮

14. WILL THE PATIENT REQUIRE REHABILITATION AND / OR OCCUPATIONAL THERAPY AS A RESULT OF INJURIES SUSTAINED IN THIS ACCIDENT?

N/A

IF "YES", DESCRIBE YOUR RECOMMENDATION BELOW:

### 15. REPORT OF SERVICES RENDED

| DATE OF SERVICE | PLACE OF SERVICE INCLUDING ZIP CODE | DESCRIPTION OF PROCEDURE OR HEALTH SERVICES RENDERED | FEE SCHEDULE TREATMENT CODE | CHARGES |
|---|---|---|---|---|
| 8/14/08 | OFFICE | MRI CERVICAL SPINE | 72141 | $879.73 |
| | | TOTAL CHARGES TO DATE | | $879.73 |

16. IF TREATING PROVIDER IS DIFFERENT THAN BILLING PROVIDER COMPLETE THE FOLLOWING

| TREATING PROVIDER NAME | TITLE | LICENSE OR CERTIFICATE NO. | BUSINESS RELATIONSHIP CHECK APPLICABLE BOX | | |
|---|---|---|---|---|---|
| | | | EMPLOYEE | INDEPENDENT CONTRACTOR | OTHER (SPECIFY) |
| John S. Lyons | Radiologist | Lic# 147837-1 | X | | |

17  IF THE PROVIDER OF SERVICE IS A PROFESSIONAL SERVICE CORPORATION OR DOING BUSINESS UNDER AN ASSUMED NAME (DBA), LIST THE OWNER AND PROFESSIONAL LICENSING CREDENTIALS OF ALL OWNER (Provide and additional attachment if necessary).

Mikhelashvili Nodari, Licence #: 241264

18  IF PATIENT STILL UNDER YOUR CAR FOR THIS CONDITION?          YES ☐          NO ☒

19 ESTIMATED DURATION OF FUTURE TREATMENT          UNDETERMINED

Next, your health provider may agree to accept payment for health services performed directly from your insurer (Authorization to Pay Benefits) so that you are not required to make any payment to the health provider at the time of the service. Such agreement is optional on the part of the health provider and must be signed by both patient and health provider. You may use the optional authorization language provided below, by checking off the designated spot in item 20 of this form.

IF YOUR PROVIDER HAS AGREED TO ACCEPT DIRECT PAYMENT OF BENEFITS BY CHECKING THIS OPTION, YOU MUST ALSO ENTER INTO AN ASSIGNMENT OF BENEFITS CONTAINED IN #21

AUTHORIZATION TO PAY BENEFITS:

I AUTHORIZE PAYMENT OF HEALTH BENEFITS TO THE UNDERSIGNED HEALTH CARE PROVIDER OR SUPPLIER OF SERVICES DESCRIBED BELOW. I RETAIN ALL RIGHTS, PRIVILEGES AND REMEDIES TO WHICH I AM ENTITLED UNDER ARTICLE 11 THE NO-FAULT PROVISION OF THE INSURANCE LAW.

| PRINT NAME ▮▮▮▮▮▮ | SIGNED | Signature on file | |
|---|---|---|---|
| PATIENT | | PATIENT | DATE |

NYS FORM NF 3 (Rev 1/2004)

72620805988003

RE: _____                                    Claim #:

**VERIFICATION OF TREATMENT BY ATTENDING PHYSICIAN OR OTHER PROVIDER OF HEALTH SERVICE**

PATIENT: Your health provider may agree to have you assign your right to No-Fault benefits from your insurer directly to your health provider (Assignment of Benefits). If you and your health provider agree to an assignment of benefits, you must both sign the agreement contained in # 21 or the prescribed NF-AOB form or its equivalent. The language contained in the assignment of benefits is mandatory and may not be altered or avoided by any other language added to this agreement or other written agreement.

21.___X___ (IF YOU HAVE CHOSEN TO ASSIGN YOUR BENEFITS TO THE HEALTH PROVIDER BY CHECKING THIS OPTION, YOU MAY NOT ALSO ENTER INTO AN AUTHORIZATION TO PAY BENEFITS CONTAINED IN ITEM #20 ABOVE)

ASSIGNMENT OF NO-FAULT BENEFITS:

HEREBY ASSIGN TO THE HEALTH CARE PROVIDER INDICATED BELOW ALL RIGHTS, PRIVILEGES AND REMEDIES TO PAYMENT FOR HEALTH CARE SERVICES PROVIDED BY THE ASSIGNEE TO WHICH I AM ENTITLED UNDER ARTICLE 51 (THE NO-FAULT STATUTE) OF THE INSURANCE LAW. THE ASSIGNEE HEREBY CERTIFIES THAT THEY HAVE NOT RECEIVED ANY PAYMENT FROM OR ON BEHALF OF THE ASSIGNOR AND SHALL NOT PURSUE PAYMENT DIRECTLY FROM THE ASSIGNOR FOR SERVICES PROVIDED BY SAID ASSIGNEE FOR INJURIES SUSTAINED DUE TO THE MOTOR VEHICLE ACCIDENT, NOTWITHSTANDING ANY OTHER AGREEMENT TO THE CONTRARY. THIS AGREEMENT MAY BE REVOKED BY THE ASSIGNEE WHEN BENEFITS ARE NOT PAYABLE BASED UPON THE ASSIGNOR'S LACK OF COVERAGE AND/OR VIOLATION OF A POLICY CONDITION DUE TO THE ACTIONS OR CONDUCT OF THE ASSIGNOR

| Print Name | | Signed | SIGNATURE ON FILE |
| --- | --- | --- | --- |
| | Patient (Assignor) | | (Patient) |
| Print Name | **Advanced Medical Diagnostics** | Signed | |
| | (Provider Of Health Care Service) | | (Provider Of Health Care Service) |

| Has and original authorization or assignment previously been executed? | ☒ Yes | ☐ No |
| --- | --- | --- |
| Is the original signature of the parties on file? | ☒ Yes | ☐ No |

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT ... ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION.

| Date | Provider's signature   OWNER | IRS/TIN Identification No. | WCB Rating Code |
| --- | --- | --- | --- |
| 8/9/08 | Nodari Mikhelashvili | _____ | Specialty: Radiology |

*LANGUAGE TO BE FILLED IN BY INSURER OR SELF-INSURER.
NYS FORM NF-3 (Rev 1/2004)

Page 3

**NEW YORK NO-FAULT MOTOR VEHICLE INSURANCE LAW**
**REPORT OF ATTENDING PHYSICIAN OR OTHER PROVIDER OF HEALTH SERVICE OR TREATMENT**
(This form is not for verification of hospital treatment)

| DATE | POLICY HOLDER | POLICY NUMBER | DATE OF ACCIDENT | CLAIM NUMBER |
|---|---|---|---|---|
| 12/02/200 | | | 10/26/2009 | 1275597502 |

**ADVANCED MEDICAL DIAGNOSTICS**
68-29 SPRINGFIELD BLVD
OAKLAND GARDENS, NY 11364
(718) 279-1300

NAME OF INSURANCE COMPANY

**LIBERTY MUTUAL INSURANCE CO**

P.O. BOX 9045, FARMINGDALE, NY 11735

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE CONTAINING ANY MARIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMAION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION; DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR ANY INSURANCE COMPANY COMMITS A FRAUDULENT INSURANCE ACT, WHITCH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION.

KINDLY COMPLETE AND SUBMIT THIS FORM AS SOON AS POSSIBLE PAYMENT OF THIS PATIENT'S NEW YORK MOTOR VEHICLE NO-FAULT BENEFITS.

IF YOU HAVE PREVIOUSLY SUBMITTED AN EARLIER REPORT ON THIS ACCIDENT, YOU NEED ONLY NOTE ANY CHANGES FROM THE INFORMATION PREVIOUSLY FURNISHED AND ADDITIONAL CHARGES.

1. PATIENT'S NAME AND ADDRESS
█████████ Syosset, ny 11791

| 2. AGE 0 | 3. SEX ? | OCCUPATION - IF KNOWN UNKNOWN |
|---|---|---|

5. DIAGNOSIS AND CONCURRENT CONDITIONS
- 722.0 - CERVICAL DISC DISPLACEMENT R/O
- 722.10 - LUMBAR DISC HERNIATION R/O
- 722.71 - CERVICAL INTERVERT. DISC DISORDER/MYELOPATHY R/O
- 722.73 - LUMBAR INTERVERT.DISC DISORDER/MYELOPATHY R/O

6. WHEN DID THE SYMPTOMS FIRST APPEAR? Date: 10/26/2009 | 7. WHEN DID PATIENT FIRST CONSULT YOU FOR THE CONDITION?

8. HAS PATIENT EVER HAD SIMILAR CONDITIONS? NO

9. IS CONDITION SOLELY A RESULT OF AUTOMOBILE ACCIDENT? YES

10. IS CONDITION DUE TO INJURY ARISING OUT OF PATIENT'S EMPLOYMENT? NO

11. WILL INJURY RESULT IN SIGNIFICANT DISFIGUREMENT OR PERMANENT DISABILITY? UNDETERMINED

| 12. Patient was disabled (unable to work) From: N/A Through: N/A | 13. If still disabled the patient should be able to return to work on Date: |
|---|---|

NYS FORM NF-3

VERIFICATION OF TREATMENT BY ATTENDING PHYSICIAN OR OTHER PROVIDER OF HEALTH SERVICE

RE: ████████████████████

14. WILL THE PATIENT REQUIRE REHABILITATION AND / OR OCCUPATIONAL THERAPY AS A RESULT OF INJURIES SUSTAINED IN THIS ACCIDENT?

N/A

IF "YES", DESCRIBE YOUR RECOMMENDATION BELOW:

**15. REPORT OF SERVICES RENDED**

| DATE OF SERVICE | PLACE OF SERVICE INCLUDING ZIP CODE | DESCRIPTION OF PROCEDURE OR HEALTH SERVICES RENDERED | FEE SCHEDULE TREATMENT CODE | CHARGES |
|---|---|---|---|---|
| 11/9/09 | OFFICE | MRI CERVICAL SPINE | 72141 | $879.73 |
| 11/23/09 | OFFICE | MRI LUMBAR SPINE | 72148 | $912.00 |
| | | | TOTAL CHARGES TO DATE | $1,791.73 |

16. IF TREATING PROVIDER IS DIFFERENT THAN ABOVE PLEASE PROVIDE THE FOLLOWING

| TREATING PROVIDER NAME | RANK | CERTIFICATE NO. | EMPLOYEE | BUSINESS RELATIONSHIP CHECK APPLICABLE BOX INDEPENDENT OTHER (SPECIFY) CONTRACTOR |
|---|---|---|---|---|
| Richard A. Heiden | Radiologist | Lic# 160241-1 | X | |

17. IF THE PROVIDER OF SERVICE IS A PROFESSIONAL SERVICE CORPORATION OR DOING BUSINESS UNDER AN ASSUMED NAME (DBA), LIST THE OWNER AND PROFESSIONAL LICENSING CREDENTIALS OF ALL OWNER (Provide and additional attachment if necessary)

## MIKHELASHVILI NODARI, LICENCE #: 241064

18. IF PATIENT STILL UNDER YOUR CAR FOR THIS CONDITION?    YES [    ]    NO [ X ]

19. ESTIMATED DURATION OF FUTURE TREATMENT    UNDETERMINED

PATIENT Your health provider may agree to accept payment for health services performed directly from your insurer (Authorization to Pay Benefits) so that you are not required to make any payment to the health provider at the time of the service. Such agreement is optional on the part of the health provider and must be signed by both patient and health provider. You may use the optional authorization language provided below, by checking off the designated spot in item 20 of this form.

20. IF YOU HAVE CHOSEN TO AUTHORISE THE DIRECT PAYMENT OF BENEFITS BY CHECKING THIS OPTION, YOU MAY NOT ALSO ENTER INTO AN ASSIGNMENT OF BENEFITS CONTAINED IN #21)

AUTHORIZATION TO PAY BENEFITS:

I AUTHORIZE PAYMENT OF HEALTH BENEFITS TO THE UNDERSIGNED HEALTH CARE PROVIDER OR SUPPLIER OF SERVICES DESCRIBED BELOW. I RETAIN ALL RIGHTS, PRIVILEGES AND REMEDIES TO WHICH I AM ENTITLED UNDER ARTICLE 51 OF THE NO-FAULT PROVISION OF THE INSURANCE LAW.

PRINT NAME ████████████    SIGNED    Signature on file
PATIENT                              PATIENT         DATE

NYS FORM NF-3 (Rev 1/2004)



ID:                                                                                    Claim #:

## VERIFICATION OF TREATMENT BY ATTENDING PHYSICIAN OR OTHER PROVIDER OF HEALTH SERVICE

PATIENT - Your health provider may agree to have you assign your right to No-Fault benefits from your insurer directly to your health provider (Assignment of Benefits). If you and your health provider agree to an assignment of benefits, you must both sign the agreement contained in # 21 on the prescribed NF-AOB form or its equivalent. The language contained in the assignment of benefits is mandatory and may not be altered or avoided by any other language added to this agreement or other written agreement.

21. __X__ (IF YOU HAVE CHOSEN TO ASSIGN YOUR BENEFITS TO THE HEALTH PROVIDER BY CHECKING THIS OPTION, YOU MAY NOT ALSO ENTER INTO AN AUTHORIZATION TO PAY BENEFITS CONTAINED IN ITEM #20 ABOVE)

**ASSIGNMENT OF NO-FAULT BENEFITS:**

I HEREBY ASSIGN TO THE HEALTH CARE PROVIDER INDICATED BELOW ALL RIGHTS, PRIVILEGES AND REMEDIES TO PAYMENT FOR HEALTH CARE SERVICES PROVIDED BY THE ASSIGNEE TO WHICH I AM ENTITLED UNDER ARTICLE 51 (THE NO-FAULT STATUTE) OF THE INSURANCE LAW. THE ASSIGNEE HEREBY CERTIFIES THAT THEY HAVE NOT RECEIVED ANY PAYMENT FROM OR ON BEHALF OF THE ASSIGNOR AND SHALL NOT PURSUE PAYMENT DIRECTLY FROM THE ASSIGNOR FOR SERVICES PROVIDED BY, SAID ASSIGNEE FOR INJURIES SUSTAINED DUE TO THE MOTOR VEHICLE ACCIDENT, NOTWITHSTANDING ANY OTHER AGREEMENT TO THE CONTRARY. THIS AGREEMENT MAY BE REVOKED BY THE ASSIGNEE WHEN BENEFITS ARE NOT PAYABLE BASED UPON THE ASSIGNOR'S LACK OF COVERAGE AND/OR VIOLATION OF A POLICY CONDITION DUE TO THE ACTIONS OR CONDUCT OF THE ASSIGNOR

| | | |
|---|---|---|
| Print Name ████████ | Signed | SIGNATURE ON FILE |
| (Patient (Assignor) | | (Patient) |
| Print Name  Advanced Medical Diagnostics | Signed | |
| (Provider Of Health Care Service) | | (Provider Of Health Care Service) |
| Has an original authorization or assignment previously been executed? | [X] Yes  [ ] No | |
| Is the original signature of the parties on file? | [X] Yes  [ ] No | |

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN CONNECTION WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION.

| Date  12/02/09 | Provider's signature  OWNER  Nodari Mikhelashvili | IRS/TIN Identification No. | WCB Rating Code Specialty- Radiology |
|---|---|---|---|

**LANGUAGE TO BE FILLED IN BY INSURER OR SELF-INSURER.**
NYS FORM NF-1 (Rev 1/2004)

HM3611100980

NEW YORK NO-FAULT MOTOR VEHICLE INSURANCE LAW
REPORT OF ATTENDING PHYSICIAN OR OTHER PROVIDER OF HEALTH SERVICE OR TREATMENT
(This form is not for verification of hospital treatment)

| DATE | POLICY HOLDER | POLICY NUMBER | DATE OF ACCIDENT | CLAIM NUMBER |
|---|---|---|---|---|
| 12/16/201 | | AO2221347589701 | 11/21/2011 | 21114572-07 |

**ADVANCED MEDICAL DIAGNOSTICS**
**OF QUEENS P.C.**
**68-29 SPRINGFIELD BLVD**
**OAKLAND GARDENS, NY 11364**
**(718) 279-1300**

NAME OF INSURANCE COMPANY

LIBERTY MUTUAL INSURANCE CO

P.O. BOX 1052 MONTGOMERY VILLE, PA 18936

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMAION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR ANY INSURANCE COMPANY COMMITS A FRAUDULENT INSURANCE ACT, WHITCH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION.

KINDLY COMPLETE AND SUBMIT THIS FORM AS SOON AS POSSIBLE PAYMENT OF THIS PATIENY'S NEW YORK MOTOR VEHICLE NO-FAULT BENEFITS.

IF YOU HAVE PREVIOUSLY SUBMITTED AN EARLIER REPORT ON THIS ACCIDENT, YOU NEED ONLY NOTE ANY CHANGES FROM THE INFORMATION PREVIOUSLY FURNISHED AND ADDITIONAL CHARGES.

1. PATIENT'S NAME AND ADDRESS

████████████  ████████ Brooklyn, NY 11212

| 2. AGE   0 | 3. SEX   m | OCCUPATION - IF KNOWN    UNKNOWN |
|---|---|---|

5. DIAGNOSIS AND CONCURRENT CONDITIONS

718.91 - SHOULDER INJURY (RIGHT/Left)
719.41 - SHOULDER PAIN /ARTHRALGIA (LEFT/RIGHT)

| 6. WHEN DID THE SYMPTOMS FIRST APPEAR?    Date: 11/21/2011 | 7. WHEN DID PATIENT FIRST CONSULT YOU FOR THE CONDITION? |
|---|---|

8. HAS PATIENT EVER HAD SIMILAR CONDITIONS?

NO

9. IS CONDITION SOLELY A RESULT OF AUTOMOBILE ACCIDENT?

YES

10. IS CONDITION DUE TO INJURY ARISING OUT OF PATIENT'S EMPLOYMENT?

NO

11. WILL INJURY RESULT IN SIGNIFICANT DISFIGUREMENT OR PERMANENT DISABILITY?

UNDETERMINED

| 12. Patient was disabled (unable to work)   From   N/A   Through:   N/A | 13. If still disabled the patient should be able to return to work on   Date: |
|---|---|

NYS FORM NF-3

HM3611100980

VERIFICATION OF TREATMENT BY ATTENDING PHYSICIAN OR OTHER PROVIDER OF HEALTH SERVICE

RE: ████████████████

14. WILL THE PATIENT REQUIRE REHABILITATION AND / OR OCCUPATIONAL THERAPY AS A RESULT OF INJURIES SUSTAINED IN THIS ACCIDENT?

N/A

IF "YES", DESCRIBE YOUR RECOMMENDATION BELOW:

| 15. REPORT OF SERVICES RENDERED | | | | |
|---|---|---|---|---|
| DATE OF SERVICE | PLACE OF SERVICE INCLUDING ZIP CODE | DESCRIPTION OF PROCEDURE OR HEALTH SERVICES RENDERED | FEE SCHEDULE TREATMENT CODE | CHARGES |
| 12/2/11 | OFFICE | MRI SHOULDER-L | 73221 | $878.67 |
| | | TOTAL CHARGES TO DATE | | $878.67 |

16. IF TREATING PROVIDER IS DIFFERENT PROVIDE THE FOLLOWING:

| TREATING PROVIDER NAME | | LICENSE OR CERTIFICATE NO. | EMPLOYEE | BUSINESS RELATIONSHIP IF CHECK APPLICABLE BOX: INDEPENDENT CONTRACTOR |
|---|---|---|---|---|
| Ayoob Khodadadi | Radiologist | Lic# 113253-1 | X | |

17. IF THE PROVIDER OF SERVICE IS A PROFESSIONAL SERVICE CORPORATION OR DOING BUSINESS UNDER AN ASSUMED NAME (DBA), LIST THE OWNER AND PROFESSIONAL LICENSING CREDENTIALS OF ALL OWNER (Provide and additional attachment if necessary).

# MIKHELASHVILI NODARI, LICENCE #: 241064

18. IF PATIENT STILL UNDER YOUR CARE FOR THIS CONDITION?     YES [ ]     NO [X]

19. ESTIMATED DURATION OF FUTURE TREATMENT     UNDETERMINED

PATIENT Your health provider may agree to accept payment for health services performed directly from your insurer. (Authorization to Pay Benefits) so that you are not required to make any payment to the health provider at the time of the service. Such agreement is optional on the part of the health provider and must be signed by both patient and health provider. You may use the optional authorization language provided below, by checking off the designated spot in item 20 of this form.

20. IF YOU HAVE CHOSED TO AUTHORISE THE DIRECT PAYMENT OF BENEFITS BY CHECKING THIS OPTION, YOU MAY NOT ALSO ENTER INTO AN ASSIGNMENT OF BENEFITS CONTAINED IN #21)
AUTHORIZATION TO PAY BENEFITS:

I AUTHORIZE PAYMENT OF HEALTH BENEFITS TO THE UNDERSIGNED HEALTH CARE PROVIDER OR SUPPLIER OF SERVICES DESCRIBED BELOW. I RETAIN ALL RIGHTS, PRIVILEGES AND REMEDIES TO WHICH I AM ENTITLED UNDER ARTICLE 51 (THE NO FAULT PROVISION) OF THE INSURANCE LAW.

PRINT NAME ████████████     Signature on file
PATIENT                     PATIENT          DATE

NYS FORM NF-3 (rev 1/2004)

HM3611100980



**VERIFICATION OF TREATMENT BY ATTENDING PHYSICIAN OR OTHER PROVIDER OF HEALTH SERVICE**

PATIENT: Your health provider may agree to have you assign your right to No-Fault benefits from your insurer directly to your health provider (Assignment of Benefits). If you and your health provider agree to an assignment of benefits, you must both sign the agreement contained in # 21 on the prescribed NF-AOB form or an equivalent. The language contained in the assignment of benefits is mandatory and may not be altered or amended by any other language added to this agreement or other written agreement.

21. __X__   (IF YOU HAVE CHOSEN TO ASSIGN YOUR BENEFITS TO THE HEALTH PROVIDER BY CHECKING THIS OPTION, YOU MAY NOT ALSO ENTER INTO AN AUTHORIZATION TO PAY BENEFITS CONTAINED IN ITEM #20 ABOVE)

ASSIGNMENT OF NO-FAULT BENEFITS:

I HEREBY ASSIGN TO THE HEALTH CARE PROVIDER INDICATED BELOW ALL RIGHTS, PRIVILEGES AND REMEDIES TO PAYMENT FOR HEALTH CARE SERVICES PROVIDED BY THE ASSIGNEE TO WHICH I AM ENTITLED UNDER ARTICLE 51 (THE NO-FAULT STATUTE) OF THE INSURANCE LAW. THE ASSIGNEE HEREBY CERTIFIES THAT THEY HAVE NOT RECEIVED ANY PAYMENT FROM OR ON BEHALF OF THE ASSIGNOR AND SHALL NOT PURSUE PAYMENT DIRECTLY FROM THE ASSIGNOR FOR SERVICES PROVIDED BY SAID ASSIGNEE FOR INJURIES SUSTAINED DUE TO THE MOTOR VEHICLE ACCIDENT, NOTWITHSTANDING ANY OTHER AGREEMENT TO THE CONTRARY. THIS AGREEMENT MAY BE REVOKED BY THE ASSIGNEE WHEN BENEFITS ARE NOT PAYABLE BASED UPON THE ASSIGNOR'S LACK OF COVERAGE AND/OR VIOLATION OF A POLICY CONDITION DUE TO THE ACTIONS OR CONDUCT OF THE ASSIGNOR

| Print Name | Signed | SIGNATURE ON FILE |
|---|---|---|
| Patient (Assignor) | | (Patient) |
| PrintName **ADVANCED MEDICAL DIAGNOSTICS OF QUEENS P.C.** | Signed | |
| (Provider Of Health Care Service) | | (Provider Of Health Care Service) |

Has and original authorization or assignment previously been executed?   [X] Yes   [ ] No

Is the original signature of the parties on file?   [X] Yes   [ ] No

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN CONNECTION WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION.

12/16/11

| Provider's signature   OWNER | IRS/TIN Identification No. | WCB Rating Code |
|---|---|---|
| Nodari Mikhelashvili | | Specialty- Radiology |

NOT TO BE FILLED IN BY INSURER OR SELF-INSURER.
NYS FORM NF-3 (Rev 1/2004)

Page 3

RECEIVED

NOV 24 2008

AFCO I & VJ

NEW YORK NO-FAULT MOTOR VEHICLE INSURANCE LAW
REPORT OF ATTENDING PHYSICIAN OR OTHER PROVIDER OF HEALTH SERVICE OR TREATMENT
(This form is not for verification of hospital treatment)

| DATE | POLICY HOLDER | POLICY NUMBER | DATE OF ACCCIDENT | CLAIM NUMBER |
|---|---|---|---|---|
| 11/14/200 | | 95134321 | 09/11/2008 | ALD88453 |

*Med Bill   DOS 10/16/08*

ADVANCED MEDICAL DIAGNOSTICS

68-29 SPRINGFIELD BLVD
OAKLAND GARDENS. NY 11364
(718) 279-1300

NAME OF INSURANCE COMPANY

MET LIFE AUTO HOME INS.CO
31 BRITISH AMERICAN BLVD
LATHAM, NY 12110

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE CONTAINING ANY MARIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMAION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR ANY INSURANCE COMPANY COMMITS A FRAUDULENT INSURANCE ACT, WHITCH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION.

KINDLY COMPLETE AND SUBMIT THIS FORM AS SOON AS POSSIBLE PAYMENT OF THIS PATIENY'S NEW YORK MOTOR VEHICLE NO-FAULT BENEFITS.

IF YOU HAVE PREVIOUSLY SUBMITTED AN EARLIER REPORT ON THIS ACCIDENT, YOU NEED ONLY NOTE ANY CHANGES FROM THE INFORMATION PREVIOUSLY FURNISHED AND ADDITIONAL CHARGES.

1. PATIENT'S NAME AND ADDRESS

███████████████ A ████████ REGO PARK, NY 11374

| 2. AGE ████ | 3. SEX  F | OCCUPATION - IF KNOWN     UNKNOWN |
|---|---|---|

5. DIAGNOSIS AND CONCURRENT CONDITIONS

722.0 - CERVICAL DISC DISPLACEMENT R/O
722.71 - CERVICAL INTERVERT. DISC DISORDER/MYELOPATHY R/O

| 6. WHEN DID THE SYMPTOMS FIRST APPEAR? | 7. WHEN DID PATIENT FIRST CONSULT YOU FOR THE CONDITION? |
|---|---|
| Date: 09/11/2008 | |

8. HAS PATIENT EVER HAD SIMILAR CONDITIONS?

NO

9. IS CONDITION SOLELY A RESULT OF AUTOMOBILE ACCIDENT?

YES

10. IS CONDITION DUE TO INJURY ARISING OUT OF PATIENT'S EMPLOYMENT?

NO

11. WILL INJURY RESULT IN SIGNIFICANT DISFIGUREMENT OR PERMANENT DISABILITY?

UNDETERMINED

| 12. Patient was disabled (unable to work) | | 13. If still disabled the patient should be able to return to work on |
|---|---|---|
| From:  N/A | Through:   N/A | Date: |

NYS FORM NF-3

AFCO 11/24/2008 1:08:11 PM

VERIFICATION OF TREATMENT BY ATTENDING PHYSICIAN OR OTHER PROVIDER OF HEALTH SERVICE

RE: ███████████████VA

14. WILL THE PATIENT REQUIRE REHABILITATION AND / OR OCCUPATIONAL THERAPY AS A RESULT OF INJURIES SUSTAINED IN THIS ACCIDENT?

N/A

IF "YES", DESCRIBE YOUR RECOMMENDATION BELOW:

### 15. REPORT OF SERVICES RENDED

| DATE OF SERVICE | PLACE OF SERVICE INCLUDING ZIP CODE | DESCRIPTION OF PROCEDURE OR HEALTH SERVICES RENDERED | FEE SCHEDULE TREATMENT CODE | CHARGES |
|---|---|---|---|---|
| 10/16/08 | OFFICE | MRI CERVICAL SPINE | 72141 | $879.73 |
| | | TOTAL CHARGES TO DATE | | $879.73 |

16. IF TREATING PROVIDER IS DIFFERENT THAN BILLING PROVIDER COMPLETE THE FOLLOWING

| TREATING PROVIDER NAME | TITLE | LICENSE OR CERTIFICATE NO. | BUSINESS RELATIONSHIP CHECK APPLICABLE BOX | | |
|---|---|---|---|---|---|
| | | | EMPLOYEE | INDEPENDENT CONTRACTOR | OTHER (SPECIFY) |
| Richard A. Heiden | Radiologist | Lic# 160241-1 | | X | |

17   IF THE PROVIDER OF SERVICE IS A PROFESSIONAL SERVICE CORPORATION OR DOING BUSINESS UNDER AN ASSUMED NAME (DBA), LIST THE OWNER AND PROFESSIONAL LICENSING CREDENTIALS OF ALL OWNER (Provide and additional attachment if necessary).

Mikhelashvili Nodari, Licence #: 241264

18  IF PATIENT STILL UNDER YOUR CAR FOR THIS CONDITION?          YES ☐          NO ☒

ESTIMATED DURATION OF FUTURE TREATMENT          UNDETERMINED

PATIENT  Your health provider may agree to accept payment for health services performed directly from your insurer (Authorization to Pay Benefits) so that you are not required to make any payment to the health provider at the time of the service. Such agreement is optional on the part of the health provider and must be signed by both patient and health provider  You may use the optional authorization language provided below, by checking off the designated spot in item 20 of this form.

20.   IF YOU HAVE CHOSEN TO AUTHORISE THE DIRECT PAYMENT OF BENEFITS BY CHECKING THIS OPTION,  YOU MAY NOT ALSO ENTER INTO AN A SSIGNMENT OF BENEFTIS CONTAINED IN #21)

AUTHORIZATION TO PAY BENEFITS:

I AUTHORIZE PAYMENT OF HEALTH BENEFITS TO THE UNDERSIGNED HEALTH CARE PROVIDER OR SUPPLIER OF SERVICES DESCRIBED BELOW. I RETAIN ALL RIGHTS, PRIVILEGES AND REMEDIES TO WHICH I AM ENTITLED UNDER ARTICLE 51 (THE NO-FAULT PROVISION) OF THE INSURANCE LAW.

PRINT NAME ████████████████ SIGNED          Signature on file

PATIENT                                    PATIENT          DATE

NYS FORM NF 1 (Rev 1/2004)

AFCO 11/24/2008 1:08:11 PM



RE: [redacted]                                                                                      Claim #:

## VERIFICATION OF TREATMENT BY ATTENDING PHYSICIAN OR OTHER PROVIDER OF HEALTH SERVICE

PATIENT: Your health provider may agree to have you assign your right to No-Fault benefits from your insurer directly to your health provider (Assignment of Benefits). If you and your health provider agree to an assignment of benefits, you must both sign the agreement contained in # 21 or the prescribed NF-AOB form or its equivalent. The language contained in the assignment of benefits is mandatory and may not be altered or avoided by any other language added to this agreement or other written agreement.

21.  __X__   (IF YOU HAVE CHOSEN TO ASSIGN YOUR BENEFITS TO THE HEALTH PROVIDER BY CHECKING THIS OPTION, YOU MAY NOT ALSO ENTER INTO AN AUTHORIZATION TO PAY BENEFITS CONTAINED IN ITEM #20 ABOVE)

ASSIGNMENT OF NO-FAULT BENEFITS:

I HEREBY ASSIGN TO THE HEALTH CARE PROVIDER INDICATED BELOW ALL RIGHTS, PRIVILEGES AND REMEDIES TO PAYMENT FOR HEALTH CARE SERVICES PROVIDED BY THE ASSIGNEE TO WHICH I AM ENTITLED UNDER ARTICLE 51 (THE NO-FAULT STATUTE) OF THE INSURANCE LAW. THE ASSIGNEE HEREBY CERTIFIES THAT THEY HAVE NOT RECEIVED ANY PAYMENT FROM OR ON BEHALF OF THE ASSIGNOR AND SHALL NOT PURSUE PAYMENT DIRECTLY FROM THE ASSIGNOR FOR SERVICES PROVIDED BY SAID ASSIGNEE FOR INJURIES SUSTAINED DUE TO THE MOTOR VEHICLE ACCIDENT, NOTWITHSTANDING ANY OTHER AGREEMENT TO THE CONTRARY. THIS AGREEMENT MAY BE REVOKED BY THE ASSIGNEE WHEN BENEFITS ARE NOT PAYABLE BASED UPON THE ASSIGNOR'S LACK OF COVERAGE AND/OR VIOLATION OF A POLICY CONDITION DUE TO THE ACTIONS OR CONDUCT OF THE ASSIGNOR

| Print Name | [redacted] | Signed | SIGNATURE ON FILE |
| | Patient (Assignor) | | (Patient) |
| Print Name | **Advanced Medical Diagnostics** | Signed | |
| | (Provider Of Health Care Service) | | (Provider Of Health Care Service) |

Has and original authorization or assignment previously been executed?       [X] Yes   [ ] No

Is the original signature of the parties on file?       [X] Yes   [ ] No

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN CONNECTION WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION.

| Date 11/14/01 | Providers's signature  OWNER | IRS/TIN Identification No. | WCB Rating Code |
| | Nodari Mikhelashvili | [redacted]6 | Specialty: Radiology |

*LANGUAGE TO BE FILLED IN BY INSURER OR SELF-INSURER.
NYS FORM NF-3 (Rev 1/2004)

AFCO 11/24/2008 1:08:11 PM

NEW YORK NO-FAULT MOTOR VEHICLE INSURANCE LAW
REPORT OF ATTENDING PHYSICIAN OR OTHER PROVIDER OF HEALTH SERVICE OR TREATMENT
(This form is not for verification of hospital treatment)

*, Med Bill*
*.005 - 01/04/12*

| DATE | POLICY HOLDER | POLICY NUMBER | DATE OF ACCIDENT | CLAIM NUMBER |
|------|---------------|---------------|------------------|--------------|
| 01/20/201 | | 069560851-0 | 11/13/2011 | ALF17134 |

**ADVANCED MEDICAL DIAGNOSTICS
OF QUEENS P.C.
68-29 SPRINGFIELD BLVD
OAKLAND GARDENS, NY 11364
(718) 279-1300**

NAME OF INSURANCE COMPANY

**MET LIFE AUTO HOME INS.CO
31 BRITISH AMERICAN BLVD
LATHAM, NY 12110**

*Received JAN 27 2012 AFCO 18 by*

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMAION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR ANY INSURANCE COMPANY COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION.

KINDLY COMPLETE AND SUBMIT THIS FORM AS SOON AS POSSIBLE PAYMENT OF THIS PATIENT'S NEW YORK MOTOR VEHICLE NO-FAULT BENEFITS.

IF YOU HAVE PREVIOUSLY SUBMITTED AN EARLIER REPORT ON THIS ACCIDENT, YOU NEED ONLY NOTE ANY CHANGES FROM THE INFORMATION PREVIOUSLY FURNISHED AND ADDITIONAL CHARGES.

**1. PATIENT'S NAME AND ADDRESS**

~~███████~~ 147-74 Grant Central Plaza, JAMAICA, ny 11435

| 2. AGE | 3. SEX F | OCCUPATION - IF KNOWN UNKNOWN |
|--------|----------|-------------------------------|

**5. DIAGNOSIS AND CONCURRENT CONDITIONS**

722.10 - LUMBAR DISC HERNIATION R/O
722.73 - LUMBAR INTERVERT.DISC DISORDER/MYELOPATHY R/O

**BEST AVAILABLE COPY
ALL PAGES**

| 6. WHEN DID THE SYMPTOMS FIRST APPEAR? | 7. WHEN DID PATIENT FIRST CONSULT YOU FOR THE CONDITION? |
|----------------------------------------|----------------------------------------------------------|
| Date: 11/13/2011 | |

**8. HAS PATIENT EVER HAD SIMILAR CONDITIONS?**

NO

**9. IS CONDITION SOLELY A RESULT OF AUTOMOBILE ACCIDENT?**

YES

**10. IS CONDITION DUE TO INJURY ARISING OUT OF PATIENT'S EMPLOYMENT?**

NO

**11. WILL INJURY RESULT IN SIGNIFICANT DISFIGUREMENT OR PERMANENT DISABILITY?**

UNDETERMINED

| 12. Patient was disabled (unable to work) From N/A Through N/A | 13. If still disabled the patient should be able to return to work on Date |
|---------------------------------------------------------------|---------------------------------------------------------------------------|

'S FORM NF-3

AFCO 1/27/2012 12:47:55 PM

Document 2
Page 4 of 9

VERIFICATION OF TREATMENT BY ATTENDING PHYSICIAN OR OTHER PROVIDER OF HEALTH SERVICE

RE: _____ V

14. WILL THE PATIENT REQUIRE REHABILITATION AND / OR OCCUPATIONAL THERAPY AS A RESULT OF INJURIES SUSTAINED IN THIS ACCIDENT?

N/A

IF "YES", DESCRIBE YOUR RECOMMENDATION BELOW:

**15. REPORT OF SERVICES RENDED**

| DATE OF SERVICE | PLACE OF SERVICE INCLUDING ZIP CODE | DESCRIPTION OF PROCEDURE OR HEALTH SERVICES RENDERED | FEE SCHEDULE TREATMENT CODE | CHARGES |
|---|---|---|---|---|
| 01/04/12 | OFFICE | MRI LUMBAR SPINE | 72148 | $912.00 |
| | | TOTAL CHARGES TO DATE | | $912.00 |

| TREATING PROVIDER NAME | | STATE NO | EMPLOYEE | BUSINESS RELATIONS IF CHECK APPLICABLE BOX INDEPENDENT CONTRACTOR |
|---|---|---|---|---|
| Ayoob Khodadadi | Radiologist | Lic# 113253-1 | X | |

17. IF THE PROVIDER OF SERVICE IS A PROFESSIONAL SERVICE CORPORATION OR DOING BUSINESS UNDER AN ASSUMED NAME (DBA), LIST THE OWNER AND PROFESSIONAL LICENSING CREDENTIALS OF ALL OWNER (Provide and additional attachment if necessary)

## MIKHELASHVILI NODARI LICENCE #: 241064

18. IF PATIENT STILL UNDER YOUR CAR FOR THIS CONDITION?     YES ☐     NO ☒

19. ESTIMATED DURATION OF FUTURE TREATMENT          UNDETERMINED

PATIENT Your health provider may agree to accept payment for health services performed directly from your insurer ( Authorization to Pay Benefits) so that you are not required to make any payment to the health provider at the time of the service. Such agreement is optional on the part of the health provider and must be signed by both patient and health provider. You may use the optional authorization language provided below, by checking off the designated spot in item 2u this form.

____IF YOU HAVE CHOSEN TO AUTHORISE THE DIRECT PAYMENT OF BENEFITS BY CHECKING THIS OPTION, YOU MAY NOT SO ENTER INTO AN ASSIGNMENT OF BENEFITS CONTAINED IN (21) THORIZATION TO PAY BENEFITS:

I AUTHORIZE PAYMENT OF HEALTH BENEFITS TO THE UNDERSIGNED HEALTH CARE PROVIDER OR SUPPLIER OF RVICES DESCRIBED BELOW. I RETAIN ALL RIGHTS, PRIVILEGES AND REMEDIES TO WHICH I AM ENTITLED UNDER ARTICLE THE NO FAULT PROVISION OF THE INSURANCE LAW.

PRINT NAME _____          Signature on file
            PATIENT                    PATIENT          DATE

Form N0 11 Rev 1/2004)

AFCO 1/27/2012 12:47:55 PM

BEST AVAILABLE COPY
ALL PAGES

Received
MAY 23 2011
AFS9 I & W

**NEW YORK NO-FAULT MOTOR VEHICLE INSURANCE LAW**
**REPORT OF ATTENDING PHYSICIAN OR OTHER PROVIDER OF HEALTH SERVICE OR TREATMENT**
(This form is not for verification of hospital treatment)

| DATE | POLICY HOLDER | POLICY NUMBER | DATE OF ACCIDENT | CLAIM NUMBER |
|------|---------------|---------------|------------------|--------------|
| 05/19/201 | | 8372459781 | 03/06/2011 | ALE90282DD |

ADVANCED MEDICAL DIAGNOSTICS
OF QUEENS P.C.
68-29 SPRINGFIELD BLVD
OAKLAND GARDENS, NY 11364
(718) 279-1300

NAME OF INSURANCE COMPANY:
MET LIFE AUTO HOME INS.CO
31 BRITISH AMERICAN BLVD
LATHAM, NY 12110

*Med. Bill*
*dos - 5/9/11*

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR ANY INSURANCE COMPANY COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION.

KINDLY COMPLETE AND SUBMIT THIS FORM AS SOON AS POSSIBLE PAYMENT OF THIS PATIENT'S NEW YORK MOTOR VEHICLE NO-FAULT BENEFITS.

IF YOU HAVE PREVIOUSLY SUBMITTED AN EARLIER REPORT ON THIS ACCIDENT, YOU NEED ONLY NOTE ANY CHANGES FROM THE INFORMATION PREVIOUSLY FURNISHED AND ADDITIONAL CHARGES.

1. PATIENT'S NAME AND ADDRESS
Whitestone, NY 11357

| 2. AGE | 0 | 3. SEX | F | OCCUPATION - IF KNOWN | UNKNOWN |
|--------|---|--------|---|----------------------|---------|

5. DIAGNOSIS AND CONCURRENT CONDITIONS

722.10 - LUMBAR DISC HERNIATION R/O
722.73 - LUMBAR INTERVERT.DISC DISORDER/MYELOPATHY R/O

| 6. WHEN DID THE SYMPTOMS FIRST APPEAR? | 7. WHEN DID PATIENT FIRST CONSULT YOU FOR THE CONDITION? |
|----------------------------------------|----------------------------------------------------------|
| Date: 03/06/2011 | |

8. HAS PATIENT EVER HAD SIMILAR CONDITIONS?
NO

9. IS CONDITION SOLELY AS A RESULT OF AUTOMOBILE ACCIDENT?
YES

10. IS CONDITION DUE TO INJURY ARISING OUT OF PATIENT'S EMPLOYMENT?
NO

11. WILL INJURY RESULT IN SIGNIFICANT DISFIGUREMENT OR PERMANENT DISABILITY?
UNDETERMINED

| 12. Patient was disabled (unable to work) From N/A Through N/A | 13. If still disabled the patient should be able to return to work on Date: |
|---------------------------------------------------------------|-----------------------------------------------------------------------------|

NYS FORM NF-3

APCG 5/24/2011 10:25:11 AM

VERIFICATION OF TREATMENT BY ATTENDING PHYSICIAN OR OTHER PROVIDER OF HEALTH SERVICE

RE: ▮▮▮▮▮▮▮▮▮

14  WILL THE PATIENT REQUIRE REHABILITATION AND/OR OCCUPATIONAL THERAPY AS A RESULT OF INJURIES SUSTAINED IN THIS ACCIDENT?

N/A

IF "YES", DESCRIBE YOUR RECOMMENDATION BELOW:

| 15. REPORT OF SERVICES RENDED | | | | |
|---|---|---|---|---|
| DATE OF SERVICE | PLACE OF SERVICE INCLUDING ZIP CODE | DESCRIPTION OF PROCEDURE OR HEALTH SERVICES RENDERED | FEE SCHEDULE TREATMENT CODE | CHARGES |
| 05/09/11 | OFFICE | MRI LUMBAR SPINE | 72148 | $912.00 |
| | | TOTAL CHARGES TO DATE | | $912.00 |

| 5. F (SEATING PROVIDER INDEPENDENT THAT DAY OR PROVIDER COMPLETE FOLLOWS | | | | BUSINESS RELATIONS IF CHECK APPLICABLE IF | |
|---|---|---|---|---|---|
| TREATING PROVIDER NAME | | TAXPAYER ID NUMBER OR CERTIFICATE NO | EMPLOYEE | | |
| Ayoob Khodadadi | Radiologist | Lic# 113253-1 | X | | |

17  IF THE PROVIDER OF SERVICE IS A PROFESSIONAL SERVICE CORPORATION OR DOING BUSINESS UNDER AN ASSUMED NAME (DBA), LIST THE OWNER AND PROFESSIONAL LICENSING CREDENTIALS OF ALL OWNER (Provide and additional attachment if necessary)

## MIKHELASHVILI NODARI, LICENCE #: 241064

18  IF PATIENT STILL UNDER YOUR CAR FOR THIS CONDITION?          YES ☐          NO ☒

19  ESTIMATED DURATION OF FUTURE TREATMENT          UNDETERMINED

*PATIENT Your health provider may agree to accept payment for health services performed directly from your insurer (Authorization to Pay Benefits) so that you are not required to make any payment to the health provider at the time of the service. Such agreement is optional on the part of the health provider and must be signed by both patient and health provider. You may use the optional authorization language provided below, by checking off the designated spot in item 20 of this item

20  IF YOU HAVE CHOSEN TO AUTHORISE THE DIRECT PAYMENT OF BENEFITS BY CHECKING THIS OPTION, YOU MAY NOT ALSO ENTER INTO AN ASSIGNMENT OF BENEFITS CONTAINED IN 21)
*AUTHORIZATION TO PAY BENEFITS:

I AUTHORIZE PAYMENT OF HEALTH BENEFITS TO THE UNDERSIGNED HEALTH CARE PROVIDER OR SUPPLIER OF SERVICES DESCRIBED BELOW. I RETAIN ALL RIGHTS, PRIVILEGES AND REMEDIES TO WHICH I AM ENTITLED UNDER ARTICLE 51 THE NO FAULT PROVISION OF THE INSURANCE LAW.

PRINT NAME ▮▮▮▮▮▮▮▮▮          SIGNED _____          Signature on file

PATIENT          PATIENT          DATE

NYS Form N-F 3 (Rev 1/2004)

AFCO 5/24/2011 10:25:11 AM

RE: ▓▓▓▓▓▓▓▓▓▓▓▓▓                                                                                   Claim #:

**VERIFICATION OF TREATMENT BY ATTENDING PHYSICIAN OR OTHER PROVIDER OF HEALTH SERVICE**

PATH 50 : Your health provider may agree to have you assign your right to No-Fault benefits from your insurer directly to your health provider (Assignment of Benefits). If you and your health provider agree to an assignment of benefits, you must both sign the agreement contained in # 21 or the prescribed NF-AOB form or its equivalent. The language contained in the assignment of benefits is mandatory and may not be altered or avoided by any other language added to this agreement or other written agreement.

21. __X__ IF YOU HAVE CHOSEN TO ASSIGN YOUR BENEFITS TO THE HEALTH PROVIDER BY CHECKING THIS OPTION, YOU MAY NOT ALSO ENTER INTO AN AUTHORIZATION TO PAY BENEFITS CONTAINED IN ITEM #20 ABOVE)

**ASSIGNMENT OF NO-FAULT BENEFITS:**

I HEREBY ASSIGN TO THE HEALTH CARE PROVIDER INDICATED BELOW ALL RIGHTS, PRIVILEGES AND REMEDIES TO PAYMENT FOR HEALTH CARE SERVICES PROVIDED BY THE ASSIGNEE TO WHICH I AM ENTITLED UNDER ARTICLE 51 (THE NO-FAULT STATUTE) OF THE INSURANCE LAW. THE ASSIGNEE HEREBY CERTIFIES THAT THEY HAVE NOT RECEIVED ANY PAYMENT FROM OR ON BEHALF OF THE ASSIGNOR AND SHALL NOT PURSUE PAYMENT DIRECTLY FROM THE ASSIGNOR FOR SERVICES PROVIDED BY SAID ASSIGNEE FOR INJURIES SUSTAINED DUE TO THE MOTOR VEHICLE ACCIDENT, NOTWITHSTANDING ANY OTHER AGREEMENT TO THE CONTRARY. THIS AGREEMENT MAY BE REVOKED BY THE ASSIGNEE WHEN BENEFITS ARE NOT PAYABLE BASED UPON THE ASSIGNOR'S LACK OF COVERAGE AND/OR VIOLATION OF A POLICY CONDITION DUE TO THE ACTIONS OR CONDUCT OF THE ASSIGNOR

| | | |
|---|---|---|
| Print Name ▓▓▓▓▓▓▓▓▓▓▓ | Signed | SIGNATURE ON FILE |
| (Patient Assignor) | | (Patient) |
| Print Name **ADVANCED MEDICAL DIAGNOSTICS OF QUEENS P.C.** | Signed | |
| (Provider Of Health Care Service) | | (Provider Of Health Care Service) |
| Has and original authorization or assignment previously been executed? | [X] Yes  [ ] No | |
| Is the original signature of the parties on file? | [X] Yes  [ ] No | |

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN CONNECTION WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION

| Date 5/19/11 | Provider's signature  OWNER  Nodari Mikhelashvili | IRS/TIN Identification No. ▓▓▓▓▓▓▓6 | WCB Rating Code Specialty: Radiology |
|---|---|---|---|

TO BE FILLED IN BY INSURER OR SELF-INSURER.
NYS FORM NF-3 (Rev 1/2004)

Page 3

APCO 5/24/2011 10:25:11 AM

Document 5
Page 8 of 19

.ECEIVED

JAN 14 2008

.FCO I & W

NEW YORK MOTOR VEHICLE NO-FAULT INSURANCE LAW
VERIFICATION OF TREATMENT BY ATTENDING PHYSICIAN OR OTHER PROVIDER OF HEALTH SERVICE
(This form is not for verification of hospital treatment )

METLIFE
31 BRITISH AMERICAN BLVD                                    LISA PALMISANO 8006546011X3805
LATHAM NY 12110

| DATE | POLICYHOLDER | POLICY NUMBER | DATE OF ACCIDENT | CLAIM NUMBER |
|------|--------------|---------------|------------------|--------------|
| 12/05/07 | OD | 3587509011 | 10/29/2007 | WBD86467PS |

DOS 12/5/07

AIM 4 LIFE MEDICAL DIAGNOSTIC PC
293 AVENUE S. 3RD FLOOR
BROOKLYN NY 11223

THIS FORM AS SOON AS POSSIBLE. PLEASE NOTE, THIS COMPLETED
THE INSURER AS SOON AS REASONABLY POSSIBLE BUT NO LATER
____ ___ __ DAYS AFTER THE TREATMENT DATE, DEPENDING UPON THE POLICY
ENDORSEMENT IN EFFECT AT THE TIME OF THE ACCIDENT. IF YOU ARE UNSURE OF THE APPLICABLE
TIME REQUIREMENT, KINDLY CONTACT THE CLAIMS REPRESENTATIVE TO DETERMINE WHICH
DEADLINE IS APPLICABLE TO THIS CLAIM.

IF YOU HAVE PREVIOUSLY SUBMITTED AN EARLIER REPORT ON THIS ACCIDENT. YOU NEED ONLY NOTE ANY
CHANGES FROM THE INFORMATION PREVIOUSLY FURNISHED AND ADDITIONAL CHARGES.

1  PATIENT'S NAME AND ADDRESS
ROAD BROOKLYN, NY 11236

2. DATE OF BIRTH  3. SEX       M    4. OCCUPATION (IF KNOWN)

5  DIAGNOSIS AND CONCURRENT CONDITIONS
724.0    SPINAL STENOSIS, OTHER THAN CERV

6  WHEN DID SYMPTOMS FIRST APPEAR?          7  WHEN DID PATIENT FIRST CONSULT YOU FOR THIS
   DATE.  10/29/2007                           CONDITION?    DATE.    12/05/2007

8  HAS PATIENT EVER HAD SAME OR SIMILAR CONDITION?

   YES [      ]   NO  [ XX ]

9  IS CONDITION SOLELY A RESULT OF THIS AUTOMOBILE ACCIDENT?

   YES [ XX ]   NO  [      ]

10  IS CONDITION DUE TO INJURY ARISING OUT OF PATIENT'S EMPLOYMENT?

   YES [      ]   NO  [ XX ]

11  WILL INJURY RESULT IN SIGNIFICANT DISFIGUREMENT OR PERMANENT DISABILITY?

   YES [      ]   NO  [      ]          NOT DETERMINABLE AT THIS TIME    [ XX ]
   IF "YES" describe:

12  PATIENT WAS DISABLED (UNABLE TO WORK)       13  IF STILL DISABLED THE PATIENT SHOULD BE
                                                    ABLE TO RETURN TO WORK ON:
   FROM:           THROUGH _____
                                                    _____
                                                    (DATE)
                                CONTINUE ON PAGE 2

NYS FORM NF-3 (Rev V2004)
Page 1 of 3

PFCO 01 14 2008 10 19.02 AM

## VERIFICATION OF TREATMENT BY ATTENDING PHYSICIAN OR OTHER PROVIDER OF HEALTH SERVICE
### PAGE 2

14  WILL THE PATIENT REQUIRE REHABILITATION AND/OR OCCUPATIONAL THERAPY AS A RESULT OF THE INJURIES SUSTAINED IN THIS ACCIDENT?

YES  [ XX ]   NO  [      ]          IF YES describe your recommendation below

15  REPORT OF SERVICES RENDERED -- ATTACH ADDITIONAL SHEETS IF NECESSARY

| DATE OF SERVICE | PLACE OF SERVICE INCLUDING ZIP CODE | DESCRIPTION OF TREATMENT OR HEALTH SERVICE RENDERED | FEE SCHEDULE TREATMENT CODE | CHARGES |
|---|---|---|---|---|
| 12/05/2007 | see below* | MRI OF THE CERVICAL SPINE W/ O C | 72141 | 879.73 |

*5601 FLATLANDS AVE BROOKLYN, NY 11234        TOTAL CHARGES TO DATE$    879.73

16. IF TREATING PROVIDER IS DIFFERENT THAN BILLING PROVIDER COMPLETE THE FOLLOWING.

| TREATING PROVIDER'S NAME | TITLE | LICENSE OR CERTIFICATION NO. | BUSINESS RELATIONSHIP CHECK APPLICABLE BOX | | |
|---|---|---|---|---|---|
| | | | EMPLOYEE | INDEPENDENT CONTRACTOR | OTHER (SPECIFY) |
| LYONS JOHN S | M.D. | 147837 | | ** | |

17  IF THE PROVIDER OF SERVICE IS A PROFESSIONAL SERVICE CORPORATION OR DOING BUSINESS UNDER AN ASSUMED NAME (DBA), LIST THE OWNER AND PROFESSIONAL LICENSING CREDENTIALS OF ALL OWNERS (Provide an additional attachment if necessary).

18. IS PATIENT STILL UNDER YOUR CARE FOR THIS CONDITION?          YES  [ XX ]   NO  [      ]

19  ESTIMATED DURATION OF FUTURE TREATMENT

PATIENT: Your health provider may agree to accept payment for health services performed directly from your insurer (Authorization to Pay Benefits) so that you are not required to make payment to the health provider at the time of service  Such agreement is optional on the part of the health provider and must be signed by both patient and health provider.  You may use the optional authorization language provided below, by checking off the designated spot in item 20 of this form

20.        (IF YOU HAVE CHOSEN TO AUTHORIZE THE DIRECT PAYMENT OF BENEFITS BY CHECKING THIS OPTION, YOU MAY NOT ALSO ENTER INTO AN ASSIGNMENT OF BENEFITS CONTAINED IN #21)

AUTHORIZATION TO PAY BENEFITS:

I AUTHORIZE PAYMENT OF HEALTH BENEFITS TO THE UNDERSIGNED HEALTH CARE PROVIDER OR SUPPLIER OF SERVICES DESCRIBED BELOW.  I RETAIN ALL RIGHTS, PRIVILEGES AND REMEDIES TO WHICH I AM ENTITLED UNDER ARTICLE 51 (THE NO-FAULT PROVISION) OF THE INSURANCE LAW

PRINT NAME _____          SIGNED _____

        PATIENT                              PATIENT          DATE

CONTINUE ON PAGE 3

NYS FORM NF-3 (Rev 1/2004)
Page 2 of 3

AFCO 01 14 2008 10 19 02 AM

### VERIFICATION OF TREATMENT BY ATTENDING PHYSICIAN OR OTHER PROVIDER OF HEALTH SERVICE
#### PAGE 3

PATIENT: Your health provider may agree to have you assign your right to No-Fault benefits from your insurer directly to your health provider (Assignment of Benefits). If you and your health provider agree to an assignment of benefits, you must both sign the agreement contained in # 21 or the prescribed NF-AOB form or its equivalent. The language contained in the assignment of benefits is mandatory and may not be altered or evaded by any other language added to this agreement or other written agreement.

21. **XX** (IF YOU HAVE CHOSEN TO ASSIGN YOUR BENEFITS TO THE HEALTH PROVIDER BY CHECKING THIS OPTION, YOU MAY NOT ALSO ENTER INTO AN AUTHORIZATION TO PAY BENEFITS CONTAINED IN ITEM #20 ABOVE)
ASSIGNMENT OF NO-FAULT BENEFITS:
I HEREBY ASSIGN TO THE HEALTH CARE PROVIDER INDICATED BELOW ALL RIGHTS, PRIVILEGES AND REMEDIES TO PAYMENT FOR HEALTH CARE SERVICES PROVIDED BY THE ASSIGNEE TO WHICH I AM ENTITLED UNDER ARTICLE 51 (THE NO-FAULT STATUTE) OF THE INSURANCE LAW. THE ASSIGNEE HEREBY CERTIFIES THAT THEY HAVE NOT RECEIVED ANY PAYMENT FROM OR ON BEHALF OF THE ASSIGNOR AND SHALL NOT PURSUE PAYMENT DIRECTLY FROM THE ASSIGNOR FOR SERVICES PROVIDED BY SAID ASSIGNEE FOR INJURIES SUSTAINED DUE TO THE MOTOR VEHICLE ACCIDENT, NOTWITHSTANDING ANY OTHER AGREEMENT TO THE CONTRARY. THIS AGREEMENT MAY BE REVOKED BY THE ASSIGNEE WHEN BENEFITS ARE NOT PAYABLE BASED UPON THE ASSIGNOR'S LACK OF COVERAGE AND/OR VIOLATION OF A POLICY CONDITION DUE TO THE ACTIONS OR CONDUCT OF THE ASSIGNOR

PRINT NAME _____ SIGNED _____
PATIENT (Assignor)          PATIENT          DATE

PRINT NAME  JOHN S LYONS MD   SIGNED _____
PROVIDER OF HEALTH CARE SERVICE (Assignee)   PROVIDER OF HEALTH CARE SERVICE   DATE

HAS AN ORIGINAL AUTHORIZATION OR ASSIGNMENT PREVIOUSLY BEEN EXECUTED?  [ ] YES  [XX] NO
IS THE ORIGINAL SIGNATURE OF THE PARTIES ON FILE?  [XX] YES  [ ] NO

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN CONNECTION WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION.

| DATE | PROVIDER'S SIGNATURE | IRS/TIN IDENTIFICATION NO | WCB RATING CODE IF NONE, SPECIALTY |
|---|---|---|---|
| 01/09/2008 | | | M.D. |

*LANGUAGE TO BE FILLED IN BY INSURER OR SELF-INSURER
NYS FORM NF-3 (Rev 1/2004)
Page 3 of 3

AFLO 01 14 2008 10.19 02 AM

Received

NOV 0 6 2008

Mass FCO

**NEW YORK MOTOR VEHICLE NO-FAULT INSURANCE LAW**
**VERIFICATION OF TREATMENT BY ATTENDING PHYSICIAN OR OTHER PROVIDER OF HEALTH SERVICE**
(This form is not for verification of hospital treatment )

METLIFE
31 BRITISH AMERICAN BLVD
LATHAM NY 12110

PO, BOX 3038
Lowell, MA 01853

LISA PALMISANO 80085460112360S

Fax. 8669581720.

| DATE | POLICYHOLDER | POLICY NUMBER | DATE OF ACCIDENT | CLAIM NUMBER |
|------|--------------|---------------|------------------|--------------|
| 12/05/0 | | 3587809021 | 10/29/2007 | WRD6646795 |

AIM 4 LIFE MEDICAL DIAGNOSTIC PC
293 AVENUE 3, 3RD FLOOR
BROOKLYN NY 11223

THIS FORM AS SOON AS POSSIBLE. PLEASE NOTE, THIS COMPLETED
THE INSURER AS SOON AS REASONABLY POSSIBLE BUT NO LATER
THAN ___ DAYS AFTER THE TREATMENT DATE, DEPENDING UPON THE POLICY
ENDORSEMENT IN EFFECT AT THE TIME OF THE ACCIDENT. IF YOU ARE UNSURE OF THE APPLICABLE
TIME REQUIREMENT, KINDLY CONTACT THE CLAIMS REPRESENTATIVE TO DETERMINE WHICH
DEADLINE IS APPLICABLE TO THIS CLAIM.

IF YOU HAVE PREVIOUSLY SUBMITTED AN EARLIER REPORT ON THIS ACCIDENT, YOU NEED ONLY NOTE ANY
CHANGES FROM THE INFORMATION PREVIOUSLY FURNISHED AND ADDITIONAL CHARGES.

1. PATIENT'S NAME AND ADDRESS
_____ 2168 _____ ROAD BROOKLYN, NY 11223

2. DATE OF BIRTH   3. SEX   4. OCCUPATION (IF KNOWN)

5. DIAGNOSIS AND CONCURRENT CONDITIONS
724.0   SPINAL STENOSIS, OTHER THAN CERV

6. WHEN DID SYMPTOMS FIRST APPEAR?
DATE: 10/29/2007

7. WHEN DID PATIENT FIRST CONSULT YOU FOR THIS
CONDITION? DATE: 12/05/2007

8. HAS PATIENT EVER HAD SAME OR SIMILAR CONDITION?

YES [ ]   NO [XX]

9. IS CONDITION SOLELY A RESULT OF THIS AUTOMOBILE ACCIDENT?

YES [XX]   NO [ ]

10. IS CONDITION DUE TO INJURY ARISING OUT OF PATIENT'S EMPLOYMENT?

YES [ ]   NO [XX]

11. WILL INJURY RESULT IN SIGNIFICANT DISFIGUREMENT OR PERMANENT DISABILITY?

YES [ ]   NO [ ]   NOT DETERMINABLE AT THIS TIME [XX]
IF "YES", describe:

12. PATIENT WAS DISABLED (UNABLE TO WORK)

FROM: _____   THROUGH: _____

13. IF STILL DISABLED THE PATIENT SHOULD BE
ABLE TO RETURN TO WORK ON:
_____
(DATE)

CONTINUE ON PAGE 2

NYS FORM NF-3 (Rev 1/2004)
Page 1 of 3

MAFCO 11/6/2008 12:13:57 PM

VERIFICATION OF TREATMENT BY ATTENDING PHYSICIAN OR OTHER PROVIDER OF HEALTH SERVICE
PAGE 2

14. WILL THE PATIENT REQUIRE REHABILITATION AND/OR OCCUPATIONAL THERAPY AS A RESULT OF THE INJURIES SUSTAINED IN THIS ACCIDENT?

YES [ XX ]     NO [ ]          IF YES, describe your recommendation below:

15. REPORT OF SERVICES RENDERED -- ATTACH ADDITIONAL SHEETS IF NECESSARY

| DATE OF SERVICE | PLACE OF SERVICE INCLUDING ZIP CODE | DESCRIPTION OF TREATMENT OR HEALTH SERVICE RENDERED | FEE SCHEDULE TREATMENT CODE | CHARGES |
|---|---|---|---|---|
| 12/08/2007 | see below* | MRI OF THE CERVICAL SPINE W/ O C | 72141 | 679.73 |

*5601 FLATLANDS AVE BROOKLYN, NY 11234          TOTAL CHARGES TO DATE: 879.73

16. IF TREATING PROVIDER IS DIFFERENT THAN BILLING PROVIDER COMPLETE THE FOLLOWING:

| TREATING PROVIDER'S NAME | TITLE | LICENSE OR CERTIFICATION NO. | BUSINESS RELATIONSHIP CHECK APPLICABLE BOX | | |
|---|---|---|---|---|---|
| | | | EMPLOYEE | INDEPENDENT CONTRACTOR | OTHER (SPECIFY) |
| LYONS JOHN S | M.D. | 147837 | | ** | |

17. IF THE PROVIDER OF SERVICE IS A PROFESSIONAL SERVICE CORPORATION OR DOING BUSINESS UNDER AN ASSUMED NAME (DBA), LIST THE OWNER AND PROFESSIONAL LICENSING CREDENTIALS OF ALL OWNERS (Provide an additional attachment if necessary).

18. IS PATIENT STILL UNDER YOUR CARE FOR THIS CONDITION?          YES [ XX ]    NO [ ]

19. ESTIMATED DURATION OF FUTURE TREATMENT

PATIENT: Your health provider may agree to accept payment for health services performed directly from your insurer (Authorization to Pay Benefits) so that you are not required to make payment to the health provider at the time of service.  Such agreement is optional on the part of the health provider and must be signed by both patient and health provider.  You may use the optional authorization language provided below, by checking off the designated spot in item 20 of this form.

20.          IF YOU HAVE CHOSEN TO AUTHORIZE THE DIRECT PAYMENT OF BENEFITS BY CHECKING THIS OPTION, YOU MAY NOT ALSO ENTER INTO AN ASSIGNMENT OF BENEFITS CONTAINED IN 21(I)

AUTHORIZATION TO PAY BENEFITS:
I AUTHORIZE PAYMENT OF HEALTH BENEFITS TO THE UNDERSIGNED HEALTH CARE PROVIDER OR SUPPLIER OF SERVICES DESCRIBED BELOW. I RETAIN ALL RIGHTS, PRIVILEGES AND REMEDIES TO WHICH I AM ENTITLED UNDER ARTICLE 51 (THE NO-FAULT PROVISION) OF THE INSURANCE LAW.

PRINT NAME _____          SIGNED _____
           PATIENT                          PATIENT          DATE

CONTINUE ON PAGE 3

NYS FORM NF-3 (Rev 1/2004)
Page 2 of 3

MAFCO 11 6 2008 12:13:57 PM

**VERIFICATION OF TREATMENT BY ATTENDING PHYSICIAN OR OTHER PROVIDER OF HEALTH SERVICE**
**PAGE 3**

**PATIENT:** Your health provider may agree to have you assign your right to No-Fault benefits from your insurer directly to your health provider (Assignment of Benefits). If you and your health provider agree to an assignment of benefits, you must both sign the agreement contained in # 21 or the prescribed NF-AOB form or its equivalent. The language contained in the assignment of benefits is mandatory and may not be altered or avoided by any other language added to this agreement or other written agreement.

**21. XX**  IF YOU HAVE CHOSEN TO ASSIGN YOUR BENEFITS TO THE HEALTH PROVIDER BY CHECKING THIS OPTION, YOU MAY NOT ALSO ENTER INTO AN AUTHORIZATION TO PAY BENEFITS CONTAINED IN ITEM #20 ABOVE)

**ASSIGNMENT OF NO-FAULT BENEFITS:**
I HEREBY ASSIGN TO THE HEALTH CARE PROVIDER INDICATED BELOW ALL RIGHTS, PRIVILEGES AND REMEDIES TO PAYMENT FOR HEALTH CARE SERVICES PROVIDED BY THE ASSIGNEE TO WHICH I AM ENTITLED UNDER ARTICLE 51 (THE NO-FAULT STATUTE) OF THE INSURANCE LAW. THE ASSIGNEE HEREBY CERTIFIES THAT THEY HAVE NOT RECEIVED ANY PAYMENT FROM OR ON BEHALF OF THE ASSIGNOR AND SHALL NOT PURSUE PAYMENT DIRECTLY FROM THE ASSIGNOR FOR SERVICES PROVIDED BY SAID ASSIGNEE FOR INJURIES SUSTAINED DUE TO THE MOTOR VEHICLE ACCIDENT, NOTWITHSTANDING ANY OTHER AGREEMENT TO THE CONTRARY. THIS AGREEMENT MAY BE REVOKED BY THE ASSIGNEE WHEN BENEFITS ARE NOT PAYABLE BASED UPON THE ASSIGNOR'S LACK OF COVERAGE AND/OR VIOLATION OF A POLICY CONDITION DUE TO THE ACTIONS OR CONDUCT OF THE ASSIGNOR

PRINT NAME ▓▓▓▓▓▓▓▓▓▓  SIGNED _____
PATIENT (Assignor)              PATIENT        DATE

PRINT NAME  JOHN S LYONS MD  SIGNED _____
PROVIDER OF HEALTH CARE SERVICE (Assignee)    PROVIDER OF HEALTH CARE SERVICE   DATE

HAS AN ORIGINAL AUTHORIZATION OR ASSIGNMENT PREVIOUSLY BEEN EXECUTED?      [ ] YES   [XX] NO

IS THE ORIGINAL SIGNATURE OF THE PARTIES ON FILE?   [XX] YES   [ ] NO

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN CONNECTION WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION.

| DATE | PROVIDER'S SIGNATURE | IRS/TIN IDENTIFICATION NO. | WCB RATING CODE IF NONE, SPECIALTY |
|---|---|---|---|
| 01/09/2008 | | ▓▓▓▓▓ | M.D. |

*LANGUAGE TO BE FILLED IN BY INSURER OR SELF-INSURER.
NYS FORM NF-3 (Rev 1/2004)
Page 3 of 3

MAFCO 11·6·2008 12:13:57 PM

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 94387480004 | Bill / NF 3 | 5/28/2008 | 4/30/2008 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 94387480004 | Bill / NF 3 | 6/2/2008 | 5/16/2008 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 94387480004 | Bill / NF 3 | 5/28/2008 | 5/9/2008 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 96333920004 | Bill / NF 3 | 7/31/2008 | 6/27/2008 | 72050 | $122.70 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 96333920004 | Bill / NF 3 | 7/31/2008 | 6/27/2008 | 72100 | $99.46 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 96607640003 | Bill / NF 3 | 6/23/2008 | 6/3/2008 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 96607640003 | Bill / NF 3 | 6/23/2008 | 6/11/2008 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 96811700002 | Bill / NF 3 | 7/31/2008 | 7/2/2008 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 96945930006 | Bill / NF 3 | 9/24/2008 | 8/27/2008 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 97299320003 | Bill / NF 3 | 10/20/2008 | 9/26/2008 | 72125 | $734.37 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 97299320003 | Bill / NF 3 | 10/20/2008 | 9/19/2008 | 72131 | $734.37 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 97891430004 | Bill / NF 3 | 9/9/2008 | 8/12/2008 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 97891430004 | Bill / NF 3 | 9/17/2008 | 9/3/2008 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 97891430004 | Bill / NF 3 | 9/9/2008 | 8/1/2008 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 98108260004 | Bill / NF 3 | 9/3/2008 | 8/14/2008 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 98108260004 | Bill / NF 3 | 10/1/2008 | 8/20/2008 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 98537110008 | Bill / NF 3 | 11/6/2008 | 10/8/2008 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 98601330004 | Bill / NF 3 | 10/1/2008 | 8/29/2008 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 98601330004 | Bill / NF 3 | 10/1/2008 | 8/29/2008 | 73060 | $87.62 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 98881850002 | Bill / NF 3 | 10/10/2008 | 9/5/2008 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 98881850002 | Bill / NF 3 | 10/10/2008 | 9/5/2008 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 98881850002 | Bill / NF 3 | 10/10/2008 | 9/5/2008 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 98881850002 | Bill / NF 3 | 10/10/2008 | 9/5/2008 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 99190170003 | Bill / NF 3 | 11/6/2008 | 10/6/2008 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 99190170003 | Bill / NF 3 | 11/6/2008 | 10/20/2008 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 99190170003 | Bill / NF 3 | 12/12/2008 | 11/4/2008 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 99208490002 | Bill / NF 3 | 10/17/2008 | 9/12/2008 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 99208490002 | Bill / NF 3 | 11/14/2008 | 10/8/2008 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 99572210002 | Bill / NF 3 | 12/15/2008 | 10/27/2008 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 99747320002 | Bill / NF 3 | 10/23/2008 | 9/19/2008 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 99747320004 | Bill / NF 3 | 10/23/2008 | 9/25/2008 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 99747320005 | Bill / NF 3 | 10/23/2008 | 9/17/2008 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 100433840003 | Bill / NF 3 | 12/1/2008 | 11/19/2008 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 100433840003 | Bill / NF 3 | 12/1/2008 | 10/24/2008 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 100433840004 | Bill / NF 3 | 12/15/2008 | 11/19/2008 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 100433840004 | Bill / NF 3 | 12/15/2008 | 10/31/2008 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 100433840005 | Bill / NF 3 | 10/17/2008 | 9/15/2008 | 72125 | $734.37 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 100433840005 | Bill / NF 3 | 10/17/2008 | 9/26/2008 | 72131 | $734.37 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 100433840005 | Bill / NF 3 | 10/17/2008 | 9/8/2008 | 73200 | $613.65 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 101707350003 | Bill / NF 3 | 12/29/2008 | 11/26/2008 | 72050 | $122.70 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 101707350003 | Bill / NF 3 | 12/29/2008 | 11/26/2008 | 72070 | $104.19 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 101707350003 | Bill / NF 3 | 12/29/2008 | 11/26/2008 | 72100 | $99.46 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 101707350003 | Bill / NF 3 | 2/2/2009 | 12/23/2008 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 101774520004 | Bill / NF 3 | 12/29/2008 | 11/18/2008 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 101774520004 | Bill / NF 3 | 1/26/2009 | 12/15/2008 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 101913460002 | Bill / NF 3 | 12/29/2008 | 11/19/2008 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 101913460002 | Bill / NF 3 | 1/26/2009 | 12/10/2008 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 101913460002 | Bill / NF 3 | 6/10/2009 | 5/12/2009 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 102098750010 | Bill / NF 3 | 1/12/2009 | 11/24/2008 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 102193070002 | Bill / NF 3 | 2/2/2009 | 12/17/2008 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 102193070002 | Bill / NF 3 | 2/2/2009 | 12/24/2008 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 102193070006 | Bill / NF 3 | 1/26/2009 | 12/16/2008 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 102378660003 | Bill / NF 3 | 12/12/2008 | 11/6/2008 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 102378660003 | Bill / NF 3 | 1/20/2009 | 12/5/2008 | 72148 | $912.00 |

LIBERTY MUTUAL INSURANCE CO., ET AL., V. ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC, ET AL REPRESENTATIVE SAMPLE OF FRAUDULENT MAILING

Case 1:13-cv-03758-ENV-LB Document 1 Filed 07/03/13 Page 70 of 99 PageID #: 70

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 102378660003 | Bill / NF 3 | 12/12/2008 | 11/14/2008 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 102832550004 | Bill / NF 3 | 1/26/2009 | 12/16/2008 | 72125 | $734.37 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 103137860002 | Bill / NF 3 | 3/23/2009 | 2/12/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 103137860002 | Bill / NF 3 | 3/23/2009 | 2/19/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 103384500002 | Bill / NF 3 | 3/11/2009 | 2/2/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 103384500002 | Bill / NF 3 | 3/11/2009 | 2/9/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 103384500002 | Bill / NF 3 | 3/11/2009 | 1/26/2009 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 103384500003 | Bill / NF 3 | 3/23/2009 | 2/6/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 103384500003 | Bill / NF 3 | 2/9/2009 | 1/7/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 103490980004 | Bill / NF 3 | 3/9/2009 | 2/4/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 103518360003 | Bill / NF 3 | 3/11/2009 | 2/16/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 103518360003 | Bill / NF 3 | 4/9/2009 | 2/27/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 103518360003 | Bill / NF 3 | 3/11/2009 | 1/29/2009 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 103737650003 | Bill / NF 3 | 3/2/2009 | 1/15/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 103737650003 | Bill / NF 3 | 3/2/2009 | 1/22/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 103737650003 | Bill / NF 3 | 5/13/2009 | 4/7/2009 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 103938510004 | Bill / NF 3 | 3/23/2009 | 2/11/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 103938510004 | Bill / NF 3 | 3/23/2009 | 2/18/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 104084820002 | Bill / NF 3 | 3/31/2009 | 2/23/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 104084820002 | Bill / NF 3 | 3/31/2009 | 3/2/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 104084820003 | Bill / NF 3 | 3/31/2009 | 2/23/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 104084820003 | Bill / NF 3 | 3/31/2009 | 3/2/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 104297500002 | Bill / NF 3 | 2/27/2009 | 1/23/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 104297500002 | Bill / NF 3 | 2/27/2009 | 1/16/2009 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 104796350005 | Bill / NF 3 | 3/23/2009 | 2/17/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 104796350005 | Bill / NF 3 | 5/13/2009 | 4/6/2009 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 104888630001 | Bill / NF 3 | 4/8/2009 | 2/27/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 104910910002 | Bill / NF 3 | 3/23/2009 | 2/9/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 106872870003 | Bill / NF 3 | 4/8/2009 | 3/2/2009 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 106899620006 | Bill / NF 3 | 4/8/2009 | 2/27/2009 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 107257800003 | Bill / NF 3 | 4/27/2009 | 3/24/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 107257800003 | Bill / NF 3 | 4/27/2009 | 4/2/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 107298040004 | Bill / NF 3 | 6/10/2009 | 5/15/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 107345040002 | Bill / NF 3 | 4/16/2009 | 3/12/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 107345040002 | Bill / NF 3 | 4/16/2009 | 3/26/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 108049650002 | Bill / NF 3 | 4/16/2009 | 3/30/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 108049650002 | Bill / NF 3 | 4/16/2009 | 3/16/2009 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 108049650002 | Bill / NF 3 | 4/16/2009 | 3/23/2009 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 108282980003 | Bill / NF 3 | 4/27/2009 | 4/1/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 108282980003 | Bill / NF 3 | 4/27/2009 | 3/25/2009 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 109015360002 | Bill / NF 3 | 5/13/2009 | 4/3/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 109230000002 | Bill / NF 3 | 5/13/2009 | 4/13/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 109230000002 | Bill / NF 3 | 6/10/2009 | 5/8/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 109230000002 | Bill / NF 3 | 6/10/2009 | 5/8/2009 | 73600 | $81.70 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 109563530004 | Bill / NF 3 | 8/6/2009 | 7/15/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 109634880003 | Bill / NF 3 | 7/8/2009 | 6/8/2009 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 109634880003 | Bill / NF 3 | 7/8/2009 | 6/16/2009 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 109801070002 | Bill / NF 3 | 5/18/2009 | 5/4/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 109801070002 | Bill / NF 3 | 5/18/2009 | 4/20/2009 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 109930340002 | Bill / NF 3 | 5/13/2009 | 4/8/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 109930340002 | Bill / NF 3 | 5/13/2009 | 4/16/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 110158070002 | Bill / NF 3 | 4/15/2010 | 4/13/2009 | 70551 | $874.44 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 110158070002 | Bill / NF 3 | 4/15/2010 | 4/20/2009 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 110158070003 | Bill / NF 3 | 5/18/2009 | 4/20/2009 | 72148 | $912.00 |

2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 110805080003 | Bill / NF 3 | 6/10/2009 | 5/12/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 110805080003 | Bill / NF 3 | 6/10/2009 | 5/19/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 110805080003 | Bill / NF 3 | 7/8/2009 | 6/10/2009 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 110805080003 | Bill / NF 3 | 12/28/2009 | 6/10/2009 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 110805080004 | Bill / NF 3 | 6/10/2009 | 5/12/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 110805080004 | Bill / NF 3 | 6/10/2009 | 5/19/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 111620150002 | Bill / NF 3 | 5/29/2009 | 5/5/2009 | 73700 | $613.65 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 111915450002 | Bill / NF 3 | 6/10/2009 | 5/19/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 111915450002 | Bill / NF 3 | 7/8/2009 | 6/12/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 112289690003 | Bill / NF 3 | 6/24/2009 | 6/1/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 112289690003 | Bill / NF 3 | 7/22/2009 | 6/30/2009 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 112511210003 | Bill / NF 3 | 7/8/2009 | 6/22/2009 | 72128 | $734.37 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 112511210003 | Bill / NF 3 | 7/8/2009 | 6/15/2009 | 72131 | $734.37 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 112877030005 | Bill / NF 3 | 7/22/2009 | 6/17/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 112877030005 | Bill / NF 3 | 7/22/2009 | 6/30/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 113631730002 | Bill / NF 3 | 7/8/2009 | 6/22/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 113631730002 | Bill / NF 3 | 7/8/2009 | 6/15/2009 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 113748680004 | Bill / NF 3 | 8/6/2009 | 7/15/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 113921560002 | Bill / NF 3 | 8/6/2009 | 7/8/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 113921560002 | Bill / NF 3 | 8/6/2009 | 7/8/2009 | 73100 | $69.26 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 114262440002 | Bill / NF 3 | 7/22/2009 | 6/25/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 114262440002 | Bill / NF 3 | 7/22/2009 | 7/6/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 114403880003 | Bill / NF 3 | 7/22/2009 | 6/23/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 114403880003 | Bill / NF 3 | 7/22/2009 | 6/30/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 115001340003 | Bill / NF 3 | 8/6/2009 | 7/10/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 115001340003 | Bill / NF 3 | 9/2/2009 | 7/31/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 115001340003 | Bill / NF 3 | 7/22/2009 | 6/25/2009 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 115001340004 | Bill / NF 3 | 8/6/2009 | 7/10/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 115001340004 | Bill / NF 3 | 9/2/2009 | 7/31/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 115001340004 | Bill / NF 3 | 7/22/2009 | 6/25/2009 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 115329020002 | Bill / NF 3 | 9/18/2009 | 8/13/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 115329020002 | Bill / NF 3 | 9/2/2009 | 8/4/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 115832380001 | Bill / NF 3 | 7/22/2009 | 6/30/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 115832380001 | Bill / NF 3 | 8/20/2009 | 7/17/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 115832380002 | Bill / NF 3 | 8/6/2009 | 7/13/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 115832380002 | Bill / NF 3 | 8/6/2009 | 7/20/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 116466380004 | Bill / NF 3 | 8/20/2009 | 7/28/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 116466380004 | Bill / NF 3 | 8/6/2009 | 7/14/2009 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 116466380004 | Bill / NF 3 | 8/20/2009 | 7/31/2009 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 117723480002 | Bill / NF 3 | 8/20/2009 | 7/24/2009 | 70450 | $574.26 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 117723480002 | Bill / NF 3 | 8/20/2009 | 7/24/2009 | 72050 | $122.70 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 117723480002 | Bill / NF 3 | 8/20/2009 | 7/24/2009 | 72072 | $100.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 117723480002 | Bill / NF 3 | 8/20/2009 | 7/24/2009 | 72110 | $128.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 117723480002 | Bill / NF 3 | 10/16/2009 | 9/14/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 117723480002 | Bill / NF 3 | 10/16/2009 | 9/24/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 117723480002 | Bill / NF 3 | 8/20/2009 | 7/24/2009 | 73070 | $78.75 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 117723480002 | Bill / NF 3 | 10/30/2009 | 10/1/2009 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 117789470001 | Bill / NF 3 | 9/2/2009 | 8/10/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 117789470001 | Bill / NF 3 | 11/16/2009 | 9/9/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 117789470002 | Bill / NF 3 | 9/2/2009 | 8/10/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 117789470002 | Bill / NF 3 | 10/2/2009 | 9/9/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 118023350002 | Bill / NF 3 | 9/2/2009 | 8/10/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 118023350002 | Bill / NF 3 | 9/18/2009 | 8/17/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 118023350002 | Bill / NF 3 | 9/2/2009 | 8/3/2009 | 73221 | $878.67 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 121414710003 | Bill / NF 3 | 10/16/2009 | 9/15/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 121414710003 | Bill / NF 3 | 10/30/2009 | 10/7/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 123876830003 | Bill / NF 3 | 11/18/2009 | 10/21/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 123876830003 | Bill / NF 3 | 11/18/2009 | 10/15/2009 | 72146 | $959.61 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 123876830003 | Bill / NF 3 | 10/30/2009 | 10/7/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 123876830003 | Bill / NF 3 | 11/18/2009 | 10/15/2009 | 73030 | $105.97 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 123876830003 | Bill / NF 3 | 11/18/2009 | 10/15/2009 | 73030 | $105.97 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 123876830003 | Bill / NF 3 | 11/18/2009 | 10/15/2009 | 73560 | $82.89 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 123876830003 | Bill / NF 3 | 11/18/2009 | 10/15/2009 | 73560 | $82.89 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 124882500003 | Bill / NF 3 | 11/2/2009 | 10/1/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 124882500003 | Bill / NF 3 | 11/17/2009 | 10/13/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 124882500003 | Bill / NF 3 | 12/1/2009 | 11/4/2009 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 124976430003 | Bill / NF 3 | 11/18/2009 | 10/14/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 124976430003 | Bill / NF 3 | 12/1/2009 | 10/27/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 124976430003 | Bill / NF 3 | 11/18/2009 | 10/15/2009 | 73100 | $69.26 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 124976430003 | Bill / NF 3 | 11/18/2009 | 10/15/2009 | 73100 | $69.26 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 124976430003 | Bill / NF 3 | 12/1/2009 | 11/3/2009 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 124976430003 | Bill / NF 3 | 10/30/2009 | 10/7/2009 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 125348380003 | Bill / NF 3 | 1/13/2010 | 12/18/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 125348380003 | Bill / NF 3 | 11/16/2009 | 10/16/2009 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 125348380004 | Bill / NF 3 | 11/30/2009 | 10/23/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 125348380004 | Bill / NF 3 | 11/17/2009 | 10/14/2009 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 125348380006 | Bill / NF 3 | 12/15/2009 | 11/9/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 125348380006 | Bill / NF 3 | 12/28/2009 | 12/7/2009 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 126538110002 | Bill / NF 3 | 12/1/2009 | 10/29/2009 | 72125 | $734.37 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 126538110002 | Bill / NF 3 | 1/13/2010 | 12/10/2009 | 72131 | $734.37 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 126538110002 | Bill / NF 3 | 12/1/2009 | 10/23/2009 | 73590 | $90.58 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 126538110002 | Bill / NF 3 | 12/1/2009 | 11/5/2009 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 127559750002 | Bill / NF 3 | 12/15/2009 | 11/9/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 127559750002 | Bill / NF 3 | 12/28/2009 | 11/30/2009 | 72146 | $959.61 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 127559750002 | Bill / NF 3 | 12/15/2009 | 11/23/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 128374080002 | Bill / NF 3 | 12/15/2009 | 11/19/2009 | 72125 | $734.37 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 128374080002 | Bill / NF 3 | 1/13/2010 | 12/10/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 128374080002 | Bill / NF 3 | 12/28/2009 | 12/3/2009 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 128501360002 | Bill / NF 3 | 12/15/2009 | 11/20/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 128501360002 | Bill / NF 3 | 12/28/2009 | 12/7/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 128501360003 | Bill / NF 3 | 12/15/2009 | 11/20/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 128501360003 | Bill / NF 3 | 1/13/2010 | 12/11/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 128625420003 | Bill / NF 3 | 1/13/2010 | 12/14/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 128625420003 | Bill / NF 3 | 12/28/2009 | 11/24/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 128712430002 | Bill / NF 3 | 1/21/2010 | 12/30/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 128712430002 | Bill / NF 3 | 12/28/2009 | 12/2/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 128712430002 | Bill / NF 3 | 12/11/2009 | 11/18/2009 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 128712430002 | Bill / NF 3 | 3/4/2010 | 1/27/2010 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 128712430003 | Bill / NF 3 | 12/11/2009 | 11/18/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 128712430003 | Bill / NF 3 | 3/4/2010 | 1/21/2010 | 72146 | $959.61 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 128712430003 | Bill / NF 3 | 12/28/2009 | 12/4/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 128712430004 | Bill / NF 3 | 12/28/2009 | 12/2/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 128712430004 | Bill / NF 3 | 2/16/2010 | 1/27/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 128712430004 | Bill / NF 3 | 12/11/2009 | 11/18/2009 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 128712430005 | Bill / NF 3 | 2/17/2010 | 1/21/2010 | 72125 | $125.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 128712430005 | Bill / NF 3 | 1/3/2011 | 1/21/2010 | 72125 | $734.37 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 128712430005 | Bill / NF 3 | 12/11/2009 | 11/18/2009 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 128712430005 | Bill / NF 3 | 12/28/2009 | 12/2/2009 | 73221 | $878.67 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 130393360003 | Bill / NF 3 | 12/28/2009 | 12/14/2009 | 72146 | $959.61 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 130393360003 | Bill / NF 3 | 12/28/2009 | 12/4/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 130404000002 | Bill / NF 3 | 1/21/2010 | 1/6/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 130404000003 | Bill / NF 3 | 1/4/2010 | 12/23/2009 | 72146 | $959.61 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 130404000003 | Bill / NF 3 | 1/26/2010 | 1/12/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 130404000004 | Bill / NF 3 | 1/21/2010 | 1/6/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 130404000005 | Bill / NF 3 | 12/28/2009 | 12/16/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 130404000005 | Bill / NF 3 | 1/4/2010 | 12/23/2009 | 72146 | $959.61 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 130404000005 | Bill / NF 3 | 2/17/2010 | 1/12/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 131335560002 | Bill / NF 3 | 2/8/2010 | 1/14/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 131335560002 | Bill / NF 3 | 3/31/2010 | 2/24/2010 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 131335560002 | Bill / NF 3 | 1/13/2010 | 12/17/2009 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 131623140002 | Bill / NF 3 | 12/28/2009 | 12/4/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 131623140002 | Bill / NF 3 | 1/13/2010 | 12/18/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 131623140003 | Bill / NF 3 | 12/28/2009 | 12/3/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 131623140003 | Bill / NF 3 | 1/13/2010 | 12/17/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 131623140003 | Bill / NF 3 | 2/8/2010 | 1/19/2010 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 131623140004 | Bill / NF 3 | 12/28/2009 | 12/3/2009 | 72125 | $734.37 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 131623140004 | Bill / NF 3 | 1/13/2010 | 12/17/2009 | 72131 | $734.37 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 131623140005 | Bill / NF 3 | 12/28/2009 | 12/3/2009 | 70551 | $874.44 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 131623140005 | Bill / NF 3 | 1/13/2010 | 12/17/2009 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 131623140005 | Bill / NF 3 | 12/28/2009 | 12/10/2009 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 132480340002 | Bill / NF 3 | 2/16/2010 | 1/12/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 132480340002 | Bill / NF 3 | 2/18/2010 | 1/26/2010 | 72146 | $959.61 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 132480340002 | Bill / NF 3 | 2/17/2010 | 1/19/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 132480340002 | Bill / NF 3 | 1/21/2010 | 1/5/2010 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 132924570002 | Bill / NF 3 | 2/17/2010 | 1/22/2010 | 72146 | $959.61 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 132924570002 | Bill / NF 3 | 2/16/2010 | 1/15/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 132924570003 | Bill / NF 3 | 3/19/2010 | 3/11/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 132924570004 | Bill / NF 3 | 2/16/2010 | 1/22/2010 | 72146 | $959.61 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 132924570004 | Bill / NF 3 | 2/16/2010 | 1/15/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 133294250005 | Bill / NF 3 | 3/4/2010 | 1/26/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 133294250005 | Bill / NF 3 | 3/31/2010 | 2/24/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 133294250005 | Bill / NF 3 | 2/8/2010 | 1/19/2010 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 133798530002 | Bill / NF 3 | 3/31/2010 | 2/25/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 133798530002 | Bill / NF 3 | 2/8/2010 | 1/14/2010 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 133798530002 | Bill / NF 3 | 3/15/2010 | 2/18/2010 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 133798530003 | Bill / NF 3 | 6/18/2010 | 5/18/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 133798530003 | Bill / NF 3 | 2/8/2010 | 1/12/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 133798530003 | Bill / NF 3 | 3/15/2010 | 2/18/2010 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 134330940002 | Bill / NF 3 | 2/16/2010 | 1/22/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 134330940002 | Bill / NF 3 | 2/22/2010 | 2/5/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 134330940002 | Bill / NF 3 | 2/17/2010 | 1/15/2010 | 72196 | $902.28 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 134339420002 | Bill / NF 3 | 3/15/2010 | 2/18/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 134339420002 | Bill / NF 3 | 5/13/2010 | 4/14/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 134339420002 | Bill / NF 3 | 3/3/2010 | 1/21/2010 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 134516050002 | Bill / NF 3 | 2/22/2010 | 2/5/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 134516050002 | Bill / NF 3 | 2/16/2010 | 1/15/2010 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 134516050002 | Bill / NF 3 | 3/4/2010 | 1/22/2010 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 134996520002 | Bill / NF 3 | 3/3/2010 | 1/20/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 134996520002 | Bill / NF 3 | 6/1/2010 | 4/26/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 135192680002 | Bill / NF 3 | 3/3/2010 | 1/22/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 135192680002 | Bill / NF 3 | 4/1/2010 | 3/2/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 135368070002 | Bill / NF 3 | 3/3/2010 | 1/27/2010 | 72141 | $879.73 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 135368070002 | Bill / NF 3 | 2/8/2010 | 1/13/2010 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 135368070002 | Bill / NF 3 | 3/3/2010 | 1/21/2010 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 136657370002 | Bill / NF 3 | 3/4/2010 | 2/19/2010 | 70551 | $874.44 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 136657370002 | Bill / NF 3 | 3/18/2010 | 3/5/2010 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 136657370005 | Bill / NF 3 | 3/4/2010 | 2/19/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 136657370007 | Bill / NF 3 | 3/4/2010 | 2/19/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 136657370007 | Bill / NF 3 | 3/18/2010 | 3/5/2010 | 72146 | $959.61 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 136790290006 | Bill / NF 3 | 3/3/2010 | 1/29/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 136790290006 | Bill / NF 3 | 3/31/2010 | 3/5/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 138909250003 | Bill / NF 3 | 4/27/2010 | 3/29/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 138909250003 | Bill / NF 3 | 4/14/2010 | 3/22/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 139201210003 | Bill / NF 3 | 4/1/2010 | 3/5/2010 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 140623650003 | Bill / NF 3 | 4/27/2010 | 3/29/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 140623650003 | Bill / NF 3 | 4/27/2010 | 4/8/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 140623650003 | Bill / NF 3 | 4/15/2010 | 3/19/2010 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 140897230003 | Bill / NF 3 | 4/5/2010 | 3/29/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 141315180002 | Bill / NF 3 | 6/21/2010 | 3/25/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 141315180002 | Bill / NF 3 | 12/13/2010 | 3/25/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 141315180002 | Bill / NF 3 | 6/21/2010 | 4/9/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 142352100003 | Bill / NF 3 | 5/14/2010 | 4/19/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 142352100003 | Bill / NF 3 | 5/14/2010 | 4/12/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 142352100003 | Bill / NF 3 | 6/1/2010 | 5/3/2010 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 142352100003 | Bill / NF 3 | 6/1/2010 | 5/3/2010 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 142879990002 | Bill / NF 3 | 4/27/2010 | 4/5/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 142879990002 | Bill / NF 3 | 6/1/2010 | 4/26/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 143136170005 | Bill / NF 3 | 5/12/2010 | 4/13/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 143136170005 | Bill / NF 3 | 6/1/2010 | 5/4/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 143263350002 | Bill / NF 3 | 4/27/2010 | 4/8/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 143263350002 | Bill / NF 3 | 6/1/2010 | 4/28/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 143268440002 | Bill / NF 3 | 5/5/2010 | 4/23/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 144684740002 | Bill / NF 3 | 6/1/2010 | 4/29/2010 | 72040 | $107.75 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 144684740002 | Bill / NF 3 | 6/1/2010 | 4/29/2010 | 72110 | $128.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 144684740002 | Bill / NF 3 | 6/18/2010 | 5/14/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 144684740002 | Bill / NF 3 | 6/18/2010 | 5/18/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 144684740002 | Bill / NF 3 | 6/1/2010 | 4/29/2010 | 73030 | $105.97 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 144684740002 | Bill / NF 3 | 6/1/2010 | 4/29/2010 | 73560 | $82.89 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 145465760006 | Bill / NF 3 | 6/1/2010 | 5/3/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 145465760006 | Bill / NF 3 | 6/1/2010 | 5/16/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 145465760006 | Bill / NF 3 | 6/1/2010 | 4/28/2010 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 146144770003 | Bill / NF 3 | 6/1/2010 | 5/10/2010 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 146144770004 | Bill / NF 3 | 6/18/2010 | 5/17/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 146144770005 | Bill / NF 3 | 6/1/2010 | 5/5/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 146144770005 | Bill / NF 3 | 6/18/2010 | 5/21/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 147458750002 | Bill / NF 3 | 7/6/2010 | 6/7/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 147458750002 | Bill / NF 3 | 7/6/2010 | 6/14/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 147458750002 | Bill / NF 3 | 6/18/2010 | 5/24/2010 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 149174990002 | Bill / NF 3 | 7/12/2010 | 7/2/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 149174990002 | Bill / NF 3 | 6/28/2010 | 6/18/2010 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 149174990003 | Bill / NF 3 | 7/2/2010 | 6/18/2010 | 70551 | $874.44 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 149174990004 | Bill / NF 3 | 7/12/2010 | 6/17/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 149613660003 | Bill / NF 3 | 7/6/2010 | 6/9/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 149613660003 | Bill / NF 3 | 7/22/2010 | 6/16/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 149613660003 | Bill / NF 3 | 6/18/2010 | 5/13/2010 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 150421080003 | Bill / NF 3 | 7/6/2010 | 6/2/2010 | 72141 | $879.73 |

6

| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 150421080003 | Bill / NF 3 | 7/22/2010 | 6/18/2010 | 72148 | $912.00 |
|---|---|---|---|---|---|---|---|
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 150421080003 | Bill / NF 3 | 7/6/2010 | 5/25/2010 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 150688630003 | Bill / NF 3 | 7/22/2010 | 6/21/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 150688630003 | Bill / NF 3 | 8/6/2010 | 7/8/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 150688630005 | Bill / NF 3 | 7/22/2010 | 6/21/2010 | 72141 | $879.71 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 150688630005 | Bill / NF 3 | 8/6/2010 | 7/8/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 150708590002 | Bill / NF 3 | 7/22/2010 | 6/28/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 150708590002 | Bill / NF 3 | 7/22/2010 | 6/21/2010 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 150708590003 | Bill / NF 3 | 7/22/2010 | 6/28/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 150708590003 | Bill / NF 3 | 7/22/2010 | 6/21/2010 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 150777600006 | Bill / NF 3 | 7/12/2010 | 6/25/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 150777600006 | Bill / NF 3 | 7/2/2010 | 6/18/2010 | 73120 | $71.04 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 150777600006 | Bill / NF 3 | 6/28/2010 | 6/18/2010 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 150777600007 | Bill / NF 3 | 7/2/2010 | 6/18/2010 | 73070 | $78.75 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 150777600007 | Bill / NF 3 | 7/12/2010 | 6/25/2010 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 151046660009 | Bill / NF 3 | 7/22/2010 | 6/22/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 151046660009 | Bill / NF 3 | 8/23/2010 | 7/20/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 151046660009 | Bill / NF 3 | 7/22/2010 | 6/22/2010 | 73600 | $81.70 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 151046660009 | Bill / NF 3 | 7/22/2010 | 6/22/2010 | 73620 | $84.66 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 151151230002 | Bill / NF 3 | 7/22/2010 | 6/18/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 151151230002 | Bill / NF 3 | 8/6/2010 | 7/7/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 151330470005 | Bill / NF 3 | 7/22/2010 | 6/16/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 151330470005 | Bill / NF 3 | 7/22/2010 | 6/30/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 151467700004 | Bill / NF 3 | 8/6/2010 | 7/1/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 151467700004 | Bill / NF 3 | 8/6/2010 | 7/12/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 151467700004 | Bill / NF 3 | 8/24/2010 | 7/19/2010 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 151758650005 | Bill / NF 3 | 8/13/2010 | 8/2/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 152111520002 | Bill / NF 3 | 8/6/2010 | 7/13/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 152111520002 | Bill / NF 3 | 8/23/2010 | 8/3/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 152111520002 | Bill / NF 3 | 8/23/2010 | 7/22/2010 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 153552760004 | Bill / NF 3 | 8/25/2010 | 8/12/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 153552760004 | Bill / NF 3 | 8/5/2010 | 7/22/2010 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 153552760004 | Bill / NF 3 | 9/7/2010 | 8/23/2010 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 155391170002 | Bill / NF 3 | 8/23/2010 | 8/4/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 155391170002 | Bill / NF 3 | 9/13/2010 | 8/23/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 155391170002 | Bill / NF 3 | 9/13/2010 | 8/23/2010 | 73600 | $81.70 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 155391170005 | Bill / NF 3 | 8/23/2010 | 8/4/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 155743400003 | Bill / NF 3 | 9/13/2010 | 8/17/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 155743400003 | Bill / NF 3 | 9/13/2010 | 8/24/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 155789230003 | Bill / NF 3 | 9/14/2010 | 8/23/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 155789230003 | Bill / NF 3 | 9/30/2010 | 9/1/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 155811220002 | Bill / NF 3 | 9/14/2010 | 8/25/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 155811220002 | Bill / NF 3 | 9/30/2010 | 9/1/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 155811220002 | Bill / NF 3 | 8/23/2010 | 7/30/2010 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 155811220003 | Bill / NF 3 | 9/13/2010 | 8/25/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 155811220003 | Bill / NF 3 | 8/23/2010 | 8/2/2010 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 155811220004 | Bill / NF 3 | 9/13/2010 | 8/24/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 155811220005 | Bill / NF 3 | 9/30/2010 | 9/1/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 155811220005 | Bill / NF 3 | 9/30/2010 | 9/8/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 155811220005 | Bill / NF 3 | 8/23/2010 | 7/29/2010 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 155933780004 | Bill / NF 3 | 4/18/2011 | 8/5/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 155933780004 | Bill / NF 3 | 10/12/2010 | 9/22/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 155933780004 | Bill / NF 3 | 11/15/2010 | 10/18/2010 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 155989290003 | Bill / NF 3 | 8/25/2010 | 7/26/2010 | 72141 | $879.73 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 155989290003 | Bill / NF 3 | 8/25/2010 | 8/2/2010 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 156174290002 | Bill / NF 3 | 9/30/2010 | 9/3/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 156174290002 | Bill / NF 3 | 9/30/2010 | 9/10/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 156336200002 | Bill / NF 3 | 9/13/2010 | 8/6/2010 | 70551 | $874.44 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 156336200002 | Bill / NF 3 | 9/13/2010 | 8/13/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 156336200002 | Bill / NF 3 | 9/13/2010 | 8/25/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 157040560003 | Bill / NF 3 | 8/6/2010 | 7/7/2010 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 157201470005 | Bill / NF 3 | 3/21/2011 | 8/20/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 157201470005 | Bill / NF 3 | 11/16/2010 | 10/15/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 157201470010 | Bill / NF 3 | 9/13/2010 | 8/20/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 157201470010 | Bill / NF 3 | 11/15/2010 | 10/15/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 157201470010 | Bill / NF 3 | 9/13/2010 | 8/13/2010 | 73600 | $81.70 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 158489720001 | Bill / NF 3 | 10/1/2010 | 8/30/2010 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 158734490003 | Bill / NF 3 | 10/12/2010 | 9/16/2010 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 159143790002 | Bill / NF 3 | 9/13/2010 | 8/16/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 159143790002 | Bill / NF 3 | 9/30/2010 | 8/30/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 159143790002 | Bill / NF 3 | 9/13/2010 | 8/23/2010 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 160716970001 | Bill / NF 3 | 10/12/2010 | 9/17/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 160716970001 | Bill / NF 3 | 11/1/2010 | 10/1/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 163035600002 | Bill / NF 3 | 8/11/2011 | 9/27/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 163035600002 | Bill / NF 3 | 8/11/2011 | 10/5/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 163035600002 | Bill / NF 3 | 8/11/2011 | 9/27/2010 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 165123180003 | Bill / NF 3 | 11/29/2010 | 11/1/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 165180490001 | Bill / NF 3 | 11/29/2010 | 10/29/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 165180490001 | Bill / NF 3 | 11/29/2010 | 11/5/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 165180490003 | Bill / NF 3 | 11/26/2010 | 10/29/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 165180490003 | Bill / NF 3 | 11/26/2010 | 11/5/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 165180490005 | Bill / NF 3 | 11/30/2010 | 10/29/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 165180490005 | Bill / NF 3 | 11/30/2010 | 11/5/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 165193130003 | Bill / NF 3 | 11/26/2010 | 11/1/2010 | 72125 | $734.37 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 165193130003 | Bill / NF 3 | 11/26/2010 | 11/8/2010 | 72131 | $734.37 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 165193130003 | Bill / NF 3 | 11/16/2010 | 10/25/2010 | 73700 | $613.65 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 165193130003 | Bill / NF 3 | 11/16/2010 | 10/25/2010 | 73700 | $613.65 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 165444190005 | Bill / NF 3 | 11/29/2010 | 11/4/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 165444190006 | Bill / NF 3 | 11/29/2010 | 11/4/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 165743070004 | Bill / NF 3 | 12/30/2010 | 12/8/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 165743070005 | Bill / NF 3 | 1/20/2011 | 12/15/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 165743070005 | Bill / NF 3 | 12/30/2010 | 12/8/2010 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 166057220003 | Bill / NF 3 | 12/13/2010 | 11/19/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 166057220003 | Bill / NF 3 | 1/3/2011 | 12/3/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 167352820003 | Bill / NF 3 | 12/14/2010 | 11/15/2010 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 167352820006 | Bill / NF 3 | 12/30/2010 | 11/29/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 168854740003 | Bill / NF 3 | 1/31/2011 | 1/10/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 168854740003 | Bill / NF 3 | 1/20/2011 | 12/16/2010 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 169098130002 | Bill / NF 3 | 1/20/2011 | 12/14/2010 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 169098130002 | Bill / NF 3 | 1/31/2011 | 1/6/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 169154520003 | Bill / NF 3 | 11/25/2011 | 10/28/2011 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 169162420005 | Bill / NF 3 | 3/1/2011 | 2/8/2011 | 72146 | $959.61 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 169162420005 | Bill / NF 3 | 2/1/2011 | 1/5/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 169162420006 | Bill / NF 3 | 2/14/2011 | 1/17/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 169162420006 | Bill / NF 3 | 1/20/2011 | 12/16/2010 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 169162420007 | Bill / NF 3 | 2/1/2011 | 1/7/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 169163180001 | Bill / NF 3 | 12/30/2010 | 12/6/2010 | 72125 | $734.37 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 171654940002 | Bill / NF 3 | 2/1/2011 | 12/29/2010 | 72141 | $879.73 |

8

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 171654940002 | Bill / NF 3 | 2/1/2011 | 1/14/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 173213340002 | Bill / NF 3 | 2/1/2011 | 1/13/2011 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 173213340002 | Bill / NF 3 | 2/28/2011 | 1/31/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 174444380002 | Bill / NF 3 | 3/10/2011 | 2/1/2011 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 176560070002 | Bill / NF 3 | 4/11/2011 | 3/29/2011 | 72131 | $734.37 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 176560070002 | Bill / NF 3 | 3/16/2011 | 2/14/2011 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 176560070002 | Bill / NF 3 | 4/11/2011 | 3/17/2011 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 176560070003 | Bill / NF 3 | 3/14/2011 | 2/21/2011 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 176560070004 | Bill / NF 3 | 3/14/2011 | 2/21/2011 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 176560070004 | Bill / NF 3 | 3/28/2011 | 3/9/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 176560070005 | Bill / NF 3 | 3/14/2011 | 2/21/2011 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 176560070005 | Bill / NF 3 | 3/28/2011 | 3/4/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 176560070005 | Bill / NF 3 | 3/10/2011 | 2/14/2011 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 177417750002 | Bill / NF 3 | 4/11/2011 | 3/17/2011 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 177417750002 | Bill / NF 3 | 4/11/2011 | 3/25/2011 | 72146 | $959.61 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 177417750002 | Bill / NF 3 | 4/25/2011 | 4/1/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 178697450003 | Bill / NF 3 | 4/11/2011 | 3/21/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 178697450003 | Bill / NF 3 | 3/28/2011 | 3/7/2011 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 180750680004 | Bill / NF 3 | 4/11/2011 | 3/25/2011 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 180750680004 | Bill / NF 3 | 5/9/2011 | 4/26/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 180750680004 | Bill / NF 3 | 4/11/2011 | 3/18/2011 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 182029480002 | Bill / NF 3 | 4/25/2011 | 4/13/2011 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 182029480002 | Bill / NF 3 | 5/9/2011 | 4/20/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 182029480005 | Bill / NF 3 | 7/5/2011 | 6/17/2011 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 183445790004 | Bill / NF 3 | 4/27/2011 | 4/1/2011 | 72125 | $734.37 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 183445790004 | Bill / NF 3 | 4/27/2011 | 4/12/2011 | 72131 | $734.37 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 183445790004 | Bill / NF 3 | 4/11/2011 | 3/25/2011 | 73200 | $613.65 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 185285400002 | Bill / NF 3 | 8/4/2011 | 7/9/2011 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 185285400002 | Bill / NF 3 | 7/25/2011 | 6/25/2011 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 185285400002 | Bill / NF 3 | 7/25/2011 | 6/25/2011 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 187703440002 | Bill / NF 3 | 6/6/2011 | 5/20/2011 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 188168770003 | Bill / NF 3 | 7/5/2011 | 6/14/2011 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 188168770003 | Bill / NF 3 | 7/5/2011 | 6/21/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 188168770003 | Bill / NF 3 | 7/25/2011 | 6/28/2011 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 190851190002 | Bill / NF 3 | 8/4/2011 | 7/15/2011 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 190851190002 | Bill / NF 3 | 8/4/2011 | 7/22/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 190851190002 | Bill / NF 3 | 7/18/2011 | 6/30/2011 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 191480520003 | Bill / NF 3 | 7/25/2011 | 6/29/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 191480520003 | Bill / NF 3 | 7/5/2011 | 6/15/2011 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 191801810003 | Bill / NF 3 | 8/4/2011 | 7/11/2011 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 191919060003 | Bill / NF 3 | 7/25/2011 | 6/30/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 191919060003 | Bill / NF 3 | 7/29/2011 | 6/22/2011 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 192788430001 | Bill / NF 3 | 8/5/2011 | 7/21/2011 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 192788430001 | Bill / NF 3 | 8/5/2011 | 7/14/2011 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 193327370003 | Bill / NF 3 | 8/4/2011 | 7/22/2011 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 193327370003 | Bill / NF 3 | 10/26/2011 | 10/12/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 194267830003 | Bill / NF 3 | 10/14/2011 | 9/19/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 195515880005 | Bill / NF 3 | 9/2/2011 | 8/12/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 195515880005 | Bill / NF 3 | 9/2/2011 | 8/5/2011 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 195515880006 | Bill / NF 3 | 9/2/2011 | 8/12/2011 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 195515880006 | Bill / NF 3 | 9/2/2011 | 8/5/2011 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 196116670005 | Bill / NF 3 | 9/14/2011 | 8/23/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 197293870002 | Bill / NF 3 | 9/29/2011 | 9/9/2011 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 197686600003 | Bill / NF 3 | 9/2/2011 | 8/11/2011 | 73221 | $878.67 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 198088040004 | Bill / NF 3 | 9/14/2011 | 8/24/2011 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 198088040004 | Bill / NF 3 | 9/14/2011 | 8/31/2011 | 72146 | $959.61 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 198088040004 | Bill / NF 3 | 9/29/2011 | 9/12/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 198983340003 | Bill / NF 3 | 10/14/2011 | 9/19/2011 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 198983340003 | Bill / NF 3 | 10/26/2011 | 10/11/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 198983340003 | Bill / NF 3 | 9/29/2011 | 9/9/2011 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 199672330002 | Bill / NF 3 | 9/29/2011 | 9/8/2011 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 199672330002 | Bill / NF 3 | 9/29/2011 | 9/15/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 199672330002 | Bill / NF 3 | 9/14/2011 | 8/29/2011 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 202864950002 | Bill / NF 3 | 11/14/2011 | 10/21/2011 | 70551 | $874.44 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 202864950002 | Bill / NF 3 | 11/25/2011 | 11/4/2011 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 203446120002 | Bill / NF 3 | 10/14/2011 | 9/23/2011 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 203446120002 | Bill / NF 3 | 10/26/2011 | 9/30/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 203446120002 | Bill / NF 3 | 10/26/2011 | 10/7/2011 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 204749510003 | Bill / NF 3 | 11/11/2011 | 10/17/2011 | 72146 | $959.61 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 204912650002 | Bill / NF 3 | 11/11/2011 | 10/14/2011 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 204912650002 | Bill / NF 3 | 11/11/2011 | 10/25/2011 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 204912650003 | Bill / NF 3 | 1/11/2012 | 12/13/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 204912650003 | Bill / NF 3 | 11/11/2011 | 10/14/2011 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 204912650003 | Bill / NF 3 | 11/11/2011 | 10/24/2011 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 204912650007 | Bill / NF 3 | 11/11/2011 | 10/24/2011 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 205152470002 | Bill / NF 3 | 11/25/2011 | 11/9/2011 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 205152470002 | Bill / NF 3 | 11/25/2011 | 10/28/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 205152470002 | Bill / NF 3 | 11/11/2011 | 10/21/2011 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 206566860002 | Bill / NF 3 | 11/11/2011 | 10/21/2011 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 206566860002 | Bill / NF 3 | 11/11/2011 | 10/25/2011 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 206566860004 | Bill / NF 3 | 11/25/2011 | 11/8/2011 | 71100 | $99.46 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 206566860004 | Bill / NF 3 | 11/25/2011 | 11/8/2011 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 206566860004 | Bill / NF 3 | 11/11/2011 | 10/25/2011 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 206872220003 | Bill / NF 3 | 11/25/2011 | 10/28/2011 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 211145720003 | Bill / NF 3 | 12/27/2011 | 12/2/2011 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 211145720003 | Bill / NF 3 | 1/11/2012 | 12/19/2011 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 211145720004 | Bill / NF 3 | 1/11/2012 | 12/19/2011 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 211145720004 | Bill / NF 3 | 12/27/2011 | 12/2/2011 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 211145720007 | Bill / NF 3 | 12/27/2011 | 12/2/2011 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 211145720007 | Bill / NF 3 | 1/11/2012 | 12/19/2011 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 211891770004 | Bill / NF 3 | 3/28/2012 | 2/24/2012 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 218724640004 | Bill / NF 3 | 4/9/2012 | 3/19/2012 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 218724640005 | Bill / NF 3 | 4/9/2012 | 3/19/2012 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 219388200003 | Bill / NF 3 | 4/9/2012 | 3/13/2012 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 219388200003 | Bill / NF 3 | 3/8/2012 | 2/22/2012 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 219388200004 | Bill / NF 3 | 3/8/2012 | 2/22/2012 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 219388200004 | Bill / NF 3 | 4/9/2012 | 3/16/2012 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 219575360005 | Bill / NF 3 | 4/9/2012 | 3/15/2012 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 220482030003 | Bill / NF 3 | 4/9/2012 | 3/16/2012 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 220482030003 | Bill / NF 3 | 4/9/2012 | 3/23/2012 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 220482030003 | Bill / NF 3 | 4/9/2012 | 3/9/2012 | 73721 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 220482030005 | Bill / NF 3 | 4/9/2012 | 3/16/2012 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 220482030005 | Bill / NF 3 | 4/9/2012 | 3/23/2012 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 221649240002 | Bill / NF 3 | 4/9/2012 | 3/19/2012 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 221649240007 | Bill / NF 3 | 4/9/2012 | 3/19/2012 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 221654560002 | Bill / NF 3 | 4/23/2012 | 4/2/2012 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 222937350002 | Bill / NF 3 | 5/7/2012 | 4/23/2012 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 222937350002 | Bill / NF 3 | 5/7/2012 | 4/16/2012 | 73721 | $878.67 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 222937350003 | Bill / NF 3 | 5/7/2012 | 4/23/2012 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 222937350003 | Bill / NF 3 | 5/23/2012 | 4/30/2012 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 222937350003 | Bill / NF 3 | 5/7/2012 | 4/16/2012 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 227639840004 | Bill / NF 3 | 6/11/2012 | 5/25/2012 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 230207680002 | Bill / NF 3 | 7/27/2012 | 7/12/2012 | 72141 | $879.73 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 230207680002 | Bill / NF 3 | 7/18/2012 | 6/28/2012 | 73221 | $878.67 |
| ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC | 223977336 | 230207680002 | Bill / NF 3 | 7/27/2012 | 7/5/2012 | 73221 | $878.67 |

SAMPLE OF FRAUDULENT MAILING TO METROPOLITAN

| Provider | Tin | ClaimNo | Doc Mailed | Date of Mailing | DOS | CPT Code | Amt billed |
|---|---|---|---|---|---|---|---|
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD60473 | Bill/NF3 | 7/7/2008 | 6/10/2008 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD69765 | Bill/NF3 | 9/2/2008 | 8/4/2008 | 72146 | $960.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD71865 | Bill/NF3 | 8/26/2008 | 7/30/2008 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD71933 | Bill/NF3 | 12/2/2008 | 10/15/2008 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD71933 | Bill/NF3 | 12/2/2008 | 10/22/2008 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD71933 | Bill/NF3 | 12/2/2008 | 10/29/2008 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD72359 | Bill/NF3 | 10/1/2008 | 8/27/2008 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD84087 | Bill/NF3 | 2/26/2009 | 12/29/2008 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD84148 | Bill/NF3 | 11/24/2008 | 10/13/2008 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD84148 | Bill/NF3 | 12/29/2008 | 11/25/2008 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD84789 | Bill/NF3 | 12/5/2008 | 10/27/2008 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD86989 | Bill/NF3 | 11/24/2008 | 10/8/2008 | 70551 | $874.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD86989 | Bill/NF3 | 11/24/2008 | 10/14/2008 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD86989 | Bill/NF3 | 11/24/2008 | 10/14/2008 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD86989 | Bill/NF3 | 11/24/2008 | 10/21/2008 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD86989 | Bill/NF3 | 11/24/2008 | 10/21/2008 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD86989 | Bill/NF3 | 12/30/2008 | 11/20/2008 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD87565 | Bill/NF3 | 12/15/2008 | 11/3/2008 | 72131 | $734.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD87565 | Bill/NF3 | 2/2/2009 | 12/26/2008 | 73700 | $614.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD88035 | Bill/NF3 | 12/2/2008 | 10/20/2008 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD88035 | Bill/NF3 | 12/2/2008 | 10/31/2008 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD88453 | Bill/NF3 | 11/7/2008 | 10/7/2008 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD88453 | Bill/NF3 | 11/24/2008 | 10/16/2008 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD88453 | Bill/NF3 | 12/29/2008 | 11/21/2008 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD88453 | Bill/NF3 | 1/26/2009 | 12/16/2008 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD88552 | Bill/NF3 | 12/15/2008 | 10/29/2008 | 70551 | $874.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD88552 | Bill/NF3 | 1/27/2009 | 12/10/2008 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD88787 | Bill/NF3 | 12/15/2008 | 10/31/2008 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD88787 | Bill/NF3 | 12/29/2008 | 11/13/2008 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD88787 | Bill/NF3 | 12/15/2008 | 11/24/2008 | 72040 | $108.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD88787 | Bill/NF3 | 12/15/2008 | 11/24/2008 | 72100 | $599.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD88787 | Bill/NF3 | 12/15/2008 | 11/24/2008 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD90866 | Bill/NF3 | 12/30/2008 | 11/19/2008 | 73221 | $879.00 |

SAMPLE OF FRAUDULENT MAILING TO METROPOLITAN

| Company | Number | Code | Type | Date 1 | Date 2 | Ref | Amount |
|---|---|---|---|---|---|---|---|
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD94359 | BIII/NF3 | 1/20/2009 | 12/5/2008 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD94359 | BIII/NF3 | 1/20/2009 | 12/30/2008 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD98208 | BIII/NF3 | 3/23/2009 | 2/13/2009 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD98208 | BIII/NF3 | 3/23/2009 | 2/20/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD99704 | BIII/NF3 | 2/9/2009 | 1/7/2009 | 73140 | $60.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD99704 | BIII/NF3 | 2/9/2009 | 1/7/2009 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD99704 | BIII/NF3 | 2/9/2009 | 1/15/2009 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALD99704 | BIII/NF3 | 4/17/2009 | 3/17/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE01862 | BIII/NF3 | 3/23/2009 | 2/5/2009 | 70551 | $874.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE01862 | BIII/NF3 | 3/24/2009 | 2/12/2009 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE01862 | BIII/NF3 | 3/24/2009 | 2/25/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE02581 | BIII/NF3 | 3/11/2009 | 1/30/2009 | 70551 | $874.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE02581 | BIII/NF3 | 3/23/2009 | 2/9/2009 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE02581 | BIII/NF3 | 3/30/2009 | 2/24/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE02581 | BIII/NF3 | 3/23/2009 | 2/26/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE02581 | BIII/NF3 | 3/30/2009 | 3/5/2009 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE05351 | BIII/NF3 | 4/16/2009 | 3/11/2009 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE05351 | BIII/NF3 | 4/16/2009 | 3/18/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE05351 | BIII/NF3 | 4/16/2009 | 4/1/2009 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE05919 | BIII/NF3 | 5/14/2009 | 4/3/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE05919 | BIII/NF3 | 5/14/2009 | 4/22/2009 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE06666 | BIII/NF3 | 4/17/2009 | 3/11/2009 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE06666 | BIII/NF3 | 7/1/2009 | 5/7/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE06915 | BIII/NF3 | 4/17/2009 | 3/19/2009 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE09305 | BIII/NF3 | 5/18/2009 | 4/16/2009 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE09305 | BIII/NF3 | 5/18/2009 | 5/4/2009 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE10029 | BIII/NF3 | 5/14/2009 | 4/10/2009 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE10029 | BIII/NF3 | 5/14/2009 | 4/24/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE10029 | BIII/NF3 | 5/14/2009 | 4/24/2009 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE10129 | BIII/NF3 | 5/14/2009 | 4/7/2009 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE10972 | BIII/NF3 | 6/1/2009 | 4/27/2009 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE10972 | BIII/NF3 | 6/1/2009 | 5/5/2009 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE10972 | BIII/NF3 | 6/1/2009 | 5/12/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE12635 | BIII/NF3 | 6/24/2009 | 5/29/2009 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE12635 | BIII/NF3 | 8/6/2009 | 7/2/2009 | 72148 | $912.00 |

SAMPLE OF FRAUDULENT MAILING TO METROPOLITAN

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE12635 | Bill/NF3 | 8/6/2009 | 7/7/2009 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE18714 | Bill/NF3 | 7/22/2009 | 6/26/2009 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE18714 | Bill/NF3 | 8/7/2009 | 7/2/2009 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE18714 | Bill/NF3 | 8/6/2009 | 7/2/2009 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE18714 | Bill/NF3 | 8/7/2009 | 7/6/2009 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE18714 | Bill/NF3 | 8/6/2009 | 7/9/2009 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE18714 | Bill/NF3 | 8/6/2009 | 7/16/2009 | 72148 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE18714 | Bill/NF3 | 8/20/2009 | 7/22/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE18714 | Bill/NF3 | 8/20/2009 | 7/24/2009 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE18714 | Bill/NF3 | 8/20/2009 | 7/25/2009 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE18714 | Bill/NF3 | 9/18/2009 | 8/21/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE19563 | Bill/NF3 | 1/25/2010 | 12/23/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE19668 | Bill/NF3 | 8/21/2009 | 7/16/2009 | 73100 | $69.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE19668 | Bill/NF3 | 8/21/2009 | 7/16/2009 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE20081 | Bill/NF3 | 8/20/2009 | 7/28/2009 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE20081 | Bill/NF3 | 10/2/2009 | 8/26/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE20188 | Bill/NF3 | 8/21/2009 | 7/20/2009 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE20188 | Bill/NF3 | 8/21/2009 | 7/24/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE21366 | Bill/NF3 | 8/20/2010 | 7/23/2009 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE21366 | Bill/NF3 | 8/20/2010 | 7/29/2009 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE21366 | Bill/NF3 | 4/16/2012 | 8/7/2009 | 72148 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE23085 | Bill/NF3 | 12/17/2009 | 11/19/2009 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE23085 | Bill/NF3 | 12/24/2009 | 12/1/2009 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE23085 | Bill/NF3 | 12/24/2009 | 12/8/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE23606 | Bill/NF3 | 9/2/2009 | 8/6/2009 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE23606 | Bill/NF3 | 9/2/2009 | 8/14/2009 | 73221 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE23606 | Bill/NF3 | 9/21/2009 | 8/21/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE23783 | Bill/NF3 | 9/2/2009 | 8/7/2009 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE23783 | Bill/NF3 | 9/3/2009 | 8/7/2009 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE23783 | Bill/NF3 | 9/4/2009 | 8/11/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE23783 | Bill/NF3 | 9/8/2009 | 8/13/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE23783 | Bill/NF3 | 9/14/2009 | 8/19/2009 | 72146 | $960.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE24141 | Bill/NF3 | 10/2/2009 | 8/27/2009 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE24882 | Bill/NF3 | 8/19/2009 | 8/21/2009 | 73221 | $879.00 |

SAMPLE OF FRAUDULENT MAILING TO METROPOLITAN

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE24882 | BIII/NF3 | 8/19/2009 | 8/28/2009 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE24882 | BIII/NF3 | 10/5/2009 | 9/4/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE25020 | BIII/NF3 | 9/2/2009 | 8/10/2009 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE25020 | BIII/NF3 | 10/2/2009 | 8/26/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE25020 | BIII/NF3 | 10/2/2009 | 9/9/2009 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE25119 | BIII/NF3 | 10/2/2009 | 9/1/2009 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE25119 | BIII/NF3 | N/A | 9/17/2009 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE25119 | BIII/NF3 | N/A | 9/22/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE25484 | BIII/NF3 | 10/19/2009 | 9/17/2009 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE25484 | BIII/NF3 | 10/16/2009 | 9/29/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE25484 | BIII/NF3 | 12/7/2009 | 11/4/2009 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE25484 | BIII/NF3 | 12/7/2009 | 11/4/2009 | E0745 | $590.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE28269 | BIII/NF3 | 9/18/2009 | 8/17/2009 | E1399 | $160.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE28269 | BIII/NF3 | 10/2/2009 | 9/3/2009 | 72141 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE32243 | BIII/NF3 | 11/2/2009 | 10/6/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE32243 | BIII/NF3 | 11/2/2009 | 10/6/2009 | 73100 | $69.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE33141 | BIII/NF3 | 11/2/2009 | 10/6/2009 | 73560 | $83.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE33141 | BIII/NF3 | 11/30/2009 | 11/4/2009 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE33892 | BIII/NF3 | 12/14/2009 | 11/12/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE33892 | BIII/NF3 | 11/30/2009 | 10/28/2009 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE34495 | BIII/NF3 | 11/30/2009 | 11/4/2009 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE34495 | BIII/NF3 | 11/30/2009 | 10/30/2009 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE34495 | BIII/NF3 | 12/14/2009 | 11/13/2009 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE34952 | BIII/NF3 | 12/14/2009 | 11/20/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE34952 | BIII/NF3 | 11/30/2009 | 11/5/2009 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE36747 | BIII/NF3 | 12/17/2009 | 11/12/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE36747 | BIII/NF3 | 12/17/2009 | 11/16/2009 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE36747 | BIII/NF3 | 12/24/2009 | 11/23/2009 | 73221 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE36747 | BIII/NF3 | 12/24/2009 | 11/25/2009 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE36747 | BIII/NF3 | 12/24/2009 | 12/3/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE36973 | BIII/NF3 | 12/21/2009 | 12/7/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE36973 | BIII/NF3 | 12/28/2009 | 12/3/2009 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE37293 | BIII/NF3 | 2/3/2010 | 11/19/2009 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE37293 | BIII/NF3 | 12/24/2009 | 12/1/2009 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE37293 | BIII/NF3 | 12/24/2009 | 12/8/2009 | 72148 | $912.00 |

SAMPLE OF FRAUDULENT MAILING TO METROPOLITAN

| Company | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE38622 | Bill/NF3 | 1/13/2010 | 12/17/2009 | 73030 | $106.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE38622 | Bill/NF3 | 1/13/2010 | 12/17/2009 | 73560 | $83.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE40664 | Bill/NF3 | 1/13/2010 | 12/11/2009 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE40664 | Bill/NF3 | 1/13/2010 | 12/18/2009 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE40664 | Bill/NF3 | 1/13/2010 | 12/18/2009 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE40664 | Bill/NF3 | 1/25/2010 | 12/28/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE41297 | Bill/NF3 | 1/25/2010 | 12/28/2009 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE42237 | Bill/NF3 | 1/21/2010 | 1/5/2010 | 73221 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE42237 | Bill/NF3 | 1/21/2010 | 1/7/2010 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE42237 | Bill/NF3 | 2/16/2010 | 1/14/2010 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE42237 | Bill/NF3 | 2/16/2010 | 1/21/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE42874 | Bill/NF3 | 2/9/2010 | 1/8/2010 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE42874 | Bill/NF3 | 2/9/2010 | 1/15/2010 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE42874 | Bill/NF3 | 2/9/2010 | 1/19/2010 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE42874 | Bill/NF3 | 3/4/2010 | 1/25/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE45661 | Bill/NF3 | 3/15/2010 | 2/12/2010 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE45661 | Bill/NF3 | 3/15/2010 | 2/19/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE45661 | Bill/NF3 | 3/15/2010 | 2/19/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE51068 | Bill/NF3 | 4/15/2010 | 3/15/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE51068 | Bill/NF3 | 4/15/2010 | 3/23/2010 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE52560 | Bill/NF3 | 5/13/2010 | 4/14/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE55519 | Bill/NF3 | 5/17/2010 | 4/20/2010 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE55519 | Bill/NF3 | 6/2/2010 | 4/27/2010 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE55519 | Bill/NF3 | 6/1/2010 | 4/27/2010 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE55519 | Bill/NF3 | 6/1/2010 | 5/4/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE55519 | Bill/NF3 | 6/2/2010 | 5/4/2010 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE55519 | Bill/NF3 | 6/18/2010 | 5/11/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE55519 | Bill/NF3 | 6/18/2010 | 5/11/2010 | 73140 | $60.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE57038 | Bill/NF3 | 9/13/2010 | 8/5/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE57220 | Bill/NF3 | 5/13/2010 | 4/20/2010 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE57220 | Bill/NF3 | 6/1/2010 | 4/27/2010 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE59269 | Bill/NF3 | 6/1/2010 | 4/28/2010 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE59269 | Bill/NF3 | 6/1/2010 | 5/5/2010 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE59269 | Bill/NF3 | 6/18/2010 | 5/12/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE59934 | Bill/NF3 | 6/18/2010 | 5/13/2010 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE59934 | Bill/NF3 | 8/23/2010 | 7/22/2010 | 73721 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE59934 | Bill/NF3 | 6/18/2010 | 7/22/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE59962 | Bill/NF3 | 6/18/2010 | 5/26/2010 | 73721 | $879.00 |

SAMPLE OF FRAUDULENT MAILING TO METROPOLITAN

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE59962 | BII/NF3 | 7/6/2010 | 6/2/2010 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE59962 | BII/NF3 | 7/6/2010 | 6/9/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE62731 | BII/NF3 | 7/22/2010 | 6/24/2010 | 70450 | $574.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE62731 | BII/NF3 | 8/6/2010 | 7/12/2010 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE62731 | BII/NF3 | 8/23/2010 | 7/19/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE64343 | BII/NF3 | 8/9/2010 | 7/12/2010 | 72146 | $960.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE64343 | BII/NF3 | 8/4/2010 | 7/19/2010 | 71020 | $88.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE64343 | BII/NF3 | 8/4/2010 | 7/19/2010 | 71100 | $99.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE64343 | BII/NF3 | 8/4/2010 | 7/19/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE64809 | BII/NF3 | 8/24/2010 | 8/3/2010 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE69228 | BII/NF3 | 9/13/2010 | 8/20/2010 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE69228 | BII/NF3 | 10/1/2010 | 9/1/2010 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE69228 | BII/NF3 | 10/12/2010 | 9/24/2010 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE71058 | BII/NF3 | 10/12/2010 | 9/23/2010 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE71058 | BII/NF3 | 11/2/2010 | 10/7/2010 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE71058 | BII/NF3 | 11/15/2010 | 10/21/2010 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE71567 | BII/NF3 | 11/2/2010 | 10/6/2010 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE71567 | BII/NF3 | 11/16/2010 | 10/13/2010 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE71963 | BII/NF3 | 12/30/2010 | 12/1/2010 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE71963 | BII/NF3 | 12/30/2010 | 12/8/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE72735 | BII/NF3 | 10/12/2010 | 9/27/2010 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE72735 | BII/NF3 | 11/1/2010 | 10/4/2010 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE72735 | BII/NF3 | 11/15/2010 | 10/12/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE72832 | BII/NF3 | 11/15/2010 | 10/13/2010 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE74586 | BII/NF3 | 11/1/2010 | 10/5/2010 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE74586 | BII/NF3 | 11/16/2010 | 10/15/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE74586 | BII/NF3 | 1/3/2011 | 12/3/2010 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE74586 | BII/NF3 | 1/3/2011 | 11/24/2010 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE77081 | BII/NF3 | 12/13/2010 | 11/24/2010 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE77081 | BII/NF3 | 1/3/2011 | 12/2/2010 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE77659 | BII/NF3 | 12/13/2010 | 11/15/2010 | 73600 | $82.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE77659 | BII/NF3 | 12/13/2010 | 11/22/2010 | 72141 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE77659 | BII/NF3 | 12/30/2010 | 12/8/2010 | 72148 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE77659 | BII/NF3 | 12/13/2010 | 11/19/2010 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE78317 | BII/NF3 | 12/13/2010 | 11/19/2010 | 70551 | $874.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE78317 | BII/NF3 | 1/20/2011 | 12/2/2010 | 72148 | $912.00 |

SAMPLE OF FRAUDULENT MAILING TO METROPOLITAN

| Company | Account | Code | Type | Date 1 | Date 2 | Num | Amount |
|---|---|---|---|---|---|---|---|
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE78317 | Bill/NF3 | 1/3/2011 | 12/6/2010 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE78317 | Bill/NF3 | 1/3/2011 | 12/13/2010 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE78317 | Bill/NF3 | 12/14/2011 | 12/13/2010 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE78317 | Bill/NF3 | 3/14/2011 | 2/15/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE78317 | Bill/NF3 | 1/30/2011 | 12/9/2010 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE79317 | Bill/NF3 | 1/20/2011 | 12/16/2010 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE79317 | Bill/NF3 | 1/20/2011 | 12/23/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE79317 | Bill/NF3 | 1/20/2011 | 12/15/2010 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE79873 | Bill/NF3 | 1/20/2011 | 12/22/2010 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE79873 | Bill/NF3 | 2/1/2011 | 12/30/2010 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE79873 | Bill/NF3 | 1/21/2011 | 12/14/2010 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE79990 | Bill/NF3 | 1/21/2011 | 12/21/2010 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE79990 | Bill/NF3 | 12/14/2011 | 1/17/2011 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE80496 | Bill/NF3 | 12/14/2011 | 1/24/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE80496 | Bill/NF3 | 2/14/2011 | 1/26/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE80496 | Bill/NF3 | 2/14/2011 | 1/19/2011 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE80496 | Bill/NF3 | 2/14/2011 | 1/26/2011 | 73721 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE81065 | Bill/NF3 | 11/3/2011 | 12/8/2010 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE84008 | Bill/NF3 | 3/29/2011 | 3/14/2011 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE84008 | Bill/NF3 | 4/11/2011 | 3/22/2011 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE87969 | Bill/NF3 | 3/14/2011 | 2/17/2011 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE87969 | Bill/NF3 | 3/28/2011 | 2/28/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE87969 | Bill/NF3 | 3/28/2011 | 3/15/2011 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE87969 | Bill/NF3 | 5/10/2011 | 4/14/2011 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE90282 | Bill/NF3 | 5/10/2011 | 5/9/2011 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE90282 | Bill/NF3 | 5/23/2011 | 5/9/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE90282 | Bill/NF3 | 5/10/2011 | 4/21/2011 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE90282 | Bill/NF3 | 5/10/2011 | 4/15/2011 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE91220 | Bill/NF3 | 6/20/2011 | 6/2/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE91220 | Bill/NF3 | 6/20/2011 | 7/12/2011 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE95139 | Bill/NF3 | 8/8/2011 | 7/12/2011 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALE99271 | Bill/NF3 | 7/6/2011 | 6/23/2011 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF01918 | Bill/NF3 | 8/5/2011 | 7/19/2011 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF03004 | Bill/NF3 | 8/16/2011 | 7/28/2011 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF03004 | Bill/NF3 | 9/6/2011 | 8/16/2011 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF06260 | Bill/NF3 | 9/16/2011 | 8/23/2011 | 73221 | $879.00 |

SAMPLE OF FRAUDULENT MAILING TO METROPOLITAN

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF06260 | BIII/NF3 | 9/16/2011 | 8/30/2011 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF12232 | BIII/NF3 | 12/27/2011 | 12/1/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF12409 | BIII/NF3 | 11/14/2011 | 10/14/2011 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF12409 | BIII/NF3 | 11/14/2011 | 10/21/2011 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF12409 | BIII/NF3 | 11/28/2011 | 10/28/2011 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF13647 | BIII/NF3 | 12/27/2011 | 12/7/2011 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF13647 | BIII/NF3 | 1/11/2012 | 12/14/2011 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF13663 | BIII/NF3 | 12/8/2011 | 11/23/2011 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF13663 | BIII/NF3 | 12/27/2011 | 11/30/2011 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF13663 | BIII/NF3 | 11/1/2012 | 11/30/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF13663 | BIII/NF3 | 11/1/2012 | 12/15/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF13891 | BIII/NF3 | 1/11/2012 | 12/22/2011 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF13891 | BIII/NF3 | 1/27/2012 | 12/29/2011 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF14600 | BIII/NF3 | 12/8/2011 | 11/17/2011 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF14600 | BIII/NF3 | 12/27/2011 | 11/25/2011 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF14600 | BIII/NF3 | 12/27/2011 | 12/2/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF16706 | BIII/NF3 | 12/27/2011 | 12/6/2011 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF16706 | BIII/NF3 | 1/11/2012 | 12/20/2011 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF17134 | BIII/NF3 | 1/12/2012 | 12/14/2011 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF17134 | BIII/NF3 | 1/12/2012 | 12/21/2011 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF17134 | BIII/NF3 | 1/27/2012 | 1/4/2012 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF19881 | BIII/NF3 | 1/11/2012 | 12/23/2011 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF19881 | BIII/NF3 | 1/27/2012 | 1/3/2012 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF19881 | BIII/NF3 | 1/27/2012 | 1/10/2012 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF19881 | BIII/NF3 | 1/27/2012 | 1/12/2012 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF19881 | BIII/NF3 | 3/26/2012 | 3/7/2012 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF24096 | BIII/NF3 | 2/24/2012 | 2/8/2012 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF24376 | BIII/NF3 | 4/9/2012 | 3/14/2012 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF24376 | BIII/NF3 | 4/9/2012 | 3/22/2012 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF24376 | BIII/NF3 | 4/23/2012 | 3/29/2012 | 72148 | $912.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF24597 | BIII/NF3 | 7/12/2012 | 6/4/2012 | 73721 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF27935 | BIII/NF3 | 5/23/2012 | 4/24/2012 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF27935 | BIII/NF3 | 6/12/2012 | 5/17/2012 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF33096 | BIII/NF3 | 6/12/2012 | 5/21/2012 | 73221 | $879.00 |

SAMPLE OF FRAUDULENT MAILING TO METROPOLITAN

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | ALF33853 | Bill/NF3 | 7/18/2012 | 6/18/2012 | 73221 | $879.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | PDA39590 | Bill/NF3 | 8/21/2008 | 7/14/2008 | 72040 | $108.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | PDA39590 | Bill/NF3 | 8/21/2008 | 7/14/2008 | 72070 | $104.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | PDA39590 | Bill/NF3 | 8/21/2008 | 7/14/2008 | 72100 | $99.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | TAC06175 | Bill/NF3 | 12/29/2009 | 11/25/2009 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | WBET6008 | Bill/NF3 | 8/3/2010 | 9/11/2009 | 72141 | $880.00 |
| ADVANCED MEDICAL DIAGNOSTICS | 223977336 | WBET6008 | Bill/NF3 | 8/3/2010 | 9/18/2009 | 72148 | $912.00 |

LIBERTY MUTUAL INSURANCE CO. ET AL v. ADVANCED MEDICAL DIAGNOSTICS OF QUEENS PC, ET AL, REPRESENTATIVE

SAMPLE OF FRAUDULENT MAILING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AIM 4 LIFE MEDICAL DIAGNOSTICS | 260470945 | 86879210005 | Bill / NF 3 | 12/31/2007 | 11/9/2007 | 73721 | $901.42 |
| AIM 4 LIFE MEDICAL DIAGNOSTICS | 260470945 | 88616900002 | Bill / NF 3 | 3/19/2008 | 10/26/2007 | 73220 | $901.42 |
| AIM 4 LIFE MEDICAL DIAGNOSTICS | 260470945 | 88755520002 | Bill / NF 3 | 1/9/2008 | 11/26/2007 | 72141 | $879.73 |
| AIM 4 LIFE MEDICAL DIAGNOSTICS | 260470945 | 88755520002 | Bill / NF 3 | 1/18/2008 | 12/24/2007 | 72148 | $912.00 |
| AIM 4 LIFE MEDICAL DIAGNOSTICS | 260470945 | 88755520002 | Bill / NF 3 | 1/9/2008 | 11/23/2007 | 73221 | $878.67 |
| AIM 4 LIFE MEDICAL DIAGNOSTICS | 260470945 | 88755520003 | Bill / NF 3 | 12/28/2007 | 11/26/2007 | 72148 | $912.00 |
| AIM 4 LIFE MEDICAL DIAGNOSTICS | 260470945 | 88755520003 | Bill / NF 3 | 12/28/2007 | 11/23/2007 | 73220 | $901.42 |
| AIM 4 LIFE MEDICAL DIAGNOSTICS | 260470945 | 88755520003 | Bill / NF 3 | 1/3/2008 | 11/23/2007 | 73221 | $878.67 |
| AIM 4 LIFE MEDICAL DIAGNOSTICS | 260470945 | 88974190004 | Bill / NF 3 | 1/25/2008 | 11/19/2007 | 72141 | $879.73 |
| AIM 4 LIFE MEDICAL DIAGNOSTICS | 260470945 | 88974190004 | Bill / NF 3 | 1/25/2008 | 12/13/2007 | 72148 | $911.66 |
| AIM 4 LIFE MEDICAL DIAGNOSTICS | 260470945 | 89552390004 | Bill / NF 3 | 1/24/2008 | 12/13/2007 | 72141 | $879.73 |
| AIM 4 LIFE MEDICAL DIAGNOSTICS | 260470945 | 89590500002 | Bill / NF 3 | 1/31/2008 | 1/8/2008 | 72148 | $879.73 |
| AIM 4 LIFE MEDICAL DIAGNOSTICS | 260470945 | 89590500002 | Bill / NF 3 | 1/9/2008 | 12/11/2007 | 73221 | $878.67 |
| AIM 4 LIFE MEDICAL DIAGNOSTICS | 260470945 | 89953500002 | Bill / NF 3 | 1/29/2008 | 12/24/2007 | 72141 | $879.73 |
| AIM 4 LIFE MEDICAL DIAGNOSTICS | 260470945 | 90553500006 | Bill / NF 3 | 1/25/2008 | 12/30/2007 | 72146 | $911.66 |
| AIM 4 LIFE MEDICAL DIAGNOSTICS | 260470945 | 90553500006 | Bill / NF 3 | 1/25/2008 | 1/6/2008 | 72148 | $911.66 |
| AIM 4 LIFE MEDICAL DIAGNOSTICS | 260470945 | 90553500006 | Bill / NF 3 | 2/8/2008 | 12/10/2007 | 72141 | 879.73 |
| AIM 4 LIFE MEDICAL DIAGNOSTICS | 260470945 | 90630580003 | Bill / NF 3 | 2/5/2008 | 1/15/2008 | 72141 | $879.73 |
| AIM 4 LIFE MEDICAL DIAGNOSTICS | 260470945 | 90630580003 | Bill / NF 3 | 2/19/2008 | 1/22/2008 | 72148 | $912.00 |
| AIM 4 LIFE MEDICAL DIAGNOSTICS | 260470945 | 90630580004 | Bill / NF 3 | 3/19/2008 | 2/20/2008 | 72148 | $912.00 |

SAMPLE OF FRAUDULENT MAILING TO METROPOLITAN

| Provider | Tin | ClaimNo | Doc Mailed | Date of Mailing | DOS | CPT Code | Amt billed |
|---|---|---|---|---|---|---|---|
| AIM 4 LIFE MEDICAL DIAGNOSTIC | 260470945 | CHD48900 | BiII/NF3 | 1/7/2008 | 12/20/2007 | 72141 | $880.00 |
| AIM 4 LIFE MEDICAL DIAGNOSTIC | 260470945 | CHD48900 | BiII/NF3 | 1/22/2008 | 12/27/2007 | 72148 | $912.00 |
| AIM 4 LIFE MEDICAL DIAGNOSTIC | 260470945 | WBD86467 | BiII/NF3 | 1/14/2008 | 12/5/2007 | 72141 | $880.00 |
| AIM 4 LIFE MEDICAL DIAGNOSTIC | 260470945 | WBD86467 | BiII/NF3 | 1/10/2008 | 12/10/2007 | 72141 | $880.00 |
| AIM 4 LIFE MEDICAL DIAGNOSTIC | 260470945 | WBD86467 | BiII/NF3 | 1/14/2008 | 12/21/2007 | 72148 | $912.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 206857450002 | Bill / NF 3 | 9/13/2012 | 8/30/2012 | 73221 | $878.67 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 227584460002 | Bill / NF 3 | 10/1/2012 | 9/7/2012 | 73221 | $878.67 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 231592940002 | Bill / NF 3 | 8/15/2012 | 7/18/2012 | 72141 | $879.73 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 232046610003 | Bill / NF 3 | 8/16/2012 | 7/30/2012 | 73221 | $878.67 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 232046610003 | Bill / NF 3 | 9/13/2012 | 8/27/2012 | 73221 | $878.67 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 232489330003 | Bill / NF 3 | 8/15/2012 | 7/27/2012 | 73221 | $878.67 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 232489330003 | Bill / NF 3 | 8/28/2012 | 8/3/2012 | 73721 | $878.67 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 232489330003 | Bill / NF 3 | 8/28/2012 | 8/9/2012 | 72141 | $879.73 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 232489330004 | Bill / NF 3 | 8/15/2012 | 7/27/2012 | 73221 | $878.67 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 232489330004 | Bill / NF 3 | 8/27/2012 | 8/3/2012 | 73721 | $878.67 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 232489330004 | Bill / NF 3 | 8/27/2012 | 8/14/2012 | 72141 | $879.73 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 233069260003 | Bill / NF 3 | 8/15/2012 | 7/18/2012 | 72125 | $734.37 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 233069260003 | Bill / NF 3 | 8/15/2012 | 7/24/2012 | 72131 | $734.37 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 233069260003 | Bill / NF 3 | 8/27/2012 | 8/6/2012 | 73221 | $878.67 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 233099580002 | Bill / NF 3 | 8/27/2012 | 8/2/2012 | 73221 | $878.67 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 233099580002 | Bill / NF 3 | 9/13/2012 | 8/16/2012 | 72148 | $912.00 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 234372190002 | Bill / NF 3 | 8/27/2012 | 8/9/2012 | 73221 | $878.67 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 234372190003 | Bill / NF 3 | 8/15/2012 | 7/31/2012 | 73221 | $878.67 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 234372190003 | Bill / NF 3 | 8/29/2012 | 8/7/2012 | 72141 | $879.73 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 234372190003 | Bill / NF 3 | 8/29/2012 | 8/14/2012 | 72148 | $912.00 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 234917070002 | Bill / NF 3 | 10/1/2012 | 9/4/2012 | 72148 | $912.00 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 234917070002 | Bill / NF 3 | 11/26/2012 | 10/24/2012 | 72141 | $879.73 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 234917070002 | Bill / NF 3 | 12/17/2012 | 11/13/2012 | 73721 | $878.67 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 235076230002 | Bill / NF 3 | 10/15/2012 | 9/18/2012 | 72141 | $879.73 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 235373480002 | Bill / NF 3 | 8/27/2012 | 8/10/2012 | 72141 | $879.73 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 235373480002 | Bill / NF 3 | 9/13/2012 | 8/17/2012 | 72148 | $912.00 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 235750370006 | Bill / NF 3 | 11/9/2012 | 10/9/2012 | 72148 | $912.00 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 235867810001 | Bill / NF 3 | 10/4/2012 | 8/24/2012 | 73221 | $878.67 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 235867810001 | Bill / NF 3 | 10/1/2012 | 8/31/2012 | 72141 | $879.73 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 235867810002 | Bill / NF 3 | 9/13/2012 | 8/30/2012 | 72148 | $912.00 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 236374920002 | Bill / NF 3 | 9/13/2012 | 8/28/2012 | 72141 | $879.73 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 236374920002 | Bill / NF 3 | 10/1/2012 | 9/4/2012 | 72148 | $912.00 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 236602490003 | Bill / NF 3 | 9/13/2012 | 8/20/2012 | 73221 | $878.67 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 236602490003 | Bill / NF 3 | 9/13/2012 | 8/27/2012 | 73221 | $878.67 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 236602490003 | Bill / NF 3 | 10/1/2012 | 9/4/2012 | 72141 | $879.73 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 237235970002 | Bill / NF 3 | 10/15/2012 | 9/21/2012 | 73221 | $878.67 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 237944940001 | Bill / NF 3 | 10/1/2012 | 9/6/2012 | 73221 | $878.67 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 237944940001 | Bill / NF 3 | 10/1/2012 | 9/13/2012 | 72141 | $879.73 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 237944940002 | Bill / NF 3 | 11/9/2012 | 10/5/2012 | 72148 | $912.00 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 237944940002 | Bill / NF 3 | 11/9/2012 | 10/10/2012 | 73221 | $878.67 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 237944940002 | Bill / NF 3 | 11/9/2012 | 10/18/2012 | 72141 | $879.73 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 237944940003 | Bill / NF 3 | 10/15/2012 | 10/1/2012 | 72141 | $879.73 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 237944940003 | Bill / NF 3 | 11/9/2012 | 10/9/2012 | 72148 | $912.00 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 237944940005 | Bill / NF 3 | 10/30/2012 | 9/18/2012 | 73721 | $878.67 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 237944940005 | Bill / NF 3 | 10/30/2012 | 9/28/2012 | 72141 | $879.73 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 237944940005 | Bill / NF 3 | 11/9/2012 | 10/11/2012 | 72148 | $912.00 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 237944940007 | Bill / NF 3 | 10/15/2012 | 9/18/2012 | 73721 | $878.67 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 237944940007 | Bill / NF 3 | 10/15/2012 | 9/28/2012 | 72141 | $879.73 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 237944940007 | Bill / NF 3 | 11/9/2012 | 10/11/2012 | 72148 | $912.00 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 237992950002 | Bill / NF 3 | 11/9/2012 | 10/4/2012 | 73221 | $878.67 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 238485660002 | Bill / NF 3 | 10/1/2012 | 9/5/2012 | 72148 | $912.00 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 238496430003 | Bill / NF 3 | 10/1/2012 | 9/13/2012 | 72141 | $879.73 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 238496430003 | Bill / NF 3 | 10/15/2012 | 9/25/2012 | 72148 | $912.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 239679570001 | Bill / NF 3 | 10/15/2012 | 9/26/2012 | 72141 | $879.73 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 239679570001 | Bill / NF 3 | 11/9/2012 | 10/3/2012 | 72148 | $912.00 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 239679570001 | Bill / NF 3 | 11/9/2012 | 10/10/2012 | 72146 | $959.61 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 239679570002 | Bill / NF 3 | 10/15/2012 | 9/26/2012 | 72141 | $879.73 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 239679570002 | Bill / NF 3 | 11/9/2012 | 10/3/2012 | 72148 | $912.00 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 239679570002 | Bill / NF 3 | 11/9/2012 | 10/10/2012 | 72146 | $959.61 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 244315720004 | Bill / NF 3 | 12/18/2012 | 11/10/2012 | 73221 | $878.67 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 244402160002 | Bill / NF 3 | 11/26/2012 | 11/6/2012 | 73721 | $878.67 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 244402160002 | Bill / NF 3 | 12/17/2012 | 11/13/2012 | 73221 | $878.67 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 244402160002 | Bill / NF 3 | 12/17/2012 | 11/20/2012 | 72148 | $912.00 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 244402160003 | Bill / NF 3 | 11/26/2012 | 11/6/2012 | 73721 | $878.67 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 244402160003 | Bill / NF 3 | 12/17/2012 | 11/13/2012 | 73221 | $878.67 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 244402160003 | Bill / NF 3 | 12/17/2012 | 11/21/2012 | 72141 | $879.73 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 244919210001 | Bill / NF 3 | 12/17/2012 | 11/21/2012 | 72141 | $879.73 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 246521710001 | Bill / NF 3 | 12/18/2012 | 11/13/2012 | 72040 | $107.75 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 246521710001 | Bill / NF 3 | 12/18/2012 | 11/13/2012 | 72100 | $99.46 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 246521710001 | Bill / NF 3 | 12/18/2012 | 11/13/2012 | 73030 | $105.97 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 246521710001 | Bill / NF 3 | 12/18/2012 | 11/13/2012 | 73221 | $878.67 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 246908310001 | Bill / NF 3 | 12/18/2012 | 11/9/2012 | 73221 | $878.67 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 246908310001 | Bill / NF 3 | 12/18/2012 | 11/16/2012 | 73721 | $878.67 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | 253709970001 | Bill / NF 3 | 2/26/2013 | 12/26/2012 | 73221 | $878.67 |

SAMPLE OF FRAUDULENT MAILING TO METROPOLITAN

| Provider | Tin | ClaimNo | Doc Mailed | Date of Mailing | DOS | CPT Code | Amt billed |
|---|---|---|---|---|---|---|---|
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | ALF38423 | Bill/NF3 | 11/13/2012 | 10/6/2012 | 73221 | $879.00 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | ALF43912 | Bill/NF3 | 2/5/2013 | 10/11/2012 | 72131 | $734.00 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | WFF33331 | Bill/NF3 | 2/6/2013 | 1/16/2013 | 73221 | $879.00 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | WFF33331 | Bill/NF3 | 2/22/2013 | 1/23/2013 | 73221 | $879.00 |
| SPRINGFIELD RADIOLOGY IMAGING | 455408348 | WFF33331 | Bill/NF3 | 2/22/2013 | 1/30/2013 | 72141 | $880.00 |